# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.<br><br>　　Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC.,<br><br>JENNIFER IZUMI,<br><br>　　Defendants. | CASE NO: 1:22-cv-00806-CKK |

## DECLARATION OF ALAN S. CLARKE

In accordance with the Court's Minute Order dated April 18, 2022, I hereby certify that I have reviewed and am familiar with the Local Civil Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 20, 2022              */s/Alan S. Clarke*
                                   Alan S. Clarke

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2022, I caused the foregoing to be served via US mail on the defendant and registered agent, and their counsel, as follows:

>Biz Markie, Inc., a Washington, D.C. corporation
>Serve: Jennifer Izumi, Resident Agent 1328
>U St. NW #1W
>Washington, D.C. 20009-7503
>
>Jennifer Izumi
>1905 15th Street NW
>Washington, D.C. 20009
>
>Billy Martin
>Barnes & Thornburg LLP
>717 Pennsylvania Avenue NW
>Suite 500
>Washington, DC 20006
>
>
>*/s/ Benjamin E. Horowitz*
>Benjamin E. Horowitz