IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.<br>11206 Champlain Circle<br>Bowie, MD 20720<br><br>    Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC., a Washington, D.C. corporation<br>1328 U St. NW #1W<br>Washington, D.C. 20009-7503, and<br><br>JENNIFER IZUMI, individually<br>1905 15th Street NW<br>Washington, D.C. 20009<br><br>    Defendants. | CASE NO:  1:22-cv-00806-CKK |

## NOTICE OF APPEARANCE

Pursuant to the Court's April 18, 2022 Minute Order granting the Motion for Leave to Appear Pro Hac Vice and instructing counsel to file a Notice of Appearance, Plaintiff respectfully requests that the Court enters the appearance of the following as counsel for Plaintiff Tara Hall, As Personal Representative of The Estate of Marcel Theo Hall and derivatively on behalf of Biz Markie, Inc., in the above-captioned case:

    Alan S. Clarke, Esq.
    Greenspoon Marder LLP
    1230 Peachtree Street NE, Suite 1900
    Atlanta, GA  30309
    Tel.:    (470) 466-1714
    Email:  Alan.Clarke@gmlaw.com

Dated: April 20, 2022 /s/ *Benjamin E. Horowitz*
Benjamin E. Horowitz (D.C. Bar No. 1017262)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
Tel: (202) 344-4494
Fax: (202) 344-8300
BEHorowitz@Venable.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2022, I caused the foregoing to be served via US mail on the defendant and registered agent, and their counsel, as follows:

Biz Markie, Inc., a Washington, D.C. corporation
Serve: Jennifer Izumi, Resident Agent 1328
U St. NW #1W
Washington, D.C. 20009-7503

Jennifer Izumi
1905 15th Street NW
Washington, D.C. 20009

Billy Martin
Barnes & Thornburg LLP
717 Pennsylvania Avenue NW
Suite 500
Washington, DC 20006


*/s/ Benjamin E. Horowitz*