IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC. AND JENNIFER IZUMI<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No. 1:22-cv-00806<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORRECTED NOTICE OF APPEARANCE**

Now comes William R. Martin, Esq., of the law firm of Barnes & Thornburg, LLP, as identified in the following signature block and notifies this Court and all parties of record of his appearance as counsel for Defendants, Biz Markie, Inc. and Jennifer Izumi.

Dated: June 1, 2022

Respectfully submitted,

*/s/ William R. Martin*
William R. Martin (DC Bar No. 465531)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623
Telephone:    (202) 289-1313
Facsimile:    (202) 289-1330
billy.martin@btlaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on June 1, 2022, a copy of the foregoing Notice will be served on the counsel of record by operation of the Court's ECF filing system.

/s/ William R. Martin