IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.<br><br>　　Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC., and<br><br>JENNIFER IZUMI,<br><br>　　Defendants. | CASE NO:  1:22-cv-00806-CKK |

**CONSENT MOTION FOR EXTENSION OF TIME AND MEMORANDUM IN SUPPORT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Tara Hall, as Personal Representative of The Estate of Marcel Theo Hall, by and through the undersigned counsel, respectfully moves this Court for an additional two weeks to respond to Defendants Biz Markie, Inc. and Jennifer Izumi's Partial Motion to Dismiss (ECF No. 13).  The current deadline for Plaintiff's opposition is June 15, 2022.  Plaintiff requests an extension through and including June 29, 2022.

Good cause exists to grant the requested extension because Plaintiff requires additional time to consider and consult with counsel regarding whether to respond to the Plaintiff's Partial Motion by amending her Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), or opposing Plaintiff's Motion.  Additionally, counsel for Plaintiff has been unable to ascertain until today whether the Motion would be opposed:  counsel for Plaintiff attempted to contact counsel for Defendant to discuss this Motion several days ago, but unfortunately counsel for Defendants was unexpectedly hospitalized and unable to respond to Plaintiff's counsel until today.

Defendants consent to the requested extension and will not oppose it. Accordingly, no party will be prejudiced by the requested extension, and no hearing has yet been scheduled in this matter.

Counsel for Plaintiff is mindful of this Court's requirement that motions for extensions of time be filed four business days in advance of the deadline, and sincerely apologizes for this belated request (which is being filed three business days in advance of the deadline). Counsel has been occupied with multiple deadlines in other jurisdictions as well as working to schedule a conference with Defendant's counsel, and wanted to ensure that there would be adequate time to ascertain Defendants' position with respect to the requested extension prior to filing.

### LCvR 7(m) Certification

Counsel for Plaintiff consents to the relief sought herein.

DATED: June 10, 2022          Respectfully Submitted,

*/s/ Benjamin E. Horowitz*
Benjamin E. Horowitz (D.C. Bar No. 1017262)
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
Tel: (202) 344-4494
Fax: (202) 344-8300
BEHorowitz@Venable.com

Alan S. Clarke (Admitted Pro Hac Vice)
Greenspoon Marder LLP
Promenade II
1230 Peachtree Street, NE, Suite 1900
Atlanta, GA 30303
Tel: (404) 816-9800
Tel Office: (470) 466-1701
Alan.Clarke@gmlaw.com