IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL<br><br>  Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC. and JENNIFER IZUMI<br><br>  Defendants. | CASE NO: 1:22-cv-00806-CKK |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Adeyemi Adenrele for Barnes & Thornburg LLP hereby withdraws as counsel for defendants Jennifer Izumi and Biz Markie, Inc.  This Notice of Withdrawal of Counsel only pertains to Adeyemi Adenrele and not any other attorney of record. Defendants Jennifer Izumi and Biz Markie, Inc. will continue to be represented by William R. Martin of the law firm Barnes & Thornburg LLP in this matter.

Dated: September 8, 2022

Respectfully submitted,

/s/ Adeyemi Adenrele
William R. Martin (DC Bar No. 465531)
Adeyemi Adenrele (DC Bar No. 1615835)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623
Telephone:   (202) 289-1313
Facsimile:   (202) 289-1330
billy.martin@btlaw.com
adey.adrenrele@btlaw.com

*Attorneys for Defendants*
*Jennifer Izumi and Biz Markie, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, I electronically filed the foregoing *Notice of Withdrawal of Counsel* with the Clerk of the Court via CM/ECF system to automatically serving all attorneys of record:

*/s/ Adeyemi Adenrele*
Adeyemi Adenrele
District of Columbia Bar No. 1615835