**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TARA HALL AS PERSONAL** | ) | |
| **REPRESENTATIVE OF THE** | ) | |
| **ESTATE OF MARCEL THEO HALL,** | ) | |
| **and derivatively on behalf of Biz** | ) | |
| **Markie, Inc.,** | ) | **No. 1:22-cv-00806** |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| | ) | |
| **BIZ MARKIE, INC. AND JENNIFER** | ) | |
| **IZUMI,** | ) | |
| | | |
| **Defendants.** | | |

**DEFENDANTS BIZ MARKIE, INC. AND JENNIFER IZUMI'S**
**RULE 26(a)(1)(A) INITIAL DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Defendants, Biz Markie, Inc.

and Jennifer Izumi, ("Defendants"), make the following Initial Disclosures:

**SCOPE OF DISCLOSURES**

Defendants' investigation of this matter is in its preliminary stages and these initial

disclosures contain only the information and description of documents known to them as of this

date. These Initial Disclosures should not be construed as prejudicing or in any way limiting

Defendants with respect to further discovery, analysis, or proof.

By submitting their Initial Disclosures and identifying documents or individuals below,

Defendants do not waive the right to object to the production of documents, or the testimony of

witnesses, on any ground, including, without limitation, on the ground that the documents or

testimony are not relevant to the claims and defenses in this case and/or are not reasonably

calculated to lead to the discovery of admissible evidence.

**I. Individuals Likely to Have Discoverable Information**.

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendants disclose the following individuals who may have information that Defendants may use to support any claims or defenses Defendants may have in this action:

| Witness(s) | Contact Information | Possible Topics |
|---|---|---|
| Jennifer Izumi | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | Has personal knowledge and information regarding the formation and ownership of Biz Markie, Inc.; her power of attorney with respect to certain business dealings on Mr. Marcel Theo Hall's behalf; sales made through Biz Markie, Inc.; Mr. Hall's life insurance policies; Biz Markie, Inc.'s receipt of a Paycheck Protection Program loan; and other events and actions underlying this matter. |
| Tina Latimer | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | May have personal knowledge and information regarding ownership and finances of Biz Markie, Inc. |
| Nick Cusato | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | May have personal knowledge and information regarding ownership and finances of Biz Markie, Inc. |
| Tara Hall | 11206 Chamberlain Circle Bowie, MD 20720 | May have personal knowledge and information regarding the events and issues underlying this matter. |
| Elizabeth Diaz | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | May have personal knowledge and information regarding the day to day operations of Biz Markie, Inc., Jenni's and Biz's respective roles and involvement. |

| Witness(s) | Contact Information | Possible Topics |
|---|---|---|
| James Brown and possibly other employees of Northwestern Mutual | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | May have personal knowledge and information regarding life insurance policies obtained by Mr. Hall. |
| Representatives of SoundExchange and SAG-AFTRA | c/o Barnes & Thornburg LLP attn.: William R. Martin 1717 Pennsylvania Avenue N.W., Suite 500 Washington, D.C. 20006 Telephone: (202) 289-1313 | May have personal knowledge and information regarding the history of payments to Biz Markie, Inc. and direction from Mrs. Hall to change those policies. |

Defendants additionally identify, as persons who may have discoverable information, (1) Expert witnesses to be designated by any established case management deadline or as directed by the Court; and (2) Persons who may be identified by Plaintiff in her initial disclosures, witness lists, and discovery responses.

II.     **Documents Defendants May Use to Support Their Defenses**.

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendants state that they may rely on the following categories or types of documents and electronically stored information in their, Plaintiff's, or third parties' possession, custody, or control:

(1)     Documents and communications related to the creation, formation, and ownership of Biz Markie, Inc., and its status as a registrant of bizmarkie.com;

(2)     Documents and communications related to BMI's ownership and/or commercial use of the mark Biz Markie for rendering of entertainment services or in association with audiovisual and other goods sold which feature his name, image, voice, and likeness;

(3)     Documents and communications related to Mr. Hall's granting power of attorney to Jennifer Izumi on or about May 2018;

(4)     Documents and communications related to Mr. Hall's granting Jennifer Izumi authorization and access to Biz Markie, Inc.'s bank account and Ms. Izumi's actions and transactions related to that account;

(5)     Documents and communications related to Mr. Hall's ownership and decisions relating to two life insurance policies from Northwestern Mutual Life Insurance Company and the designation of beneficiaries with respect to those policies;

(6)     Documents and communications related to product sales by Biz Markie, Inc. through bizmarkie.com, and payment of proceeds therefrom, during the time period relevant in this action;

(7)     Documents and communications related to receipt and payment of Mr. Hall's royalty earnings during the time period relevant in this action;

(8)     Documents and communications related to payments of Biz Markie, Inc. funds made to Plaintiff or any other parties;

(9)     Documents and communications related to Biz Markie, Inc.'s receipt of a Paycheck Protection Program loan;

(10)    Documents and communications related to any trademark applications made on behalf of Biz Markie, Inc.;

(11)    Documents and communications related to a proper accounting for all funds received, to be received, and disbursed from Biz Markie, Inc. accounts;

(12)    All non-privileged statements made by Plaintiff , her counsel, or other agents acting on her behalf, communications to or from Plaintiff, her counsel, or other agents acting

on her behalf, and documents created by Plaintiff, her counsel, or other agents acting on her behalf that are in any way related to her allegations against Defendants, including but not limited to statements between Plaintiff, her counsel, or other agents acting on her behalf and her friends, family, acquaintances, and associates.

**III.    Computation of Damages**.

Defendants seek recovery of the costs they incurred in defending against this action, including their attorneys' fees. Defendants are not yet in a position to compute these costs with precision, as they are ongoing, and will provide documentation of these costs at the appropriate time. Defendants also seek damages in connection with their counterclaims, including compensatory and punitive damages in an amount to be proved at trial, interest and costs, attorneys' fees, and such other relief as this Court may deem proper. At this stage of the proceedings, Defendants are not yet able to compute compensatory damages with precision; however, such damages shall be based on the amount of royalty payments received by Plaintiff from SoundExchange and SAG-AFTRA to which Defendants are entitled.

**IV**.    **Insurance Agreement**.

Insurance is not implicated here.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 19th day of September, 2022.

Respectfully submitted,

*/s/William R. Martin*_____
William R. Martin (D.C. Bar No. 465531)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623
Telephone: (202) 289-1313
Facsimile: (202) 289-1330
billy.martin@btlaw.com

*/s/ Dayna Cooper*_____
Dayna Cooper (D.C. Bar No. 1033851)
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
(202) 642-5470
dayna@cooperlegalsolutions.com

*Attorneys for Defendants*
*Biz Markie, Inc. and Jennifer Izumi*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2022, a copy of the foregoing Initial Disclosures

will be served on counsel of record by operation of the Court's ECF filing system.

Respectfully submitted,

*/s/ William R. Martin*

6