## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.,** | ) ) ) ) ) ) | **No. 1:22-cv-00806** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | |
| **BIZ MARKIE, INC. AND JENNIFER IZUMI,** | ) ) ) | |
| **Defendants.** | | |

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE JOINT DISCOVERY PLAN

Pursuant to the Court's Scheduling and Procedure Order (ECF No. 21), Plaintiff Tara Hall and Defendants Biz Markie, Inc. and Jennifer Izumi (the "Parties") respectfully request that this Court grant an extension of time to file their Joint Discovery Plan until Friday, October 14, 2022. In support of this Joint Motion, the Parties state as follows:

1. On September 2, 2022, the Parties held a scheduling conference with this Court, which then issued a Scheduling and Procedures Order (ECF No. 21), which requires the Parties to submit a Joint Discovery Plan on or before Friday, September 30.

2. The Parties make this request due to recently scheduled travel obligations that preclude counsel from meeting to draft the Joint Discovery Plan by the September 30 deadline.

3. This is the first request for an extension of time by either Party related to submission of the Joint Discovery Plan.

4. The requested extension would not impact any other previously set deadlines within the Scheduling and Procedures Order, as discovery has not yet commenced and the deadline for completion of discovery and filing of all discovery-related motions is May 12, 2023.

5. No proposed schedule is necessary as part of this Motion, as no previously set deadlines would be affected by the requested extension.

6.  On September 26, 2022, Defendants' counsel contacted Plaintiff's counsel by email as required by, and in compliance with, LCvR 7(m) to determine whether there is any opposition to the relief sought in this Motion. Plaintiff's counsel replied and agreed to file this Joint Motion.

WHEREFORE, the Parties respectfully request that the Court grant an extension of fourteen days, or until Friday, October 14, 2022, for the Parties to file their Joint Discovery Plan.

## Certification Pursuant to LVcR 7(m)

With this Joint Motion, counsel for the Parties hereby certify that on September 26, 2022, Defendants' counsel contacted Plaintiff's counsel by email as required by, and in compliance with, LCvR 7(m) to determine whether there is any opposition to the relief sought in this Motion. Plaintiff's counsel replied and agreed to file this Consent Motion.

Respectfully submitted this 26th day of September, 2022.

/s/Alan S. Clarke_____
Alan Clarke  (admitted *pro hac vice*)
GREENSPOON MARDER LLP
Promenade II
1230 Peachtree Street, NE, Suite 1900
Atlanta, GA 30303
Telephone: (404) 816-9800
alan.clarke@gmlaw.com

/s/ Stephanie L. Varela_____
Stephanie Varela (admitted *pro hac vice*)
GREENSPOON MARDER LLP
Promenade II
1230 Peachtree Street, NE, Suite 1900
Atlanta, GA 30303
Telephone: (404) 816-9800
alan.clarke@gmlaw.com

*Attorneys for Plaintiff Tara Hall*

/s/William R. Martin_____
William R. Martin (D.C. Bar No. 465531)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006-4623
Telephone: (202) 289-1313
Facsimile: (202) 289-1330
billy.martin@btlaw.com

/s/ Dayna Cooper_____
Dayna Cooper (D.C. Bar No. 1033851)
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
(202) 642-5470
dayna@cooperlegalsolutions.com

*Attorneys for Defendants*
*Biz Markie, Inc. and Jennifer Izumi*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2022, a copy of the foregoing Motion for Extension of Time will be served on counsel of record by operation of the Court's ECF filing system.

Respectfully submitted,

*/s/ William R. Martin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TARA HALL AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF MARCEL THEO HALL

      Plaintiff,

vs.

BIZ MARKIE, INC. and  JENNIFER
IZUMI

      Defendants.

CASE NO: 1:22-cv-00806-CKK

## ]PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY PLAN

Upon review and consideration of the Parties' Joint Motion for Extension of Time to File Joint Discovery Plan, the Court GRANTS the Motion.

SO ORDERED,

Dated: _____, 2022

_____
U.S. District Court Judge
Honorable Colleen Kollar-Kotelly