IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc. 11206 Champlain Circle Bowie, MD 20720<br><br>       Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC., a Washington, D.C. corporation and registrant of bizmarkie.com 1328 U St. NW #1W Washington, D.C. 20009-7503, and JENNIFER IZUMI, individually 1905 15th Street NW Washington, D.C. 20009<br><br>       Defendants. | CASE NO: 1:22-cv-00806 |

## JOINT DISCOVERY PLAN

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Scheduling and Procedures Order (ECF No. 21), counsel for Plaintiff and Defendants (who are collectively referred to herein as the "Parties"), jointly submit this Joint Discovery Plan.

1.   Fact Discovery. Pursuant to the Joint Report of Rule 26(f) Conference (ECF No. 20) and Scheduling and Procedures Order (ECF No. 21), the Parties agree that fact discovery, including written discovery and discovery of any electronically stored information ("ESI"), shall commence on October 17, 2022 and close on March 27, 2023. Pursuant to the Scheduling and Procedures Order, the Parties will be limited to 25 interrogatories, document requests, and requests for admission. (ECF No. 21). Documents and other materials produced in response to written discovery requests shall occur on a rolling basis.

2. <u>Expert Discovery.</u> The Parties agree that expert discovery shall commence on October 17, 2022 and close on May 12, 2023. Pursuant to the Scheduling and Procedures Order, the Parties agree that Plaintiff's Rule 26(a)(2)(B) & (C) disclosures shall be due on or before March 13, 2023, and Defendants' Rule 26(a)(2)(B) & (C) disclosures shall be due on or before April 12, 2023. Replies shall be due on or before April 28, 2023.

3. <u>Depositions.</u>

In accordance with the Scheduling and Procedures Order, the presumptive limit of 10 depositions under Rule 26(b)(2) of the Federal Rules of Procedure shall apply. Depositions shall be conducted between November 1, 2022 and March 27, 2023.

4. <u>ESI Protocol.</u>

The Parties agree to produce electronic information in accordance with the ESI Protocol.

5. <u>Stipulated Protective Order.</u>

The Parties agree to submit a Stipulated Protective Order.

Dated: October 14, 2022                                   Respectfully submitted,

*/s/ Benjamin E. Horowitz*                                */s/ William R. "Billy" Martin*
Benjamin E. Horowitz                                      William R. Martin (D.C. Bar No. 465531)
(D.C. Bar No. 1017262)                                    BARNES & THORNBURG LLP
VENABLE LLP                                               1717 Pennsylvania Avenue NW, Suite 500
600 Massachusetts Avenue                                  Washington, D.C. 20006-4623
Washington, D.C. 20001                                    (202) 289-1313
(202) 344-4494                                            billy.martin@btlaw.com
BEHorowitz@venable.com

-and-                                                     -and-

*/s/ Alan S. Clarke*                                      */s/ Dayna Cooper*
Alan S. Clarke (*Pro hac vice* admitted)                  Dayna Cooper (D.C. Bar No. 1033851)
GREENSPOON MARDER LLP                                     COOPER LEGAL, LLC
Promenade II                                              1 Olympic Place, Suite 900

1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
(404) 816-9800
Alan.Clarke@gmlaw.com

*Attorneys for Plaintiff*

Towson, MD 21204
(202) 642-5470
dayna@cooperlegalsolutions.com

*Attorneys for Defendants Biz Markie, Inc. and Jennifer Izumi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October 2022, a copy of the foregoing Joint Discovery Plan was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>               */s/ William R. "Billy" Martin*
>               William R. "Billy" Martin