**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc., <br><br>      Plaintiff, <br><br> vs. <br><br> BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually, <br><br>      Defendants. | CASE NO: 1:22-cv-00806 |

**JOINT MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER AND MEMORANDUM IN SUPPORT**

Plaintiff Tara Hall, as personal representative of the Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., and Defendants Biz Markie, Inc. and Jennifer Izumi, jointly move the Court to amend the current Scheduling and Procedures Order, dated September 2, 2022. (Dkt. No. 21). In support thereof, the parties state:

1.      This Court entered its Scheduling and Procedures Order on September 2, 2022, laying out various deadlines pertaining to this case.  (Dkt. No. 21).

2.      The parties have worked toward meeting the current deadlines. In an effort to determine whether they can settle this case without expending extensive judicial resources and time as well as significant attorney fees, the parties agreed to proceed with discovery in two separate phases: Phase I requires the parties to exchange solely financial documents and related discoverable information with the hope that this initial phase would lead to resolution prior to engaging in full discovery.  Phase II, if necessary, would require the parties to exchange everything else to support the various claims and defenses alleged in this case.

3.     The parties have engaged in Phase I, the joint goal of which is to determine whether settlement can be achieved before proceeding to Phase II.

4.     Despite the parties' best efforts, the parties have not yet completed Phase I of their discovery:  Defendants need additional time to produce additional documentation responsive to Phase I.

5.     The parties expect Defendants to complete Phase I production by February 28, 2023. Once Defendants have produced responsive documents, Plaintiff will need a meaningful opportunity to review Phase I production.

6.     Accordingly, good cause exists to grant this Motion to enable the parties to continue the exchange of discovery in aid of their settlement discussions.

7.     The parties agree to review Phase I production and, further, that they will endeavor to confer, in good faith, on a date to be determined between March 13, 2023 and March 25, 2023, to seriously assess whether they can reach a settlement in principle in this case. If the parties reach an impasse, they will immediately proceed to Phase II of the discovery. However, if the parties settle, they will inform the Court they have reached a settlement in principle and work together toward reaching a full and final resolution of their current dispute.

8.     To allow the parties a full opportunity to engage in meaningful settlement discussions, the parties respectfully request the Court to extend all current deadlines by 90 days as follows:

(a)     Proponent's Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **June 12, 2023**; with the Opponent's Rule 26(a)(2)(B) & (C) Disclosures due on or before **July 12, 2023**; and replies, if any, due on or before **June 28, 2023**.

(b)     All discovery shall be completed, and all discovery-related motions filed (motions to compel, motions to quash, motions for sanctions under Fed. R. Civ. P. 37, etc.) on or before **August 10, 2023.**

9.      This motion is made jointly by both parties in good faith and not for purposes of delay.

WHEREFORE, Plaintiff and Defendants jointly request the Court to amend its Scheduling and Procedures Order and to extend all current deadlines by 90 days to allow the parties additional time to exchange discovery in support of a possible settlement.

DATED: February 15, 2023

Respectfully Submitted,

| | |
|---|---|
| _/s/ Benjamin E. Horowitz_ | _/s/ William R. "Billy" Martin_ |
| Benjamin E. Horowitz | William R. Martin (D.C. Bar No. 465531) |
| (D.C. Bar No. 1017262) | BARNES & THORNBURG LLP |
| VENABLE LLP | 1717 Pennsylvania Avenue NW, Suite 500 |
| 600 Massachusetts Avenue | Washington, D.C. 20006-4623 |
| Washington, D.C. 20001 | (202) 289-1313 |
| (202) 344-4494 | billy.martin@btlaw.com |
| BEHorowitz@venable.com | |
| | -and- |
| -and- | |
| | _/s/ Dayna Cooper_ |
| Alan S. Clarke (_Pro hac vice_ admitted) | Dayna Cooper (D.C. Bar No. 1033851) |
| GREENSPOON MARDER LLP | COOPER LEGAL, LLC |
| Promenade II | 1 Olympic Place, Suite 900 |
| 1230 Peachtree Street, NE | Towson, MD 21204 |
| Suite 1900 | (202) 642-5470 |
| Atlanta, GA 30303 | dayna@cooperlegalsolutions.com |
| (404) 816-9800 | |
| Alan.Clarke@gmlaw.com | |
| | _Attorneys for Defendants Biz Markie, Inc._ |
| _Attorneys for Plaintiff_ | _and Jennifer Izumi_ |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2023, a copy of the foregoing Joint Motion to Amend Scheduling and Procedures Order was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


*/s/ Alan S. Clarke*