**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.,** | ) ) ) ) ) | **No. 1:22-cv-00806** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | |
| **BIZ MARKIE, INC. AND JENNIFER IZUMI,** | ) ) ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER ON JOINT MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling and Procedures Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court's Scheduling and Procedures Order (Dkt. No. 21) shall be modified as follows:

1. Proponent's Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **June 12, 2023**; with the Opponent's Rule 26(a)(2)(B) & (C) Disclosures due on or before **July 12, 2023**; and replies, if any, due on or before **June 28, 2023**.

2. All discovery shall be completed, and all discovery-related motions filed on or before **August 10, 2023.**

It is SO ORDERED this _____ day of February, 2023.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

1

697280002
53183226 v1