IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually, <br><br> Defendants. | CASE NO: 1:22-cv-00806 |

**CONSENT MOTION TO EXTEND BRIEFING DEADLINE**

Plaintiff Tara Hall, as personal representative of the Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., moves, with the consent of Defendants Biz Markie, Inc. and Jennifer Izumi, for a 30-day extension of time to supply the Court with additional briefing, pursuant to its Minute Order issued on February 9, 2023. In support thereof, Plaintiff states:

1. On February 9, 2023, the Court issued a Minute Order requesting Plaintiff to submit briefing on Plaintiff's standing to advance a specific allegation set forth in Plaintiff's conversion claim against Defendants no later than March 2, 2023.

2. Due to caseload and other issues, Plaintiff requests the Court to extend the briefing deadline for the Minute Order by 30 days, through and including April 3, 2023.

3. This motion is made in good faith and not for purposes of delay.

4. Counsel for Plaintiff conferred with counsel for Defendants on the relief requested herein and is authorized to represent Defendants do not object to the relief requested.

WHEREFORE, Plaintiff respectfully requests the Court to extend the current briefing deadlines by 30 days, through and including April 3, 2023, and to grant such other and further relief as the Court deems just and necessary.

DATED: February 23, 2023

Respectfully submitted,

Alan S. Clarke (*Pro hac vice* admitted)
GREENSPOON MARDER LLP
Promenade II
1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
(404) 816-9800
Alan.Clarke@gmlaw.com

-and-

*/s/ Benjamin E. Horowitz*
Benjamin E. Horowitz
(D.C. Bar No. 1017262)
VENABLE LLP
600 Massachusetts Avenue
Washington, D.C. 20001
(202) 344-4494
BEHorowitz@venable.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Alan S. Clarke*