IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually,<br><br>    Defendants. | CASE NO: 1:22-cv-00806 |

**UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE**

Plaintiff Tara Hall, as personal representative of the Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., respectfully moves for a 21-day extension of time, through and including April 24, 2023, to supply the Court with additional briefing pursuant to its Minute Order issued on February 9, 2023. In support thereof, Plaintiff states:

1. On February 9, 2023, the Court issued a Minute Order requesting Plaintiff to submit briefing on Plaintiff's standing to advance a specific allegation set forth in Plaintiff's conversion claim against Defendants no later than March 2, 2023.

2. On February 24, 2023, the Court extended the deadline to April 3, 2023.

3. Good cause exists to grant this motion. The parties are scheduled to have a settlement conference on April 14, which has the potential to resolve the claims for which the Court has ordered briefing. Accordingly, granting this extension will conserve the parties' and the Court's resources if the case were to settle without the need for resolution of the issues described in the February 9, 2023 Minute Order. Moreover, recently, and in part in order to facilitate the

1

settlement discussions, Defendants produced more than 6,000 pages of documents. Plaintiff needs time to review this large production prior to the settlement discussions. Additional time, therefore, is needed to prepare briefing for the Court.

4. This motion is made in good faith and not for purposes of delay.

5. Counsel for Plaintiff conferred with counsel for Defendants on the relief requested herein and is authorized to represent Defendants take no position on the relief requested.

WHEREFORE, Plaintiff respectfully requests the Court to extend the current briefing deadlines by 21 days, through and including April 24, 2023, and to grant such other and further relief as the Court deems just and necessary.

## LCvR 7(m) Certification

The parties conferred and counsel for Defendant advised that Defendant takes no position on this Motion.

DATED: March 23, 2023

                                                                                            Respectfully submitted,

                                                                                           */s/ Benjamin E. Horowitz*
                                                                                           Benjamin E. Horowitz
(D.C. Bar No. 1017262)
VENABLE LLP
600 Massachusetts Avenue
Washington, D.C. 20001
(202) 344-4494
BEHorowitz@venable.com

Alan S. Clarke (*Pro hac vice* admitted)
GREENSPOON MARDER LLP
Promenade II
1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
(404) 816-9800
Alan.Clarke@gmlaw.com

*Attorneys for Plaintiff*

2