UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc., <br><br> Plaintiff, <br> vs. <br><br> BIZ MARKIE, INC. AND JENNIFER IZUMI, <br><br> Defendants. | No. 1:22-cv-00806 |

**[PROPOSED] ORDER ON MOTION TO EXTEND BRIEFING DEADLINE**

Upon consideration of the Plaintiff's Motion to Extend Briefing Deadline, it is hereby

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that plaintiff's submission in response to the Court's February 9, 2023 Minute Order shall be due no later than April 24, 2022.

It is SO ORDERED this _____ day of March, 2023.

_____
The Honorable Colleen Kollar-Kotelly
United States District Judge

1