IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually,<br><br>    Defendants. | CASE NO: 1:22-cv-00806 |

**JOINT MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER AND MEMORANDUM IN SUPPORT**

Plaintiff Tara Hall, as personal representative of the Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., and Defendants Biz Markie, Inc. and Jennifer Izumi, jointly move the Court to amend the current Scheduling and Procedures Order dated September 2, 2022. (Dkt. No. 21). In support thereof, the parties state:

1. This Court entered its Scheduling and Procedures Order (the "Order") on September 2, 2022, setting forth various deadlines pertaining to this case. (Dkt. No. 21).

2. The parties have worked toward meeting the current deadlines, but despite their best efforts, the parties have not yet completed discovery.

3. The parties now seek an extension of the deadlines in the Order to enable them to continue the exchange of discovery in aid of continued settlement discussions. This motion is made with the express consent of all parties.

1

4. The parties respectfully submit that there is good cause to grant an extension of the following deadlines, and they respectfully request the Court to extend all current deadlines as follows:

(a) Proponent's Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **August 31, 2023**; with the Opponent's Rule 26(a)(2)(B) & (C) Disclosures due on or before **September 29, 2023**; and replies, if any, due on or before **October 16, 2023**.

(b) All discovery shall be completed, and all discovery-related motions filed (motions to compel, motions to quash, motions for sanctions under Fed. R. Civ. P. 37, etc.) on or before **November 30, 2023.**

(c) All other deadlines set forth in the Order (Doc. 21) shall remain unmodified.

5. This motion is made jointly by both parties in good faith and not for purposes of delay.

WHEREFORE, Plaintiff and Defendants jointly request the Court to amend its Scheduling and Procedures Order to allow the parties additional time to complete discovery.

DATED: April 27, 2023

Respectfully Submitted,

*/s/ Alan S. Clarke*
Alan S. Clarke (*Pro hac vice* admitted)
GREENSPOON MARDER LLP
Promenade II
1230 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
(404) 816-9800
Alan.Clarke@gmlaw.com

-and-

Benjamin E. Horowitz
(D.C. Bar No. 1017262)
VENABLE LLP
600 Massachusetts Avenue

*/s/ William R. Martin*
William R. Martin (D.C. Bar No. 465531)
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue NW, Suite 500
Washington, D.C. 20006-4623
(202) 289-1313
billy.martin@btlaw.com

-and-

Dayna Cooper (D.C. Bar No. 1033851)
COOPER LEGAL, LLC
1 Olympic Place, Suite 900
Towson, MD 21204

Washington, D.C. 20001  
(202) 344-4494  
BEHorowitz@venable.com  
*Attorneys for Plaintiff*

(202) 642-5470  
dayna@cooperlegalsolutions.com  

*Attorneys for Defendants Biz Markie, Inc. and Jennifer Izumi*