IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of appearance of Michael J. Garvin, *pro hac vice*, as co-counsel, with Peter C. Nanov, for Plaintiff Tara Hall as Personal Representative of The Estate of Marcel Theo Hall.

Dated: July 10, 2023

Respectfully submitted,

*/s/ Peter C. Nanov*
Peter C. Nanov
(D.C. Bar No. 230021)
Vorys, Sater, Seymour and Pease LLP
1909 K Street, NW, 9th Floor
Washington, DC 20006
(202) 467-8831
(202) 533-9084 (Facsimile)
pcnanov@vorys.com

*/s/ Michael J. Garvin*
Michael J. Garvin, *pro hac vice*
Vorys, Sater, Seymour & Pease LLP
200 Public Square, Ste. 1400
Cleveland, OH 44114-2327
(216) 479-6100
mjgarvin@vorys.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2023, the foregoing Notice of Entry of Appearance was filed with the U.S. District Court for the District of Columbia, and served upon all parties of record via the Court's e-filing system or email.

                                                                */s/ Michael J. Garvin*
                                                                Michael J. Garvin