IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## UNOPPOSED MOTION TO FURTHER AMEND SCHEDULING AND PROCEDURES ORDER

Plaintiff, Tara Hall, As Personal Representative of The Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., hereby move this Court to amend the current Scheduling and Procedures Order, as amended by Minute Order dated August 10, 2023, to extend the deadlines therein by 90 days. In support of this Motion, Plaintiff states as follows:

1. This Court entered its Scheduling and Procedures Order on September 2, 2022, which establishes various deadlines applicable to this matter ("Scheduling Order"). (Dkt. No. 21).

2. In response to joint requests from the parties, the Court has amended that Scheduling Order three times to date, to allow the parties to complete discovery in phase fashion to facilitate settlement.

3. The parties have worked towards completion of discovery but, despite best efforts, have not yet completed that discovery.

4. Additionally, as previously advised, Plaintiff retained new counsel approximately two months ago. Since then, Plaintiff's current counsel has diligently endeavored to get "up to speed" in this matter, including the following:

   a. Reviewing and analyzing the documents and information produced by both Plaintiff and Defendant in discovery; that has entailed reviewing and organizing hundreds of documents – that review and analysis is ongoing.

   b. Searching for and retaining expert witnesses, as none had been retained before Plaintiff's current counsel was retained. Since then, Plaintiff has retained two expert witnesses.

   c. Determining what further discovery and fact investigation needs to be undertaken. To that end, Plaintiff has recently initiated subpoenas for the production of documents on twenty-two (22) third-parties whom Plaintiff believes have provided compensation to Defendants and/or related entities based on, *inter alia*, sound recordings, live performances and other creative works by Plaintiff's Decedent Marcel Hall. Plaintiff anticipates she will need to issue up to approximately fifty (50) additional subpoenas for the same purpose, and may need to take depositions on an unknown number of the entities who have been and/or will be served with subpoenas.

5. The information expected to be adduced from the discovery requests referred to above is necessary for Plaintiff's damages expert witness to prepare his expert report.

6. Accordingly, good cause exists to grant this Motion to avoid prejudice to Plaintiff and facilitate the parties' exchange of discovery.

7. Plaintiff respectfully requests the Court to extend the current Scheduling Order deadlines as follows:

| Deadline | Current Date | Amended Date |
|---|---|---|
| Proponent's Rule 26(a)(2)(B) & (C) Disclosures | October 15, 2023 | January 16, 2024 |
| Opponent's Rule 26(a)(2)(B) & (C) Disclosures | November 13, 2023 | February 12, 2024 |
| Reply Rule 26(a)(2)(B) & (C) Disclosures | November 30, 2023 | February 28, 2024 |
| All discovery completed, and all discovery-related motions filed | January 16, 2024 | April 17, 2024 |

8. The Court has also scheduled a post-discovery Status Conference, currently set for January 17, 2024 at 9:30 a.m. via Zoom. The extensions requested in this motion will affect that deadline, which Plaintiff respectfully requests also be extended by ninety (90) days to the next date and time available to the Court.

9. No other deadlines exist that are affected by, or must be rescheduled as a result of, the extensions requested in this Motion.

10. Plaintiff makes this motion in good faith and not for purposes of delay.

11. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel have conferred with Defendants' Counsel to this matter, who does not oppose the extension of deadlines sought in this Motion.[1]

12. A proposed order in support of this Motion is attached.

WHEREFORE, Plaintiff, Tara Hall as Personal Representative of The Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc. hereby requests that this Court amend

---

[1] Defendants' Counsel reserves the right to object to any of the various subpoenas that have been, or will be, issued by Plaintiff.

the current Scheduling and Procedures Order by extending the remaining deadlines of that order by ninety(90) days.

Dated: October 2, 2023                    Respectfully submitted,

*/s/ Peter C. Nanov*
Peter C. Nanov (D.C. Bar No. 230021)
Vorys, Sater, Seymour and Pease LLP
1909 K Street, NW, 9th Floor
Washington, DC 20006
(202) 467-8831
(202) 533-9084 (Facsimile)
pcnanov@vorys.com

Michael J. Garvin, *pro hac vice*
Aaron M. Williams, *pro hac vice*
Vorys, Sater, Seymour & Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
(216) 479-6100
mjgarvin@vorys.com
amwilliams@vorys.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, the foregoing Consent Motion to Amend Scheduling and Procedures Order was filed with the U.S. District Court for the District of Columbia, and served upon all parties of record via the Court's e-filing system or email.

*/s/ Peter C. Nanov*
Peter C. Nanov