IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## UNOPPOSED FIFTH MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER

Plaintiff, Tara Hall, As Personal Representative of The Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc., hereby moves this Court to amend the current Scheduling and Procedures Order, as amended by Minute Order dated Oct. 3, 2023, to extend the expert deadlines therein by 30 days, but not the close of discovery. In support of this Motion, Plaintiff states as follows:

1. This Court entered its Scheduling and Procedures Order on September 2, 2022, which establishes various deadlines applicable to this matter ("Scheduling Order"). (Dkt. No. 21).

2. In response to joint requests from the parties, the Court has amended that Scheduling Order four times to date, to allow the parties to complete discovery in phase fashion to facilitate settlement.

3. On December 31, 2023, Plaintiff's counsel received an unexpected email communication from one of her two retained expert witnesses, stating in its entirety:

"Gentlemen we really need an extension for the expert report /- can you ask the other side to extend to Jan 30th?" *See* Exhibit 1 to Declaration of Marcel C. Duhamel.

4. Since receipt of that email, undersigned counsel have made multiple attempts, by phone and by email, to contact the retained expert. Neither counsel's emails nor voicemails received any response until 12:27 p.m. on January 8, 2024, when the retained expert contacted counsel and advised that they had been sick with the RSV virus.

5. Plaintiff has been diligent in attempting to work with the retained expert, but through no fault of her or her counsel, barely two weeks before expert reports are due, the expert stopped communicating with counsel. Plaintiff and her counsel were not given an explanation for the expert's request for more time until January 8, 2024. Under these circumstances, it would be manifestly unjust to prejudice Plaintiff by denying her an extension of time by which to provide an expert report, which can be completed by February 16, 2024.

6. Plaintiff does not propose to extend the discovery deadline in this case, because she believes that the parties can conclude any expert depositions within the 30 days following the submission of reply reports but prior to the close of discovery. Consequently, the overall schedule will not be prejudiced or affected by this extension. Accordingly, good cause exists to grant this Motion to avoid prejudice to Plaintiff.

7. Plaintiff respectfully requests the Court to extend the current Scheduling Order deadlines as follows:

| **Deadline** | **Current Date** | **Amended Date** |
|---|---|---|
| Proponent's Rule 26(a)(2)(B) & (C) Disclosures | January 16, 2024 | February 16, 2024 |
| Opponent's Rule 26(a)(2)(B) & (C) Disclosures | February 12, 2024 | March 12, 2024 |
| Reply Rule 26(a)(2)(B) & (C) Disclosures | February 28, 2024 | March 16, 2024 |

| All discovery completed, and all discovery-related motions filed | April 17, 2024 | April 17, 2024 |

8. No other deadlines exist that are affected by, or must be rescheduled as a result of, the extensions requested in this Motion.

9. Plaintiff makes this motion in good faith and not for purposes of delay.

10. On January 4, 2024, pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with Defendants' counsel to this matter, who indicated her clients do not oppose the relief sought in this Motion. Subsequent to that discussion, Plaintiff's counsel received contact from Plaintiff's retained expert, explaining that the expert had been debilitated by the RSV virus.

11. A proposed order in support of this Motion is attached.

WHEREFORE, Plaintiff, Tara Hall as Personal Representative of The Estate of Marcel Theo Hall, and derivatively on behalf of Biz Markie, Inc. hereby requests that this Court amend the current Scheduling and Procedures Order by extending the expert deadlines of that order by thirty (30) days.

Dated: January 8, 2024            Respectfully submitted,

*/s/ Peter C. Nanov*
Peter C. Nanov (D.C. Bar No. 230021)
Vorys, Sater, Seymour and Pease LLP
1909 K Street, NW, 9th Floor
Washington, DC 20006
(202) 467-8831
(202) 533-9084 (Facsimile)
pcnanov@vorys.com

Michael J. Garvin, *pro hac vice*
Marcel C. Duhamel, *pro hac vice*
Aaron M. Williams, *pro hac vice*
Vorys, Sater, Seymour & Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327

(216) 479-6100
mjgarvin@vorys.com
mcduhamel@vorys.com
amwilliams@vorys.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, the foregoing Unopposed Fifth Motion to Amend Scheduling and Procedures Order was filed with the U.S. District Court for the District of Columbia, and served upon all parties of record via the Court's e-filing system or email.

*/s/ Peter C. Nanov*
Peter C. Nanov