IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

### DECLARATION OF MARCEL C. DUHAMEL IN SUPPORT OF PLAINTIFF'S UNOPPOSED FIFTH MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER

I, Marcel C. Duhamel, hereby declare:

1. I am an attorney with the law firm of Vorys, Sater, Seymour and Pease LLP, a member of the bars of the State of Ohio as well as various federal courts throughout the country, including the Supreme Court of the United States. I have personal knowledge of the facts stated herein and could competently testify thereto if called as a witness.

2. Attached hereto as Exhibit 1 is a redacted true and correct copy of an email that I received on December 31, 2023 from an expert retained to provide an opinion and testify in this matter ("Expert").[1]

3. In response to that email, I attempted to contact the Expert again by email, on December 31, 2023, and January 4, 2024.

4. I also attempted to contact the Expert by phone, on January 4, 2023.

---

[1] Exhibit 1 has been redacted to remove the name of the Expert and privileged communications between counsel and that Expert.

2

      5.      At 12:27 p.m. on January 8, 2024, I was contacted by the Expert, who advised that they had been debilitated by the RSV virus.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2024                           _____
                                                     Marcel C. Duhamel, Esquire