# Nanov, Peter C

| | |
|---|---|
| **From:** | |
| **Sent:** | Sunday, December 31, 2023 11:25 AM |
| **To:** | Duhamel, Marcel C. |
| **Cc:** | Garvin, Michael J.; Nanov, Peter C |
| **Subject:** | [EXTERNAL] Re: |

**CAUTION: External Email**

Gentlemen we really need an extension for the expert report /- can you ask the other side to extend to Jan 30th?

Sent from my iPhone please excuse any typos

> On Dec 30, 2023, at 4:53 PM, Duhamel, Marcel C. <MCDuhamel@vorys.com> wrote:



\<image001.jpg\>

**Marcel C Duhamel**
Partner
Vorys, Sater, Seymour and Pease LLP
200 Public Square | Suite 1400
Cleveland, Ohio 44114

Direct: 216.479.6112
Mobile: 216.233.4653
Email: mcduhamel@vorys.com

*www.vorys.com*

From the law offices of Vorys, Sater, Seymour and Pease LLP.

This email has been sent for the sole use of the intended recipient(s), and may contain private, confidential or privileged information. If you are not the intended recipient, please advise the sender by reply email and destroy all copies of this email. Any unauthorized review, use, disclosure or distribution is prohibited.