IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## [PROPOSED] ORDER GRANTING UNOPPOSED FIFTH MOTION TO AMEND SCHEDULING AND PROCEDURES ORDER

The Court has reviewed the Plaintiff's Unopposed Fifth Motion to Amend Scheduling and Procedures Order and upon consideration thereof, and finding that Defendant does not oppose the motion, it is hereby:

ORDERED that Plaintiff's Unopposed Fifth Motion to Amend Scheduling and Procedures Order is GRANTED; and it is further

ORDERED that the Court's Scheduling and Procedures Order shall be amended as follows:

1. Proponent's Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **February 16, 2024**;

2. Opponent's Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **March 12, 2024**;

3. Any reply Rule 26(a)(2)(B) & (C) Disclosures shall be due on or before **March 16, 2024**.

SO ORDERED.

Date:_____                    _____
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge

Copies:
Peter C. Nanov
Michael J. Garvin
Marcel C. Duhamel
Aaron M. Williams
Dayna Cooper