IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FURTHER AMEND COMPLAINT**

The Court has reviewed the Plaintiff's Motion for Leave to Further Amend Complaint and any opposition thereto, and, upon consideration thereof, it is hereby:

ORDERED that Plaintiff's Motion for Leave to Further Amend Complaint is GRANTED; and it is further

ORDERED that Plaintiff's Second Amended Complaint is deemed filed and served as of _____, 2024.

SO ORDERED.

Date:_____            _____
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

Copies:
Peter C. Nanov
Michael J. Garvin
Marcel C. Duhamel
Aaron M. Williams
Dayna Cooper