# **EXHIBIT 5**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually, <br><br> Defendants. | Case No.: 1:22-cv-00806-CKK |

## DECLARATION OF JENNIFER IZUMI

I, Jennifer Izumi, declare as follows:

1. I am an adult and competent to testify. If called to testify, I would testify consistently with this declaration.

2. I have personal knowledge of the matters set forth in this declaration.

3. Prior to 2015, Bizmont Entertainment, Inc. ("Bizmont") owned and paid for the website domain "bizmarkie.com." Since early 2015, BMI advertised, offered, and provided services in connection with the "Biz Markie" trademark on the website "bizmarkie.com."

4. When Bizmont's ownership of bizmarkie.com expired, Biz Markie, Inc. ("BMI") immediately took over the bizmarkie.com website as its owner and began paying for the domain. BMI became the owner of the bizmarkie.com domain as July 19, 2016.

5. BMI began using and licensing the "Biz Markie" trademarks at least as early as March 2015.

147112965.1

6. I was the majority owner of BMI, with 51% of the shares of that entity. Marcel Hall was the minority owner, with the other 49% of the shares in BMI. As the majority-owner of BMI, I had the ultimate decision-making authority concerning the use, licensing, and control of the "Biz Markie" trademark, which BMI owns.

7. In 2019, BMI orally granted Balancing Acts, Inc. ("BAI") a license to use the Biz Markie" trademarks.

8. Subject to that license, BAI used and licensed the Biz Markie" trademarks. Proof of one such performance used in connection with the Biz Markie trademark was a performance of Marcel Hall on June 29, 2019 in Charlotte, North Carolina at the Filmore

9. BMI used the "Biz Markie" trademark in its contracts, on its letterhead, and used it on the bizmarkie.com website to advertise and promote the services of "Biz Markie."

10. Although I had the ultimate decision-making authority concerning that trademark, out of respect, I would consult with Marcel Hall on decisions relating to BMI's business including decisions relating to the Biz Markie trademark. I would consider his input regarding BMI's use and licensing of the Biz Markie trademark.

11. Thus, Marcel was informed and knowledgeable of BMI's business affairs including the relationship between and BMI and BAI.

12. For instance, on July 30, 2019 Marcel Hall sent me an image of a check from Live Nation Worldwide, Inc. ("Live Nation"), identifying as the payee. This check was payment for Marcel Hall's services performed in connection with use of the "Biz Markie" trademark. BAI signed a contract with Live Nation for Marcel Hall to do so.

13. A true and correct copy of a text exchange between myself and Marcel Hall following the concert that Marcel Hall performed for Live Nation as "Biz Markie" pursuant to the Live Nation-BAI contract is attached hereto as **Exhibit A**.

14. The image in Exhibit A is of the Live Nation check in Marcel Hall's hand, payable to BAI. Marcel originally sent me an image of the check he received at the venue from Live Nation. Later, I sent him a picture of the same check to remind him to give it to Leslie to deliver it to me, for BAI.

15. All of BMI's use of the "Biz Markie" trademark and its licensing of the trademark was done with Marcel Hall's knowledge because we had discussions.

16. In February 2019, Marcel Hall and I filled out paperwork for BMI to obtain a $50,000 business line of credit from BB&T Bank.

17. Marcel Hall and I both had to go to BB&T Bank branch offices to sign the loan application and loan documents relating to the BB&T business line of credit for BMI. A true and correct copy of the Business Line of Credit Application and Agreement that Marcel Hall and I both signed is attached hereto as **Exhibit B**.

18. In support of the business line of credit application to BB&T, BB&T asked each of us to submit tax returns. These included personal tax returns and a return for BMI. A true and correct copy of the 2017 BMI tax return that we submitted to BB&T in support of the application for a business line of credit for BMI is attached hereto as **Exhibit C**.

19. A true and correct copy of Marcel Hall's 2017 individual tax return that was submitted to BB&T in support of the application for a business line of credit for BMI is attached hereto as **Exhibit D**.

20. In support of the business line of credit application to BB&T, BB&T asked Marcel Hall and I to submit personal financial statements. A true and correct copy of Marcel Hall's Personal Financial Statement that was submitted to BB&T in support of the application for a business line of credit to BMI is attached hereto as **Exhibit E**.

21. Marcel Hall signed the Credit Line Agreement for the $50,000 business line of credit for BMI from BB&T Bank. A true and correct copy of the Credit Line Agreement is attached hereto as **Exhibit F**.

22. The Credit Line Agreement that Marcel Hall signed contained representations and warranties that all of the documents Marcel Hall and I had submitted to BB&T to obtain the business line of credit for BMI were accurate. *See* Exhibit F at Hall_JRH_02555, top of page.

23. Marcel Hall signed the Promissory Note for BMI for the $50,000 business line of credit from BB&T Bank. A true and correct copy of the Promissory Note is attached hereto as **Exhibit G**.

24. Marcel Hall signed the Guaranty Agreement for the $50,000 business line of credit from BB&T Bank and his signature was notarized. A true and correct copy of the Guaranty Agreement is attached hereto as **Exhibit H**, Hall_JRH_02549 to _02552.

25. BB&T Bank ultimately approved the business line of credit application for BMI based on the documents Marcel Hall and I submitted, referenced above in this declaration.

26. BMI receive proceeds from the $50,000 business line of credit from BB&T Bank that BMI obtained using the documents referenced above.

27. In January 2019 Marcel Hall directed me to put his electronic signature on letters and send them to companies that were making various royalty payments to BMI-owned accounts directing those companies to make the royalty payments to accounts owned by

Balancing Acts, Inc. A true and correct copy of one such letter where Marcel Hall directed me to apply his electronic signature is attached hereto as **Exhibit J**.

28.   Attached hereto as **Exhibit K** is a true and correct copy of an email I received from Tara Hall on November 5, 2018.

29.   Attached hereto as **Exhibit I** is a true and correct copy of a text message that I received from Tara Hall on November 17, 2018.

30.   I personally discussed "Biz Markie" trademarked merchandise that BMI was offering for sale on bizmarkie.com with Marcel Hall starting in 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2024.


Jennifer Izumi

147112965.1

# EXHIBIT A - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT B - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT C - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT D - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT E - REDACTED
## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT F - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT G - REDACTED

## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT H - REDACTED
## ENTIRE DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT I



NWMI-JDI-00000243

# EXHIBIT J

January 16, 2019

Rhino Entertainment Company,
c/o Warner Music Group
511 Union Street, Suite 1200
Nashville, TN 37219
Attn: Head of Legal Affairs

RE:   LETTER OF DIRECTION FOR PAYMENT – BIZ MARKIE

Dear Madam or Sir:

Reference is made to that certain agreement between Marcel Hall, a/k/a BIZ MARKIE and Prism Records dated August 14, 1986, as may have been amended from time to time, including the amendment with Rhino Entertainment Company, A Warner Music Group Company ("Rhino") dated March 6, 2009 (the "Agreement"). All terms defined in the Agreement shall have the same meanings when used in this letter of direction. In a Letter of Direction dated as of November 1, 2017, I previously instructed you to pay royalties payable to me to Biz Markie, Inc. I write to you today to instruct you to pay royalties as follows:

1.   I, the undersigned, hereby request and irrevocably authorize Rhino to account to and pay all royalties and other monies which are payable or may become payable to me pursuant to the Agreement to the following entity:

Balancing Acts, Inc.   ("New Recipient")
1328 U Street, NW, #1W
Washington, DC 20009

2.   Rhino's compliance with the foregoing authorization shall constitute an accommodation to me alone, and New Recipient will not be a beneficiary of it. All accountings and payments to the New Recipient under this authorization shall constitute payment to me, and Rhino shall have no liability by reason of any erroneous payment or failure to comply with such authorization.

3.   I shall indemnify and hold Rhino harmless against any claims asserted against Rhino and any damages, losses or expenses Rhino incurs by reason of any such payment or accounting or otherwise in connection with any such payment or accounting.

Thank you for your attention to this matter.

Very truly yours,

By: *[signature]* 01.16.2019
Marcel Hall p/k/a Biz Markie

Page 1 of 1

P000230

# EXHIBIT K

Print | Close Window

**Subject:** Docs Needed
**From:** Tara Hall <taralhall25@gmail.com>
**Date:** Mon, Nov 05, 2018 10:49 am
**To:** "Jenni D. IZUMI - BIZ MARKIE & BALANCING ACTS" <jdi@bizmarkie.com>

Good Morning Jenni,

As mentioned by Biz, We would like to start paying our bills and Biz would like to start signing his own payroll checks.

Also, I'll need a copy of his POA agreement with you and Business license for Biz Markie, Inc. along with his Citibank pass codes for account number 9108692062 for now.

I've also contacted Mr. Brown at Northwestern Mutual to make a few changes due to our marriage. He will be contacting the office sometime today.

I'm sure I'll have a few more questions as this process will be tedious.

If you have any questions, please feel free to contact me.

Thank you in advance,

Tara Hall

Copyright © 2003-2023. All rights reserved.

NWMI-JDI-00000240