**EXHIBIT 7**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF COLUMBIA
 3    _____
 4    TARA HALL AS PERSONAL
 5    REPRESENTATIVE OF THE ESTATE OF
 6    MARCEL THEO HALL, and
 7    derivatively on behalf of Biz
 8    Markie, Inc.,
 9          Plaintiff,
10       v.                              Civil Action No.
11    BIZ MARKIE, INC. AND JENNIFER      1:22-cv-00806 (CKK)
12    IZUMI,
13          Defendants.
14    _____
15             VIDEOCONFERENCE DEPOSITION OF
16                  RONALD LAROY SHAW
17    DATE:          Thursday, May 2, 2024
18    TIME:          1:12 p.m.
19    LOCATION:      Remote Proceeding
20                   Cleveland, OH 44114
21    REPORTED BY:   Brian Raglow
22    JOB NO.:       6683116
23
24
25
```

```
 1            A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF TARA HALL:
 3        PETER C. NANOV, ESQUIRE (by videoconference)
 4        Vorys, Sater, Seymour & Pease LLP
 5        1909 K Street NW
 6        Washington, DC 20006
 7        pnanov@vorys.com
 8        (202) 467-8831
 9
10   ON BEHALF OF DEFENDANTS BIZ MARKIE, INC. AND JENNIFER
11   IZUMI:
12        DAYNA C. COOPER, ESQUIRE (by videoconference)
13        Cooper Legal, LLC
14        1 Olympic Place
15        Towson, MD 21204
16        dayna@cooperlegalsolutions.com
17        (202) 642-5470
18
19
20
21
22
23
24
25
```

```
                                                      Page 3
 1                         I N D E X
 2   EXAMINATION:                                       PAGE
 3        By Mr. Nanov                                    5
 4
 5                       E X H I B I T S
 6   NO.            DESCRIPTION                         PAGE
 7                     (None marked.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1           P R O C E E D I N G S
2               THE REPORTER:  Good afternoon.
3               MR. SHAW:  All right.
4               THE REPORTER:  My name is Brian -- my
5    name is Brian Raglow; I'm the reporter assigned by
6    Veritext to take the recording of this proceeding.
7    We're now on the record at 1:12 p.m.
8               This is the deposition of Ronald Shaw
9    taken in the matter of Tara Hall APR of Estate of
10   Marcel Theo Hall vs. Biz Markie Incorporated, et al.
11   taken on May 2, 2024, remotely via Zoom.
12              I'm a notary authorized to take
13   acknowledgments and administer oaths in Ohio.  Parties
14   agree that I'll swear in the witness remotely, outside
15   of his presence.
16              Additionally, absent an objection on
17   the record before the witness is sworn, all parties
18   and the witness understand and agree that any
19   certified transcript produced from the recording
20   virtually of this proceeding:
21              - is intended for all uses permitted
22                 under applicable procedural and
23                 evidentiary rules and laws in the
24                 same manner as a deposition recorded
25                 by stenographic means; and

```
 1                   - shall constitute written stipulation
 2                       of such.
 3                   At this time will everyone in
 4   attendance please identify yourself for the record.
 5                   MR. NANOV:  Peter Nanov, counsel for
 6   the plaintiff.
 7                   MS. COOPER:  Dayna Cooper, counsel for
 8   the defendants Biz Markie, Inc. and Jennifer Izumi.
 9                   MR. SHAW:  Ronald Shaw.
10                   THE REPORTER:  Thank you.  Hearing no
11   objection, I will now swear in the witness.
12                   Please raise your right hand, sir.
13   WHEREUPON,
14                       RONALD LAROY SHAW,
15   called as a witness and having been first duly sworn
16   to tell the truth, the whole truth, and nothing but
17   the truth, was examined and testified as follows:
18                   THE REPORTER:  Thank you.
19                   You may proceed.
20                          EXAMINATION
21   BY MR. NANOV:
22       Q    Mr. Shaw, thank you for joining us this
23   afternoon.  Could you please just for the record state
24   your full name?
25       A    Ronald L. Shaw or Ronald Laroy Shaw.
```

1    Q    Thank you.  Before we get into the
2    questions, I'd like to just go over some quick ground
3    rules with you.  First of all, I understand that we're
4    on video, but I will ask that you give verbal
5    responses to any questions that are asked of you.  The
6    reporter can't take down shrugs or nods --
7    A    Head nods --
8    Q    -- or stuff like that.
9    A    Got you.  No problem.
10   Q    I'll ask that you wait to answer my question
11   until I've finished asking it.  And do your best to
12   avoid talking over me.  I will do the same.
13        If you do not understand a question, please
14   ask me to rephrase it and I'll be happy to do so.  If
15   you don't ask me, I'm just going to assume that you
16   understand it.
17        And I don't know if we'll need a break.  I
18   don't know if we're even going to go that long, but if
19   you do need a break, please just let me know and I'll
20   be happy to take one.  My only request is that we not
21   take a break while a question is pending.
22             THE WITNESS:  Mm-hmm -- I'll --
23   BY MR. NANOV:
24   Q    Sir?
25   A    No.  I was telling my employee I'm on a

1      A    Mm-hmm.
2      Q    Do you have any knowledge about any
3  agreement between Mr. Hall and Ms. Izumi regarding the
4  ownership of any trademarks?
5      A    I knew that she was his partner.  I knew
6  that for a fact.  As for everything else that you're
7  just asked me about, as for -- I'm going to go with --
8  when the funeral and everything that was going on and
9  by -- we couldn't see Biz Markie, it was questioned
10 that Jenni was in charge of everything.  It was
11 said -- excuse me.
12          I heard this from Jeffrey Spencer.  I heard
13 this from Biz brother Shelton [sic].  I heard this
14 from Ralph Horton.  But the person who knew best was
15 Jeff Spencer.  Why?  Because I was wondering why we
16 could not see him.
17          And that -- that boggled everything because
18 for energy-wise, Biz Markie needs that.  If you -- if
19 you know anything about the man, the more people that
20 are around him, the more energy he gets.  So it was
21 questioned, you know, what in the world -- what's
22 going on?
23          I remember distinctively -- and I -- it was
24 repeated -- I was going to record it if I needed to --
25 Jeff saying Jenni had the power of everything.  Biz

Page 16

1    left for -- everything in the power of Jenni --
2    Ms. Izumi -- excuse me.  And he does not know why that
3    she didn't take control, but Ms. Izumi was in charge
4    of everything.
5         Q    Okay.  Do you know if Ms. Izumi actually
6    owned any trademarks?
7         A    According to Jeff, she was the boss.  She
8    was the owner.
9         Q    Okay.  Of trademarks?  Or of the business?
10        A    According to -- again, according to Jeff,
11   she was the owner of everything.
12        Q    Okay --
13        A    I do know -- oh, go -- I'm going to let you
14   ask.  Go ahead.
15        Q    Do you have any knowledge about any
16   agreement between Mr. Hall and Ms. Izumi's separate
17   company Balancing Acts, Inc. about the ownership of
18   any trademarks?
19        A    Anything that Biz Markie was involved with,
20   Jenni was either a partner or a owner of it.  Anything
21   that has to do with Biz -- excuse me -- Marcel Hall.
22        Q    -- okay.  And what is the basis of your
23   statement that you just made?  How do you know?
24        A    Well, I -- again, as I said earlier, from
25   him speaking to me personally.  From him when it comes

Page 17

1  to business.  I know Biz better than anybody else
2  that -- I knew him longer than everybody else that you
3  can mention.
4      Q   Okay.  Have you ever seen any bank
5  statements or financial statements from the Biz
6  Markie, Inc. business entity?
7      A   No, sir.
8      Q   Have you ever seen the tax returns from the
9  Biz Markie, Inc. entity?
10     A   No, sir.
11     Q   Have you ever seen tax returns of Mr. Hall
12  personally?
13     A   No, sir.
14     Q   Have you ever seen any business records of
15  any kind from the Biz Markie, Inc. entity?
16     A   No, sir.
17     Q   Have you ever seen any written agreements
18  between Mr. Hall and Ms. Izumi?
19     A   No.  I haven't.  Only person that would --
20  maybe Jeffrey.
21     Q   Okay.  Have you ever seen any written
22  agreements between Mr. Hall and the Biz Markie, Inc.
23  entity?
24     A   I haven't seen any agreement.
25     Q   Okay.