# **EXHIBIT 8**

```
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   _____
 4   TARA HALL, ETC.,
 5        Plaintiff,
 6      v.                                Case No.
 7   BIZ MARKIE, INCORPORATED, ET AL.,    1:22-cv-00806-
 8        Defendants.                     CKK
 9   _____
10            VIDEOCONFERENCE DEPOSITION OF
11                  RALPH HORTON
12   DATE:         Friday, June 14, 2024
13   TIME:         10:18 a.m.
14   LOCATION:     Remote Proceeding
15                 Brentwood, NY 11717
16   REPORTED BY:  Brian Raglow
17   JOB NO.:      6729741
18
19
20
21
22
23
24
25
```

```
 1                A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF TARA HALL:
 3        PETER C. NANOV, ESQUIRE (by videoconference)
 4        Vorys Sater Seymour & Pease LLP
 5        1909 K Street NW
 6        Washington, DC 20006
 7        pcnanov@vorys.com
 8        (202) 467-8831
 9
10   ON BEHALF OF DEFENDANT BIZ MARKIE, INC.:
11        DANYA COOPER, ESQUIRE (by videoconference)
12        Cooper Legal, LLC
13        1 Olympic Place, Suite 900
14        Towson, MD 21204
15        dayna@cooperlegalsolutions.com
16        (202) 642-5470
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 3
 1                        I N D E X
 2   EXAMINATION:                                       PAGE
 3       By Mr. Nanov                                     5
 4
 5                       E X H I B I T S
 6   NO.              DESCRIPTION                       PAGE
 7                     (None marked.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                P R O C E E D I N G S
2                THE REPORTER:  Good morning.  My name
3    is Brian Raglow; I am the reporter assigned by
4    Veritext to take the recording of this proceeding.  We
5    are now on the record at 10:18 a.m.
6                This is the deposition of Ralph Horton
7    taken in the matter of Tara Hall, et cetera, vs. Biz
8    Markie, Incorporated, et al. on July 14, 2024 --
9    pardon me, June 14, 2024, remotely via Zoom.
10               I am a notary authorized to take
11   acknowledgments and administer oaths in Ohio.  Parties
12   agree that I will swear in the witness remotely
13   outside of his presence.
14               Additionally, absent an objection on
15   the record before the witness is sworn, all parties
16   and the witness understand and agree that any
17   certified transcript produced from the recording
18   virtually of this proceeding:
19                    - is intended for all uses permitted
20                      under applicable procedural and
21                      evidentiary rules and laws in the
22                      same manner as a deposition recorded
23                      by stenographic means; and
24                    - shall constitute written stipulation
25                      of such.

1    Q    Okay.  All right.  Thank you.  So how do you
2    know Mr. Hall?
3    A    Childhood friend.
4    Q    Okay.  Do you have any knowledge about the
5    ownership of BMI, the company, Biz Markie,
6    Incorporated?
7    A    I know what he told me.
8    Q    Okay.  And do you have any knowledge about
9    the compensation agreement between Mr. Hall and
10   Ms. Izumi?
11   A    We never discussed that.
12   Q    Okay.  Do you have any knowledge about any
13   agreement between Mr. Hall and Ms. Izumi regarding the
14   ownership of any trademarks?
15   A    Yes.  I know what he told me.
16   Q    Okay.  Do you have --
17   A    He told me --
18   Q    Go ahead.
19   A    No.  He told me -- if you're asking me a
20   specific question, we had a conversation several
21   times.  And what I understand -- what he told me was
22   that when he started BMI, he gave Jenny the company.
23   So Jenny was the -- from what our -- based on our
24   conversation, Jenny had ownership on the company.
25   Q    Okay.  Do you know if that extended to

Page 10

1  any -- do you have any personal knowledge if that
2  extended to any trademark information or if it was
3  just the company?
4       A    Well, you got to understand something.  In
5  our community -- that you're probably not familiar
6  with, we have our own way of communicating with each
7  other.  And when he specifically told me that she
8  owned the company was, from my understanding, that the
9  trademark and anything that goes along with it was
10 part of her ownership because he trusted her that
11 much.
12      Q    Okay.  Do you have any knowledge about any
13 agreement between Mr. Hall and Ms. Izumi's separate
14 company, Balancing Acts, Incorporated?
15      A    No.
16      Q    Okay.  Have you ever seen any of the
17 business records of the Biz Markie, Inc., BMI company?
18      A    I would have no reason to, so no.
19      Q    Okay.  So -- and I apologize for getting
20 into the specifics here.  I take it you have never
21 seen any of BMI's financial statements?
22      A    No.
23      Q    Have you ever seen any of BMI's bank account
24 statements or bank account information?
25      A    No.

1   Q   Have you ever seen any of BMI's tax returns?
2   A   No.
3   Q   Okay.  Have you ever seen or been familiar
4   with any agreements between Mr. Hall and Ms. Izumi?
5   A   Could you repeat that question, please?
6   Q   Have you ever seen any written agreement
7   between Mr. Hall and Ms. Izumi?
8   A   No.
9   Q   Have you ever seen any written agreements
10  between Mr. Hall and BMI?
11  A   No.
12  Q   Have you ever seen any agreements involving
13  Ms. Izumi's separate company, Balancing Acts,
14  Incorporated?
15  A   No.
16  Q   Have you ever seen any documents related to
17  the distribution of income between Mr. Hall and
18  Ms. Izumi?
19  A   No.
20  Q   Have you ever seen any documents related to
21  the ownership of trademarks related to Mr. Hall or
22  Ms. Izumi?
23  A   No.
24  Q   Have you ever seen any documents related to
25  the ownership of any trademarks by BMI or the

Page 12

1  Balancing Acts, Incorporated, entity?
2       A    No.
3       Q    Have you ever seen any documents related to
4  the ownership of royalty payments related to either
5  BMI or the Balancing Acts, Incorporated, entity?
6       A    No.
7       Q    Do you have any knowledge about the
8  relationship between Mr. Hall and Ms. Izumi?
9       A    Yes.
10      Q    And what is the basis of your knowledge?
11      A    She was -- he trusted her.  That was -- she
12 was the homie.
13      Q    I'm sorry.  She was the what?
14      A    The homie.
15      Q    Okay.  And are you familiar with what, if
16 any, role she played in the BMI entity?
17      A    She ran everything.
18      Q    Okay.
19           MS. COOPER:  Objection.
20           You can answer.  Go ahead.  Oh, just
21 one note that I don't think that we discussed at the
22 beginning.  If there's an objection made on the
23 record, you still have to answer because there's no
24 judge here to rule on the objection.  So you can
25 proceed.

Page 13

1              THE WITNESS:  Okay.  Yeah, she ran --
2    Jenny ran everything.
3              MR. NANOV:  Okay.
4              Brian, did you get Ms. Cooper's
5    objection?
6              THE REPORTER:  Yes.  I did.
7              MR. NANOV:  Okay.  Thank you.
8    BY MR. NANOV:
9        Q    Okay.  Mr. Horton, do you have any knowledge
10   about the relationship between Mr. Hall and his wife,
11   Tara Hall?
12       A    Yes.  I do.
13       Q    And what is the basis of that knowledge?
14       A    Well, I know that towards the end, they
15   weren't getting along.  I know that she made an
16   attempt to try to start her own management company,
17   and Biz didn't like the idea of that.  And he
18   specifically told me on several occasions that when
19   she was -- she was trying to do something with her
20   sister.  I think it was her sister.  He said that --
21   it was her sister, he said, that she was trying to
22   start a company with.
23             And that he didn't care if she started the
24   company.  But if she did try to start her own company,
25   everything that she was going to do was going to have

Page 14

1  to go through Jenny anyway.
2      Q   Okay.
3      A   And I knew as far as their relationship
4  goes, you know, every -- every marriage has their ups
5  and downs, but apparently Tara had did some things
6  that Biz didn't trust her with or got him to not trust
7  her.  And he wasn't really happy about that to the
8  extent where he was ready to come to New York in the
9  middle of COVID just to get away.
10     Q   And how did you learn the information that
11 you just told us?
12     A   Because we talked, like, every day.  He was
13 like my brother.  I was his first road manager.  I was
14 his childhood friend.  I'd been in his life since
15 before he started his music career.
16     Q   Okay.  So this was all information conveyed
17 to you by Mr. Hall?
18     A   By -- by Mr. Hall.
19     Q   Okay. All right.  Mr. Horton, I do not have
20 any other questions for you.
21             MR. NANOV:  Ms. Cooper, do you have any
22 questions for Mr. Horton?
23             MS. COOPER:  No.  I have no questions.
24             Thank you, Mr. Horton.  Have a good
25 day.