# **EXHIBIT 9**



# MARYLAND STATUTORY FORM POWER OF ATTORNEY

## PLEASE READ CAREFULLY

This power of attorney authorizes another person (your Attorney-in-Fact) to make decisions concerning your property for you (the principal). You need not give to your Attorney-in-Fact all the authorities listed below and may give the Attorney-in-Fact only those limited powers that you specifically indicate. This power of attorney gives your Attorney-in-Fact the right to make limited decisions for you. You should very carefully weigh your decision as to what powers you give your Attorney-in-Fact. Your Attorney-in-Fact will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself.

If you choose to make a grant of limited authority, you should check the boxes that identify the specific authorization you choose to give your Attorney-in-Fact.

This power of attorney does not authorize the Attorney-in-Fact to make health care decisions for you.

You should select someone you trust to serve as your Attorney-in-Fact. Unless you specify otherwise, generally the Attorney-in-Fact's authority will continue until you die or revoke the power of attorney or the Attorney-in-Fact resigns or is unable to act for you.

Your Attorney-in-Fact is not entitled to compensation unless you indicate otherwise in the special instructions of this power of attorney. If you indicate that your Attorney-in-Fact is to receive compensation, your Attorney-in-Fact is entitled to reasonable compensation or compensation as specified in the Special Instructions.

This form provides for designation of one Attorney-in-Fact. If you wish to name more than one Attorney-in-Fact you may name a co-Attorney-in-Fact in the Special Instructions. If you name a Co-Attorney-in-Fact, they are not required to act together unless you include that requirement in the Special Instructions.

If your Attorney-in-Fact is unavailable or unwilling to act for you, your power of attorney will end unless you have named a successor Attorney-in-Fact. You may also name a second successor Attorney-in-Fact.

This power of attorney becomes effective immediately unless you state otherwise in the Special Instructions.

If you have questions about the power of attorney or the authority you are granting to your Attorney-in-Fact, you should seek legal advice before signing this form.

## DESIGNATION OF ATTORNEY-IN-FACT

I, Marcel Hall name the following person as my Attorney-in-Fact:
Name of Attorney-in-Fact:         Jennifer D. Izumi
Attorney-in-Fact's Address:       1905 15th Street, NW, #32, Washington, DC 20009
Attorney-in-Fact's Telephone Number:   (202) 631-7908

## GRANT OF GENERAL AUTHORITY

I ("the principal") grant my Attorney-in-Fact and any successor Attorney-in-Fact, with respect to each subject listed below, the authority to do all acts that I could do to:

(1) Demand, receive, and obtain by litigation or otherwise, money or another thing of value to which the principal is, may become, or claims to be entitled, and conserve, invest, disburse, or use anything so received or obtained for the purposes intended;

(2) Contract with another person, on terms agreeable to the Attorney-in-Fact, to accomplish a purpose of a transaction and perform, rescind, cancel, terminate, reform, restate, release, or modify the contract or another contract made by or on behalf of the principal;

(3) Execute, acknowledge, seal, deliver, file, or record any instrument or communication the Attorney-in-Fact considers desirable to accomplish a purpose of a transaction, including creating a schedule contemporaneously or at a later time listing some or all of the principal's property and attaching the schedule to this power of attorney;

(4) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to a claim existing in favor of or against the principal or intervene in litigation relating to the claim;

(5) Seek on the principal's behalf the assistance of a court or other governmental agency to carry out an act authorized in this power of attorney;

(6) Engage, compensate, and discharge an attorney, accountant, discretionary investment manager, expert witness, or other advisor;

(7) Prepare, execute, and file a record, report, or other document to safeguard or promote the principal's interest under a statute or regulation;

(8) Communicate with representatives or employees of a government or governmental subdivision, agency, or instrumentality, on behalf of the principal;

(9) Access communications intended for, and communicate on behalf of the principal, whether by mail, electronic transmission, telephone, or other means; and

(10) Do lawful acts with respect to the subject and all property related to the subject.

(INITIAL each authority in any subject you want to include in the Attorney-in-Fact's general authority. Cross through each authority in any subject that you want to exclude. If you wish to grant general authority over an entire subject, you may initial "All of the above" instead of initialing each authority.)

## SUBJECTS AND AUTHORITY

A. **Real Property** – With respect to this category, I authorize my Attorney-in-Fact to:

(\_\_\_) Demand, buy, lease, receive, accept as a gift or as security for an extension of credit, or otherwise acquire or reject an interest in real property or a right incident to real property

(\_\_\_) Sell, exchange, convey with or without covenants, representations, or warranties, quitclaim, release, surrender, retain title for security, encumber, partition, consent to partitioning, subject to an easement or covenant, subdivide, apply for zoning or other governmental permits, plat or consent to platting, develop, grant an option concerning, lease, sublease, contribute to an entity in exchange for an interest in that entity, or otherwise grant or dispose of an interest in real property or a right incident to real property

(\_\_\_) Pledge or mortgage an interest in real property or right incident to real property as security to borrow money or pay, renew, or extend the time of payment of a debt of the principal or a debt guaranteed by the principal, including a reverse mortgage

(\_\_\_) Release, assign, satisfy, or enforce by litigation or otherwise a mortgage, deed of trust, conditional sale contract, encumbrance, lien, or other claim to real property that exists or is asserted

(\_\_\_) Manage or conserve an interest in real property or a right incident to real property owned or claimed to be owned by the principal, including:

(1) Insuring against liability or casualty or other loss;

(2) Obtaining or regaining possession of or protecting the interest or right by litigation or otherwise;

(3) Paying, assessing, compromising, or contesting taxes or assessments or applying for and receiving refunds in connection with them; and

(4) Purchasing supplies, hiring assistance or labor, and making repairs or alterations to the real property

-3-

(___) Use, develop, alter, replace, remove, erect, or install structures or other improvements on real property in or incident to which the principal has, or claims to have, an interest or right

(___) Participate in a reorganization with respect to real property or an entity that owns an interest in or a right incident to real property and receive, hold, and act with respect to stocks and bonds or other property received in a plan of reorganization, including:

(1) Selling or otherwise disposing of the stocks and bonds or other property;

(2) Exercising or selling an option, a right of conversion, or a similar right with respect to the stocks and bonds or other property; and

(3) Exercising voting rights in person or by proxy

(___) Change the form of title of an interest in or a right incident to real property

(___) Dedicate to public use, with or without consideration, easements or other real property in which the principal has, or claims to have, an interest

(✓) All of the above

B.  **Tangible Personal Property** – With respect to this subject, I authorize my Attorney-in-Fact to:

(___) Demand, buy, receive, accept as a gift or as security for an extension of credit, or otherwise acquire or reject ownership or possession of tangible personal property or an interest in tangible personal property

(___) Sell, exchange, convey with or without covenants, representations, or warranties, quitclaim, release, surrender, create a security interest in, grant options concerning, lease, sublease, or otherwise dispose of tangible personal property or an interest in tangible personal property

(___) Grant a security interest in tangible personal property or an interest in tangible personal property as security to borrow money or pay, renew, or extend the time of payment of a debt of the principal or a debt guaranteed by the principal

(___) Release, assign, satisfy, or enforce by litigation or otherwise, a security interest, lien, or other claim on behalf of the principal, with respect to tangible personal property or an interest in tangible personal property

(___) Manage or conserve tangible personal property or an interest in tangible personal property on behalf of the principal, including:

(1) Insuring against liability or casualty or other loss;

(2) Obtaining or regaining possession of or protecting the property or interest, by litigation or otherwise;

(3) Paying, assessing, compromising, or contesting taxes or assessments or applying for and receiving refunds in connection with taxes or assessments;

(4) Moving the property from place to place;

(5) Storing the property for hire or on a gratuitous bailment; and

-4-

      (6) Using and making repairs, alterations, or improvements to the property
(\_\_\_) Change the form of title of an interest in tangible personal property
(✓) All of the above

C. **Stocks and Bonds** – With respect to this subject, I authorize my Attorney-in-Fact to:

(\_\_\_) Buy, sell, and exchange stocks and bonds
(\_\_\_) Establish, continue, modify, or terminate an account with respect to stocks and bonds
(\_\_\_) Pledge stocks and bonds as security to borrow, pay, renew, or extend the time of payment of a debt of the principal
(\_\_\_) Receive certificates and other evidences of ownership with respect to stocks and bonds
(\_\_\_) Exercise voting rights with respect to stocks and bonds in person or by proxy, enter into voting trusts, and consent to limitations on the right to vote
(✓) All of the above

D. **Commodities** – With respect to this subject, I authorize my Attorney-in-Fact to:

(\_\_\_) Buy, sell, exchange, assign, settle, and exercise commodity futures contracts and call or put options on stocks or stock indexes traded on a regulated option exchange
(\_\_\_) Establish, continue, modify, and terminate option accounts
(✓) All of the above

E. **Banks and Other Financial Institutions** – With respect to this subject, I authorize my Attorney-in-Fact to:

(\_\_\_) Continue, modify, transact all business in connection with, and terminate an account or other banking arrangement made by or on behalf of the principal
(\_\_\_) Establish, modify, transact all business in connection with, and terminate an account or other banking arrangement with a bank, trust company, savings and loan association, credit union, thrift company, brokerage firm, or other financial institution selected by the Attorney-in-Fact
(\_\_\_) Contract for services available from a financial institution, including renting a safe deposit box or space in a vault
(\_\_\_) Deposit by check, money order, electronic funds transfer, or otherwise with, or leave in the custody of, a financial institution, money or property of the principal
(\_\_\_) Withdraw, by check, money order, electronic funds transfer, or otherwise, money or property of the principal deposited with or left in the custody of a financial institution
(\_\_\_) Receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them
(\_\_\_) Enter a safe deposit box or vault and withdraw or add to the contents

-5-

(___) Borrow money and pledge as security personal property of the principal necessary to borrow money or pay, renew, or extend the time of payment of a debt of the principal or a debt guaranteed by the principal

(___) Make, assign, draw, endorse, discount, guarantee, and negotiate promissory notes, checks, drafts, and other negotiable or nonnegotiable paper of the principal or payable to the principal or the principal's order, transfer money, receive the cash or other proceeds of those transactions, and accept a draft drawn by a person on the principal and pay the draft when due

(___) Receive for the principal and act on a sight draft, warehouse receipt, other document of title whether tangible or electronic, or other negotiable or nonnegotiable instrument

(___) Apply for, receive, and use letters of credit, credit cards and debit cards, electronic transaction authorizations, and traveler's checks from a financial institution and give an indemnity or other agreement in connection with letters of credit

(___) Consent to an extension of the time of payment with respect to commercial paper or a financial transaction with a financial institution

(*MH*) All of the above

F. **Operation of an Entity or a Business** – With respect to this subject, I authorize my Attorney-in-Fact to:

(___) Operate, buy, sell, enlarge, reduce, or terminate an ownership interest

(___) Perform a duty or discharge a liability and exercise in person or by proxy a right, power, privilege, or an option that the principal has, may have, or claims to have

(___) Enforce the terms of an ownership agreement

(___) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to which the principal is a party because of an ownership interest

(___) Exercise in person or by proxy, or enforce by litigation or otherwise, a right, power, privilege, or an option the principal has or claims to have as the holder of stocks and bonds

(___) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to which the principal is a party concerning stocks and bonds

(___) With respect to an entity or business owned solely by the principal:

(1) Continue, modify, renegotiate, extend, and terminate a contract made by or on behalf of the principal with respect to the entity or business before execution of this power of attorney;

(2) Determine:

(i) The location of the operation of the entity or business;

(ii) The nature and extent of the business of the entity or business;

(iii) The methods of manufacturing, selling, merchandising, financing, accounting, and advertising employed in the operation of the entity or business;

      (iv) The amount and types of insurance carried by the entity or business; and

      (v) The mode of engaging, compensating, and dealing with the employees and accountants, attorneys, or other advisors of the entity or business;

    (3) Change the name or form of organization under which the entity or business is operated and enter into an ownership agreement with other persons to take over all or part of the operation of the entity or business; and

    (4) Demand and receive money due or claimed by the principal or on the principal's behalf in the operation of the entity or business and control and disburse the money in the operation of the entity or business

   (___) Put additional capital into an entity or a business in which the principal has an interest

   (___) Join in a plan of reorganization, consolidation, conversion, domestication, or merger of the entity or business

   (___) Sell or liquidate all or part of an entity or business

   (___) Establish the value of an entity or a business under a buyout agreement to which the principal is a party

   (___) Prepare, sign, file, and deliver reports, compilations of information, returns, or other papers with respect to an entity or business and make related payments

   (___) Pay, compromise, or contest taxes, assessments, fines, or penalties and perform other acts to protect the principal from illegal or unnecessary taxation, assessments, fines, or penalties, with respect to an entity or a business, including attempts to recover, as permitted by law, money paid before or after the execution of this power of attorney

   (✓) All of the above

  G. **Insurance and Annuities** – With respect to this subject, I authorize my Attorney-in-Fact to:

   (___) Continue, pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract procured by or on behalf of the principal that insures or provides an annuity to either the principal or another person, whether or not the principal is a beneficiary under the contract

   (___) Procure new, different, and additional contracts of insurance and annuities for the principal and the principal's spouse, children, and other dependents, and select the amount, type of insurance or annuity, and mode of payment

   (___) Pay the premium or make a contribution on, modify, exchange, rescind, release, or terminate a contract of insurance or annuity procured by the Attorney-in-Fact

   (___) Apply for and receive a loan secured by a contract of insurance or annuity

   (___) Surrender and receive the cash surrender value on a contract of insurance or annuity

   (___) Exercise an election

(___) Exercise investment powers available under a contract of insurance or annuity

(___) Change the manner of paying premiums on a contract of insurance or annuity

(___) Change or convert the type of insurance or annuity with respect to which the principal has or claims to have authority described in this section

(___) Apply for and procure a benefit or assistance under a statute or regulation to guarantee or pay premiums of a contract of insurance on the life of the principal

(___) Collect, sell, assign, hypothecate, borrow against, or pledge the interest of the principal in a contract of insurance or annuity

(___) Select the form and timing of the payment of proceeds from a contract of insurance or annuity

(___) Pay, from proceeds or otherwise, compromise or contest, and apply for refunds in connection with a tax or assessment levied by a taxing authority with respect to a contract of insurance or annuity or the proceeds or liability from the contract of insurance or annuity accruing by reason of the tax or assessment

(X) All of the above

**H. Estates, Trusts, and Other Beneficial Interests (including trusts, probate estates, guardianships, conservatorships, escrows, or custodianships or funds from which the principal is, may become, or claims to be entitled to a share or payment)** – With respect to this subject, I authorize my Attorney-in-Fact to:

(___) Accept, receive, receipt for, sell, assign, pledge, or exchange a share in or payment from the fund described above

(___) Demand or obtain money or another thing of value to which the principal is, may become, or claims to be entitled by reason of the fund described above, by litigation or otherwise

(___) Exercise for the benefit of the principal a presently exercisable general power of appointment held by the principal

(___) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to ascertain the meaning, validity, or effect of a deed, will, declaration of trust, or other instrument or transaction affecting the interest of the principal

(___) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation to remove, substitute, or surcharge a fiduciary

(___) Conserve, invest, disburse, or use anything received for an authorized purpose

-8-

( ) Transfer an interest of the principal in real property, stocks and bonds, accounts with financial institutions or securities intermediaries, insurance, annuities, and other property to the trustee of a revocable trust created by the principal as settlor

( ) Reject, renounce, disclaim, release, or consent to a reduction in or modification of a share in or payment from the fund described above

(✓) All of the above

I. **Claims and Litigation** – With respect to this subject, I authorize my Attorney-in-Fact to:

( ) Assert and maintain before a court or administrative agency a claim, claim for relief, cause of action, counterclaim, offset, recoupment, or defense, including an action to recover property or other thing of value, recover damages sustained by the principal, eliminate or modify tax liability, or seek an injunction, specific performance, or other relief

( ) Bring an action to determine adverse claims or intervene or otherwise participate in litigation

( ) Seek an attachment, garnishment, order of arrest, or other preliminary, provisional, or intermediate relief and use an available procedure to effect or satisfy a judgment, order, or decree

( ) Make or accept a tender, offer of judgment, or admission of facts, submit a controversy on an agreed statement of facts, consent to examination, and bind the principal in litigation

( ) Submit to alternative dispute resolution, settle, and propose or accept a compromise

( ) Waive the issuance and service of process on the principal, accept service of process, appear for the principal, designate persons on which process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive, execute, and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument in connection with the prosecution, settlement, or defense of a claim or litigation

( ) Act for the principal with respect to bankruptcy or insolvency, whether voluntary or involuntary, concerning the principal or some other person, or with respect to a reorganization, receivership, or application for the appointment of a receiver or trustee that affects an interest of the principal in property or other thing of value

( ) Pay a judgment, award, or order against the principal or a settlement made in connection with a claim or litigation

( ) Receive money or other thing of value paid in settlement of or as proceeds of a claim or litigation

(✓) All of the above

-9-

J.  **Benefits from Governmental Programs or Civil or Military Service** (including any benefit, program, or assistance provided under a statute or regulation including Social Security, Medicare, and Medicaid) – With respect to this subject, I authorize my Attorney-in-Fact to:

(___) Execute vouchers in the name of the principal for allowances and reimbursements payable by the United States or a foreign government or by a state or subdivision of a state to the principal, including allowances and reimbursements for transportation of the individuals described in "J. Personal and Family Maintenance" above, and for shipment of the household effects of those individuals

(___) Take possession and order the removal and shipment of property of the principal from a post, warehouse, depot, dock, or other place of storage or safekeeping, either governmental or private, and execute and deliver a release, voucher, receipt, bill of lading, shipping ticket, certificate, or other instrument for that purpose

(___) Enroll in, apply for, select, reject, change, amend, or discontinue, on the principal's behalf, a benefit or program

(___) Prepare, file, and maintain a claim of the principal for a benefit or assistance, financial or otherwise, to which the principal may be entitled under a statute or regulation

(___) Initiate, participate in, submit to alternative dispute resolution, settle, oppose, or propose or accept a compromise with respect to litigation concerning a benefit or assistance the principal may be entitled to receive under a statute or regulation

(___) Receive the financial proceeds of a claim described above and conserve, invest, disburse, or use for a lawful purpose anything so received

(*MH*) All of the above

K.  **Retirement Plans** (including a plan or account created by an employer, the principal, or another individual to provide retirement benefits or deferred compensation of which the principal is a participant, beneficiary, or owner, including a plan or account under the following sections of the Internal Revenue Code: (1) an individual retirement account under Internal Revenue Code Section 408, 26 U.S.C. § 408; (2) a Roth individual retirement account under Internal Revenue Code Section 408A, 26 U.S.C. § 408A; (3) a deemed individual retirement account under Internal Revenue Code Section 408(q), 26 U.S.C. § 408(q);(4) an annuity or mutual fund custodial account under Internal Revenue Code Section 403(b), 26 U.S.C. § 403(b); (5) a pension, profit–sharing, stock bonus, or other retirement plan qualified under Internal Revenue Code Section 401(a), 26 U.S.C. § 401(a); (6) a plan under Internal Revenue Code Section 457(b), 26 U.S.C. § 457(b); and (7) a nonqualified deferred compensation plan under Internal Revenue Code Section 409A, 26 U.S.C. § 409A – With respect to this subject, I authorize my Attorney-in-Fact to:

(___) Select the form and timing of payments under a retirement plan and withdraw benefits from a plan

    ( ) Make a rollover, including a direct trustee-to-trustee rollover, of benefits from one retirement plan to another
    ( ) Establish a retirement plan in the principal's name
    ( ) Make contributions to a retirement plan
    ( ) Exercise investment powers available under a retirement plan
    ( ) Borrow from, sell assets to, or purchase assets from a retirement plan
    (*MH*) All of the above

  **L.** **Taxes** – With respect to this subject, I authorize my Attorney-in-Fact to:
    ( ) Prepare, sign, and file federal, state, local, and foreign income, gift, payroll, property, Federal Insurance Contributions Act, and other tax returns, claims for refunds, requests for extension of time, petitions regarding tax matters, and other tax-related documents, including receipts, offers, waivers, consents, including consents and agreements under Internal Revenue Code Section 2032A, 26 U.S.C. § 2032A, closing agreements, and other powers of attorney required by the Internal Revenue Service or other taxing authority with respect to a tax year on which the statute of limitations has not run and the following 25 tax years
    ( ) Pay taxes due, collect refunds, post bonds, receive confidential information, and contest deficiencies determined by the Internal Revenue Service or other taxing authority
    ( ) Exercise elections available to the principal under federal, state, local, or foreign tax law
    ( ) Act for the principal in all tax matters for all periods before the Internal Revenue Service, or other taxing authority
    (*MH*) All of the above

  **M.** **Gifts** (including gifts to a trust, an account under the Uniform Transfers to Minors Act, and a tuition savings account or prepaid tuition plan as defined under Internal Revenue Code Section 529, 26 U.S.C. § 529) – With respect to this subject, I authorize my Attorney-in-Fact to:
    ( ) Make outright to, or for the benefit of, a person, a gift of part or all of the principal's property, including by the exercise of a presently exercisable general power of appointment held by the principal, in an amount for each donee not to exceed the annual dollar limits of the federal gift tax exclusion under Internal Revenue Code Section 2503(b), 26 U.S.C. § 2503(b), without regard to whether the federal gift tax exclusion applies to the gift, or if the principal's spouse agrees to consent to a split gift pursuant to Internal Revenue Code Section 2513, 26 U.S.C. § 2513, in an amount for each donee not to exceed twice the annual federal gift tax exclusion limit
    ( ) Consent, pursuant to Internal Revenue Code Section 2513, 26 U.S.C. § 2513, to the splitting of a gift made by the principal's spouse in an amount for each donee not to exceed the aggregate annual gift tax exclusions for both spouses

-11-

(NOTE: An Attorney-in-Fact may only make a gift of the principal's property as the Attorney-in-Fact determines is consistent with the principal's objectives if actually known by the Attorney-in-Fact and, if unknown, as the Attorney-in-Fact determines is consistent with the principal's best interest based on all relevant factors, including:

(1) The value and nature of the principal's property;
(2) The principal's foreseeable obligations and need for maintenance;
(3) Minimization of taxes, including income, estate, inheritance, generation–skipping transfer, and gift taxes;
(4) Eligibility for a benefit, a program, or assistance under a statute or regulation; and
(5) The principal's personal history of making or joining in making gifts.)

(_MA_) All of the above

## LIMITATION ON AGENT'S AUTHORITY

An Attorney-in-Fact that is not my ancestor, spouse, or descendant MAY NOT use my property to benefit the Attorney-in-Fact or a person to whom the Attorney-in-Fact owes an obligation of support unless I have included that authority in the Special Instructions.

## SPECIAL INSTRUCTIONS (OPTIONAL)

You may give special instructions on the following lines:

_____
_____
_____
_____
_____
_____
_____
_____

## EFFECTIVE DATE

This power of attorney is effective immediately unless I have stated otherwise in the Special Instructions.

## TERMINATION DATE (OPTIONAL)

This power of attorney shall terminate on_____, 20_____. (Use a specific calendar date)

-12-

## SIGNATURE AND ACKNOWLEDGMENT

_____
Marcel Hall

5/23/2018

11206 Champlain Circle, Bowie, MD 20720

Telephone No: 202 540 3307

*[handwritten margin note: same day as one of the policies]*

## ACKNOWLEDGMENT

STATE OF MARYLAND              )
                               ) SS:
PRINCE GEORGE'S COUNTY, MARYLAND )

I HEREBY CERTIFY on May 23, 2018, before me the subscriber, a Notary Public of the State and County aforesaid, personally appeared Marcel Hall, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged the same to be his act and deed.

(SEAL)

_____
Notary Public

TIFFANY RENEE SCOTT
Print Name of Notary

My Commission Expires: 09/02/2018

**TIFFANY RENEE SCOTT**
Notary Public
Prince George's County
Maryland
My Commission Expires Sept. 2, 2018

-13-

## WITNESS ATTESTATION

The foregoing power of attorney was, on the date written above, published and declared by Marcel Hall, Principal, in our presence to be his power of attorney. We, in his presence and at his request, and in the presence of each other, have attested to the same and have signed our names as attesting witnesses.

_____

Signature of Witness
Elizabeth Diaz
26188 Barcelos Court, Punta Gorda, FL. 33983

_____

Name of Witness
Elizabeth Diaz
26188 Barcelos Court, Punta Gorda, FL. 33983

_____

Signature of Witness
Sydney A. Johnson
2181 Harmony Lakes Cir., Lithonia, GA 30058

_____

Name of Witness
Sydney A. Johnson
2181 Harmony Lakes Cir., Lithonia, GA 30058

TIFFANY RENEE SCOTT
Notary Public
Prince George's County
Maryland
My Commission Expires Sept. 2, 2018

This document prepared by: Tony Mensah, Esq.

-14-

## IMPORTANT INFORMATION FOR ATTORNEY-IN-FACT

Attorney-in-Fact's Duties

When you accept the authority granted under this power of attorney, a special legal relationship is created between you and the principal. This relationship imposes on you legal duties that continue until you resign or the power of attorney is terminated or revoked. You must:

(1) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest;
(2) Act with care, competence, and diligence for the best interest of the principal;
(3) Do nothing beyond the authority granted in this power of attorney; and
(4) Disclose your identity as an Attorney-in-Fact whenever you act for the principal by writing or printing the name of the principal and signing your own name as "Attorney-in-Fact" in the following manner:

JENNIFER IZUM
(Principal's Name) by (Your Signature) as Agent

*TIFFANY RENEE SCOTT, Notary Public, Prince George's County, Maryland, My Commission Expires Sept. 2, 2018*

Unless the Special Instructions in this power of attorney state otherwise, you must also:

(1) Act loyally for the principal's benefit;
(2) Avoid conflicts that would impair your ability to act in the principal's best interest;
(3) Keep a record of all receipts, disbursements, and transactions made on behalf of the principal;
(4) Cooperate with any person that has authority to make health care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest; and
(5) Attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

Termination of Agent's Authority

You must stop acting on behalf of the principal if you learn of any event that terminates this power of attorney or your authority under this power of attorney. Events that terminate a power of attorney or your authority to act under a power of attorney include:

(1) Death of the principal;

-15-

(2) The principal's revocation of the power of attorney or your authority;
(3) The occurrence of a termination event stated in the power of attorney;
(4) The purpose of the power of attorney is fully accomplished; or
(5) If you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the Special Instructions in this power of attorney state that such an action will not terminate your authority.

Liability of Agent

The meaning of the authority granted to you is defined in the Maryland Power of Attorney Act, Title 17 of the Estates and Trusts Article. If you violate the Maryland Power of Attorney Act, Title 17 of the Estates and Trusts Article, or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

-16-