# EXHIBIT 10

(FILE IN DUPLICATE)

Janelle Ryan Colbert, Esq.
3060 Mitchellville Rd., Suite 216
Bowie, MD 20716

301 516-6300

(name and address of attorney)

# NOTICE OF APPOINTMENT
# NOTICE TO CREDITORS
# NOTICE TO UNKNOWN HEIRS

To all persons interested in the estate of Marcel Theo Hall

ESTATE NO. 121806

FILED AUG 13 2021
REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

Notice is given that: Tara L. Hall   11206 CHAMPLAIN CIRCLE   BOWIE, MD 20720

was on 8-13-2021 (date) appointed Personal Representative of the estate of: Marcel Theo Hall

who died on July 16, 2021 (date) (with) (without) a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney.

All persons having any objection to the appointment (or to the probate of the decedent's will) shall file their objections with the Register of Wills on or before the 13th day of February, 2022. (6 months from date of appointment)

Any person having a claim against the decedent must present the claim to the undersigned personal representative or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or
(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

Name of newspaper designated by personal representative: Prince George's Post

Date of publication: 8-26-2021

Personal Representative Tara L. Hall

Personal Representative

Personal Representative

**True Test Copy**
Name and Address of Register of Wills for

REGISTER OF WILLS
P.O. BOX 1729
UPPER MARLBORO, MD 20773

PRINCE GEORGE'S COUNTY
CERETA A LEE
P O BOX 1729
UPPER MARLBORO, MD 20773-1729

Save Form    Print Form

RW1114        **PUBLISH THREE TIMES**        ROWNET 11/2009

IN THE ORPHANS' COURT FOR  
*(OR)*  
BEFORE THE REGISTER OF WILLS FOR

**PRINCE GEORGE'S**, MARYLAND

IN THE ESTATE OF:  
**MARCEL THEO HALL**

ESTATE NO. **121806**

## ADMINISTRATIVE PROBATE ORDER

Upon the foregoing Petition for Administrative Probate, and any bond requirement having been met, it is this **13th** day of **AUGUST**, **2021**,

ORDERED that **TARA L HALL**

is (are) appointed personal representative(s) of the Estate of **MARCEL THEO HALL**; and further ORDERED that the will dated _____ (and codicils, if any, dated _____) is (are) admitted to probate.

_____  
**CERETA A. LEE**  
Register of Wills

DOCKETED

RW1119

ROWNET  
1/2009

Hall_JRH_06443