# **EXHIBIT 12**

# Register of Wills
# Memorandum

**DATE:** October 27, 2021
**TO:** JUDGES
**FROM:** JASON PROCTOR
**RE:** COMPLAINT
**ESTATE NO:** 121806
**ESTATE OF:** MARCEL THEO HALL

- [ ] Order not furnished
- [ ] Judicial Probate:
- [ ] Petition to Admit Copy of Will – Consents Filed.  [ ] Yes  [ ] No
- [ ] Petition for Special Administrator - [ ] Proper Person  [ ] Not Proper Person
    - [ ] Petition for Special Administrator – Proper Person – Limited Order
    - [ ] Bond of Special Administrator needed. Recommended amount $_____
    - [ ] $1.00 Signature Bond (Attorney)
- [ ] Petition for Successor Personal Representative Filed
- [ ] Should Will be Admitted to Probate? _____
- [ ] Recommended Bond Amount:
    Nominal Bond - $
    Bond of Personal Representative - $
- [ ] Publication Required
- [x] Please advise – see attached
- [ ] Should this be scheduled for a hearing: [ ]Telephonic  [ ]Video  [ ]In person
- [x] Other: The petitioner did not submit a certificate of service because she wants a summons issued.

JUDGES COMMENT: _No jurisdiction to hear this case regarding fraud of POA; Pet. needs to file case in Circuit Ct._

JUDGES INITIALS AND DATE _WAC 10/28/2021_

Please return to:

1307

✓ DOCKETED # 22
SCANNED

**IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

In Re: Estate of                   *

**MARCEL THEO HALL,**        *    Estate No. **121806**

       Deceased.               *

**ORDER**

Upon consideration of the Complaint filed by the Personal Representative for the above referenced estate, it is this ___10th___ day of November, 2021 by the Orphans' Court for Prince George's County, Maryland

ORDERED, that said complain be and is hereby DISMISSED, this Court has no jurisdiction regarding P.O.A. for the decedent.

_____
JUDGE

jtr

DOCKETED # 23
SCANNED

ESTATE OF: MARCEL THEO HALL    ESTATE NO. 121806

# CERTIFICATE OF SERVICE OF REGISTER OF WILLS

I hereby certify that on this 12th day of Nov., 2021, I

MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID

a copy of the foregoing paper to the following persons:

**Name and Address**

| | |
|---|---|
| JANELLE RYAN-COLBERT | 3060 MITCHELLVILLE ROAD<br>SUITE 216<br>BOWIE, MD 20716 |
| JENNIFER D IZUMI | 1905-15TH STREET<br>APT 32<br>WASHINGTON, DC 20009-3924 |
| TARA L HALL | 11206 CHAMPLAIN CIRCLE<br>BOWIE, MD 20720 |

☐ NOTICES NOT REQUIRED.

11/12/2021
DATE
RW1272

CERETA A. LEE
Register of Wills for
Prince George's County

DOCKETED # 24
Deputy Register
SCANNED
ROWNET
11/2009

Hall_JRH_06478

IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

In Re: Estate of                *

**MARCEL THEO HALL,**      *    Estate No. 121806

        Deceased.                *

## ORDER

Upon consideration of the Complaint filed by the Personal Representative for the above referenced estate, it is this _10th_ day of November, 2021 by the Orphans' Court for Prince George's County, Maryland

ORDERED, that said complain be and is hereby DISMISSED, this Court has no jurisdiction regarding P.O.A. for the decedent.

_____
JUDGE

jtr

DOCKETED # 23
SCANNED