Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TARA HALL AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF MARCEL THEO HALL,

        Plaintiff,

        v.

BIZ MARKIE, INC., *et al.*,

        Defendants.

Case No.: 1:22-cv-00806 (CKK)

## DECLARATION OF TARA HALL

I, Tara Hall, hereby declare:

1.     I am over the age of 18 years old and have personal knowledge of the facts stated

herein and could and would competently testify thereto if called as a witness.

2.     I have known Marcel Theo Hall ("Mr. Hall") since 2003.

3.     Mr. Hall has been known as "Biz Markie," which was his professional stage

name, since 1986.

4.     Since 1986 until the time of his death, Mr. Hall performed under his stage name

"Biz Markie" in concerts, television, and movies.

5.     Mr. Hall released his debut album, titled "Goin' Off," under the name "Biz

Markie" in 1988.

6.     Mr. Hall was primarily interested in the artistic side of the entertainment industry

and he did not pay close attention to specific language of contracts or other business and personal

documents such as bank statements, tax returns, or the like.

7.    Attached as Exhibit 1 to this Declaration is a publicly available list of Biz Markie tours and concerts spanning Mr. Hall's entire career that reflect his usage of his stage name.

8.    Attached as Exhibit 2 to this Declaration is publicly available list of Biz Markie film and television credits spanning Mr. Hall's entire career that reflect his usage of his stage name.

9.    Attached as Exhibit 3 to this Declaration is the application to the United States Patent and Trademark Office reflecting the registration application that I submitted to trademark "Biz Markie."

10.    On October 18, 2018, I married Mr. Hall.

11.    In April 2020, Mr. Hall was hospitalized due to complications from diabetes.

12.    In June 2020, Mr. Hall suffered multiple strokes requiring him to be intubated.

13.    Mr. Hall was never vocal after his strokes, and could only communicate in very limited fashion by nodding his head and making hand gestures, and was otherwise incapacitated.

14.    On September 10, 2020, a physician determined that Mr. Hall was no longer capable of making decisions.

15.    Mr. Hall was sedated and incapacitated for the remainder of his life.

16.    Mr. Hall passed away on July 16, 2021.

17.    Since Mr. Hall's passing, various royalties and other payments arising from Mr. Hall's artistic endeavors continue to be paid to Balancing Acts, Inc. and/or Biz Markie, Inc. or Jennifer Izumi.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

Executed on November 15, 2024

_____
Tara Hall

3

# Exhibit 1

## to Exhibit A

 CONCERT ARCHIVES (/)

🔍 Search

Home (/) / Bands (/bands) / Biz Markie (/bands/biz-markie) / Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concerts)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-ren[...]
Human Beat Boxer, best known for humorous singles like "Just a Friend" a[...]
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C[...]
Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

Concerts (/bands/biz-markie)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ
Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 1)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jun 27, 2020 | **Biz Markie (/concerts/biz-markie-f478ea1c-1a31-4c1c-90eb-51fb57188b17)** | House of Blues Orlando (/venues/house-of-blues-orlando-37f3687d-65b7-49a6-8429-50434f83ffbc) | Orlando, Florida, United States (/locations/orlando-fl) |
| Mar 20, 2020 | **Biz Markie (/concerts/biz-markie-1fe7a4c8-9830-4284-8386-5df0fc4b11c3)** | House of Blues Orlando (/venues/house-of-blues-orlando-37f3687d-65b7-49a6-8429-50434f83ffbc) | Orlando, Florida, United States (/locations/orlando-fl) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jan 24, 2020 | **Biz Markie (/concerts/biz-markie-1854618a-a98d-4f92-8b8a-1c0cfa4c0dbd)** | House of Blues Houston (/venues/house-of-blues-houston--6) | Houston, Texas, United States (/locations/houston-tx) |
| Jan 19, 2020 | **Biz Markie (/concerts/biz-markie-a6ba635b-0d32-4fa7-9081-cc9ce99e2238)** | Stereo Garden (/venues/stereo-garden-3f8f55ae-0c33-420e-b42f-e1ac61625dcc) | Patchogue, New York, United States (/locations/patchogue-ny) |
| Jan 04, 2020 | **Biz Markie (/concerts/biz-markie-ad60363d-7826-4e3e-8ad2-66429da9fc90)** | XL Live (/venues/xl-live-ed91773d-6bb4-499d-9278-21fe5e21592c) | Harrisburg, Pennsylvania, United States (/locations/harrisburg-pa) |
| Dec 27, 2019 | **Biz Markie (/concerts/biz-markie-3e3c1e9c-ea49-4b43-8861-fc2027665e5a)** | Varsity Theater (/venues/varsity-theater) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |
| Oct 25, 2019 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance-15ecbbbb-714c-4834-bf74-1616a6fdefe6)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Oct 19, 2019 | **Eric B. & Rakim / Big Daddy Kane / Biz Markie / EPMD (/concerts/eric-b-rakim-big-daddy-kane-biz-markie-epmd)** | Ritz Theatre & Performing Arts Center (/venues/ritz-theatre-performing-arts-center--528906) | Elizabeth, New Jersey, United States (/locations/elizabeth-nj) |
| Sep 14, 2019 | **MC Hammer / Kid 'N Play / Biz Markie / Sisqó (/concerts/hammer-s-house-party-157256b7-cc94-4a0c-a960-75f93b519c6d)**<br>🚌 Hammer's House Party<br>[📄 Setlists] | Ilani Cowlitz Ballroom (/venues/ilani-cowlitz-ballroom) | Ridgefield, Washington, United States (/locations/ridgefield-wa) |
| Sep 14, 2019 | **MC Hammer / En Vogue / Coolio / Biz Markie / Kid 'N Play (/concerts/mc-hammer-en-vogue-coolio-biz-markie-kid-n-play)**<br>[📄 Setlists] | Fairplex (/venues/fairplex) | Pomona, California, United States (/locations/pomona-ca) |

| | | | |
|---|---|---|---|
| Sep 12, 2019 | **Kid N Play / Biz Markie / Sisqo (/concerts/at-ilani-casino-resort-cowlitz-ballroom)** 🚌 at Ilani Casino Resort Cowlitz Ballroom | Ilani Casino Resort Cowlitz Ballroom (/venues/ilani-casino-resort-cowlitz-ballroom) | Ridgefield, Washington, United States (/locations/ridgefield-wa) |

⊕ Show Duplicate for Sep 12, 2019

| | | | |
|---|---|---|---|
| Aug 29, 2019 | **Vanilla Ice / Montell Jordan / Biz Markie / Rob Base (/concerts/i-love-the-90-s-4941e7ce-4074-4dec-a6bd-725833779d20)** 🚌 I Love the 90's | PNE Amphitheatre (/venues/pne-amphitheatre) | Vancouver, British Columbia, Canada (/locations/vancouver-bc) |
| Aug 17, 2019 | **MC Hammer / Kid 'N Play / Sir Mix-A-Lot / Biz Markie / Tone-Lōc / DJ Kool (/concerts/mc-hammer-kid-n-play-sir-mix-a-lot-biz-markie-tone-loc-dj-kool)** | TD Pavilion at the Mann (/venues/td-pavilion-at-the-mann-center-for-the-performing-arts) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |

⊕ Show Duplicate for Aug 17, 2019

| | | | |
|---|---|---|---|
| Aug 10, 2019 | **Biz Markie (/concerts/biz-markie)** | Ace of Spades (/venues/ace-of-spades) | Sacramento, California, United States (/locations/sacramento-ca) |
| Aug 09, 2019 | **Hammer's House Party (/concerts/hammer-s-house-party--2628487)** "Hammer's House Party" / M.C. Hammer / Sir Mix-A-Lot / 2 Live Crew / Tone Loc / Biz Markie / Tag Team 📄 Setlists | Hollywood Casino Amphitheatre - St. Louis (/venues/hollywood-casino-amphitheatre--3) | Maryland Heights, Missouri, United States (/locations/maryland-heights-mo) |

⊕ Show Duplicates for Aug 09, 2019

| | | | |
|---|---|---|---|
| Aug 03, 2019 | **MC Hammer / Biz Markie (/concerts/hammer-s-house-party--4198946)** 🚌 Hammer's House Party 📄 Setlists | The Cynthia Woods Mitchell Pavilion (/venues/the-cynthia-woods-mitchell-pavilion--456112) | The Woodlands, Texas, United States (/locations/woodlands-houston-tx) |
| Aug 02, 2019 | **Biz Markie (/concerts/biz-markie-77ca85cb-2139-4bc6-9ba9-8faf26024329)** | Joe's Bar (/venues/joe-s-bar-7e6e9413-b888-4a5e-af91-ff1b55e13811) | Chicago, Illinois, United States (/locations/chicago-il) |

| Aug 01, 2019 | **MC Hammer / Sir Mix-A-Lot / Biz Markie / Kid 'N Play / Tag Team (/concerts/mc-hammer-sir-mix-a-lot-biz-markie-kid-n-play-tag-team)** | H-E-B Center at Cedar Park (/venues/h-e-b-center-at-cedar-park--866562) | Cedar Park, Texas, United States (/locations/cedar-park-tx) |
| --- | --- | --- | --- |
| Jul 28, 2019 | **"The Do-Over" / Biz Markie / DJ Jazzy Jeff / _____ (/concerts/the-do-over)**<br>🚗 The Do-Over | Avant Gardner (/venues/avant-gardner--2) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jul 27, 2019 | **"Hammer's House Party" / M.C. Hammer / Kid N Play / Coolio / Biz Markie / DJ Kool (/concerts/hammer-s-house-party--2489047)**<br>🚗 Hammer's House Party<br>📄 Setlists | Ruoff Home Mortgage Music Center (/venues/ruoff-home-mortgage-music-center) | Noblesville, Indiana, United States (/locations/noblesville-in) |

⊕ Show Duplicate for Jul 27, 2019

← Previous     1     2 (/bands/biz-markie?page=2#concert-table)

3 (/bands/biz-markie?page=3#concert-table)     4 (/bands/biz-markie?page=4#concert-table)

5 (/bands/biz-markie?page=5#concert-table)     6 (/bands/biz-markie?page=6#concert-table)

7 (/bands/biz-markie?page=7#concert-table)     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     ...     15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=2#concert-table)

# Latest Videos

**View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)**

 CONCERT ARCHIVES (/)

🔍 Search

Home (/) / Bands (/bands) / Biz Markie (/bands/biz-markie) / Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concert-table)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-reno[wn] Human Beat Boxer, best known for humorous singles like "Just a Friend" a "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

Concerts (/bands/biz-markie)

Scroll to:   **Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ**

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)   Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 2)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jul 26, 2019 | **"Hammer's House Party" / M.C. Hammer / Coolio / Sir Mix-A-Lot / Biz Markie / DJ Kool (/concerts/hammer-s-house-party--2489046)**<br>🚌 Hammer's House Party<br>📄 Setlists | Pine Knob Music Theatre (/venues/pine-knob-music-theatre) | Clarkston, Michigan, United States (/locations/clarkston-mi) |

⊕ Show Duplicate for Jul 26, 2019

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 19, 2019 | **M.C. Hammer / Sir Mix-A-Lot / Sisqo / Biz Markie / 2 Live Crew / The Funky Bunch (/concerts/hammer-s-house-party)** 🚌 Hammer's House Party [📷 Photos] [📄 Setlists] | Fiddler's Green Amphitheatre (/venues/fiddler-s-green-amphitheatre--16) | Greenwood Village, Colorado, United States (/locations/greenwood-village-co--2) |

⊕ Show Duplicates for Jul 19, 2019

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 13, 2019 | **Hammer's House Party (/concerts/hammer-s-house-party--2628484)** "Hammer's House Party" / M.C. Hammer / Sir Mix-A-Lot / Biz Markie / Tone Loc / Young M.C. / 2 Live Crew / The Funky Bunch | FivePoint Amphitheatre (/venues/fivepoint-amphitheatre) | Irvine, California, United States (/locations/irvine-ca) |

⊕ Show Duplicate for Jul 13, 2019

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 12, 2019 | **"Hammer's House Party" / M.C. Hammer / Sir Mix-A-Lot / Biz Markie / 2 Live Crew (/concerts/hammer-s-house-party--2628483)** 🚌 Hammer's House Party | Pearl Concert Theater at Palms Casino Resort (/venues/pearl-concert-theater-at-palms-casino-resort) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Jul 06, 2019 | **Essence Music Festival (/concerts/essence-music-festival--2063255)** "Essence Music Festival" / Michelle Obama / Mary J. Blige / Nas / H.E.R. / 702 / AlunaGeorge / Big Daddy Kane / Biz Markie ... Show all bands ⌄ [📄 Setlists] | Ceasers Superdome (/venues/ceasers-superdome) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |
| Jul 05, 2019 | **2019 Essence Festival 3-Day Weekend Package 2019 (/concerts/2019-essence-festival-3-day-weekend-package-2019)** Pharrell Williams / Nas / Timbaland / Mary J. Blige / Missy Elliott / AlunaGeorge / Ginuwine / Anthony Hamilton / JoJo / Musiq Soulchild... Show all bands ⌄ [📄 Setlists] | Mercedes-Benz Superdome (/venues/mercedes-benz-superdome) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |
| Jun 28, 2019 | **Biz Markie (/concerts/biz-markie-107ae819-04e7-4bee-83df-c4bdec86eb44)** | Cone Denim Entertainment Center (/venues/cone-denim-entertainment-center) | Greensboro, North Carolina, United States (/locations/greensboro-nc) |
| Jun 27, 2019 | **Biz Markie (/concerts/biz-markie-71861bb9-bf64-443c-8387-783ce336ecaa)** | House Of Blues (/venues/house-of-blues-0f829db1-df5a-4f41-915f-434814964fd8) | North Myrtle Beach, South Carolina, United States (/locations/north-myrtle-beach-south-carolina-united-states) |

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jun 15, 2019 | **50 Cent / Ice-T / Slick Rick / Biz Markie / EPMD / Too $hort / J.J. Fad / Suga Free / DAS EFX / Busy Bee (/concerts/50-cent-ice-t-slick-rick-biz-markie-epmd-too-hort-j-j-fad-suga-free-das-efx-busy-bee)** | Treasure Island Resort & Casino (/venues/treasure-island-resort-casino-83305e90-6422-4794-9ab9-f5a631bdbbe0) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |
| Jun 08, 2019 | **Whodini / Big Daddy Kane / Biz Markie / Kid N Play / Kool Moe Dee / Rob Base (/concerts/whodini-big-daddy-kane-biz-markie-kid-n-play-kool-moe-dee-rob-base)** <br> 🗎 Setlists | Mable House Barnes Amphitheatre (/venues/mable-house-barnes-amphitheatre--529043) | Mableton, Georgia, United States (/locations/mableton-georgia-united-states--120552) |



| | | | |
|---|---|---|---|
| Jun 07, 2019 | **Biz Markie (/concerts/biz-markie-6817f262-4941-4d3b-930f-8cddb3c2a2e5)** | Riverside Municipal Auditorium (/venues/riverside-municipal-auditorium) | Riverside, California, United States (/locations/riverside-ca) |
| May 26, 2019 | **Biz Markie (/concerts/biz-markie-144c44e7-a626-4260-b2ea-72d8cef82c5f)** | House of Blues Anaheim (/venues/house-of-blues-anaheim) | Anaheim, California, United States (/locations/anaheim-33d5b526-5eda-46bc-9ae0-34c0b21327bc) |
| May 18, 2019 | **Biz Markie (/concerts/biz-markie-170b5ea4-7338-4863-b472-d7311f5253cb)** | The Ritz Raleigh (/venues/the-ritz-raleigh-edf96b12-3dca-405e-946b-a95cd40c7c9e) | Raleigh, North Carolina, United States (/locations/raleigh-nc) |
| Apr 19, 2019 | **Juice Crew Reunion (/concerts/juice-crew-reunion)** <br> Big Daddy Kane / Roxanne Shante / Biz Markie / Kool G Rap / Master Ace / Craig G / Cool V | Sony Hall (/venues/sony-hall) | New York, New York, United States (/locations/new-york-new-york-united-states) |

| Mar 22, 2019 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance-cdb3016a-ee74-408c-8369-ea0a2ac2e4a7)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Mar 09, 2019 | **Biz Markie (/concerts/biz-markie-b70552b5-39df-4753-97c8-b6c57935e94f)** | The Queen Theater (/venues/the-queen-theater) | Wilmington, Delaware, United States (/locations/wilmington-de) |
| Feb 09, 2019 | **Freestyle & Old School Extravaganza (/concerts/freestyle-old-school-extravaganza)** <br><br> Vanilla Ice / Lisa Lisa / TKA / Montell Jordan / George Lamond / Slick Rick / Biz Markie / Coro / Information Society / Soul Sonic Force / Noel / Shannon / Chubb Rock / Johnny O / Cynthia / Fascination / Giggles / Joyce Sims <br><br> Setlists | Radio City Music Hall (/venues/radio-city-music-hall--5) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jan 05, 2019 | **Biz Markie (/concerts/biz-markie-03ebc797-0645-4884-b4a2-78c4f6e7adb7)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Jan 04, 2019 | **Biz Markie (/concerts/biz-markie--3)** | Target Center (/venues/target-center) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |
| Dec 22, 2018 | **Biz Markie (/concerts/biz-markie-13234b5a-77d9-4c29-80d4-d3b36bc26dc1)** | Ace of Spades (/venues/ace-of-spades) | Sacramento, California, United States (/locations/sacramento-ca) |

← Previous (/bands/biz-markie?page=1#concert-table)      1 (/bands/biz-markie?page=1#concert-table)      2

3 (/bands/biz-markie?page=3#concert-table)      4 (/bands/biz-markie?page=4#concert-table)

5 (/bands/biz-markie?page=5#concert-table)      6 (/bands/biz-markie?page=6#concert-table)

7 (/bands/biz-markie?page=7#concert-table)      8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)      ...      15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)      Next → (/bands/biz-markie?page=3#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)



CONCERT ARCHIVES (/)

🔍 Search

Home (/) / Bands (/bands) / Biz Markie (/bands/biz-markie) / Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concerts)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

---

Concerts (/bands/biz-markie)

Scroll to:    **Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ**

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 3)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Dec 21, 2018 | Biz Markie (/concerts/biz-markie-at-summit-december-21-2018) | Summit (/venues/summit--3) | Denver, Colorado, United States (/locations/denver-co) |
| Nov 24, 2018 | Biz Markie (/concerts/biz-markie-eeead1db-208f-4cad-8253-37f5222f4d90) | House of Blues Anaheim (/venues/house-of-blues-anaheim) | Anaheim, California, United States (/locations/anaheim-33d5b526-5eda-46bc-9ae0-34c0b21327bc) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Nov 16, 2018 | **Biz Markie (/concerts/biz-markie-a6228eba-a16e-480b-b008-098709c02b53)** | Varsity Theater (/venues/varsity-theater) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |
| Nov 14, 2018 | **Biz Markie / Run Forrest Run (/concerts/biz-markie-run-forrest-run)** | House of Blues Chicago (/venues/house-of-blues-chicago--12) | Chicago, Illinois, United States (/locations/chicago-il) |
| Nov 08, 2018 | **Biz Markie (/concerts/biz-markie-6d21d565-2401-46d1-8690-bf7642c20815)** | The Queen Theater (/venues/the-queen-theater) | Wilmington, Delaware, United States (/locations/wilmington-de) |
| Oct 13, 2018 | **Biz Markie (/concerts/biz-markie-e9fec3a2-4f84-43b9-afbc-933e9558f915)** | House of Blues Las Vegas, Mandalay Bay Resort and Casino (/venues/house-of-blues-las-vegas--490740) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Sep 14, 2018 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance-cb344f4a-4099-4aca-aeec-b54ece8a1c89)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Sep 07, 2018 | **Vanilla Ice / Biz Markie / Naughty By Nature / 2 Live Crew / Kid N Play / Tone Loc / Rob Base (/concerts/vanilla-ice-biz-markie-naughty-by-nature-2-live-crew-kid-n-play-tone-loc-rob-base)** | Downtown Las Vegas Events Center (/venues/downtown-las-vegas-events-center) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Aug 24, 2018 | **2 Live Crew / Biz Markie / Coolio / Salt-N-Pepa / Rob Base / ⒷⒷ (/concerts/2-live-crew-biz-markie-coolio-salt-n-pepa-rob-base)** | BB&T Pavilion (/venues/bb-t-pavilion-988718f5-fb1b-4dd3-8743-ce60fccf252e) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| | ⊕ Show Duplicate for Aug 24, 2018 | | |
| Aug 17, 2018 | **Eric B. / Biz Markie / Big Daddy Kane / Whodini / Rakim / Yo-yo (/concerts/eric-b-biz-markie-big-daddy-kane-whodini-rakim-yo-yo)** | The Venue At Horseshoe Casino (/venues/the-venue-at-horseshoe-casino--524386) | Hammond, Indiana, United States (/locations/hammond-in) |

| Aug 13, 2018 | **Biz Markie (/concerts/biz-markie--2)** | Iowa State Fairgrounds (/venues/iowa-state-fairgrounds) | Des Moines, Iowa, United States (/locations/des-moines-ia) |
|---|---|---|---|
| Aug 11, 2018 | **I Love the 90's Tour (/concerts/i-love-the-90-s-tour-ff5182f0-421c-4277-a085-bc0b487bacd6)** C+C Music Factory / DJ Kool / All-4-One / Biz Markie / Rob Base / Naughty By Nature / Salt-N-Pepa | Canalside Buffalo (/venues/canalside-buffalo--445487) | Buffalo, New York, United States (/locations/buffalo-ny) |
| Aug 10, 2018 | **Biz Markie / C+C Music Factory / Tone-Lōc / Ce Ce Peniston / 2 Live Crew / All-4-One / Coolio / Vanilla Ice (/concerts/biz-markie-c-c-music-factory-tone-loc-ce-ce-peniston-2-live-crew-all-4-one-coolio-vanilla-ice)** | Toyota Arena (/venues/toyota-arena-1b28eba8-cb82-4007-a5cc-054951054c27) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Jul 28, 2018 | **Rakim / Biz Markie / DJ Aye Eye (/concerts/rakim-biz-markie-dj-aye-eye)** | The Pageant (/venues/the-pageant--471791) | St. Louis, Missouri, United States (/locations/st-louis-missouri-united-states) |
| Jul 20, 2018 | **Biz Markie (/concerts/biz-markie-91c3d565-a834-4d2f-8ba4-787893b3930b)** | Theatre Of Living Arts (/venues/theatre-of-living-arts--524985) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Jul 14, 2018 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237063)** "I Love The 90s Tour" / Salt-N-Pepa / Kid N Play / All-4-One / Montell Jordan / Biz Markie / Young M.C. | Heritage Bank Center (/venues/heritage-bank-center) | Cincinnati, Ohio, United States (/locations/cincinnati-oh) |
| Jul 13, 2018 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237062)** "I Love The 90s Tour" / Salt-N-Pepa / Mark McGrath / All-4-One / Biz Markie / Rob Base / Young M.C. | Ford Center (/venues/ford-center) | Evansville, Indiana, United States (/locations/evansville-in) |
| Jun 29, 2018 | **Biz Markie (/concerts/biz-markie-e9029c1a-3757-4812-a538-56e5c40df8ad)** | House Of Blues (/venues/house-of-blues-0f829db1-df5a-4f41-915f-434814964fd8) | North Myrtle Beach, South Carolina, United States (/locations/north-myrtle-beach-south-carolina-united-states) |
| Jun 23, 2018 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237059)** "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Montell Jordan / Biz Markie / Rob Base / DJ Kool | Fiddler's Green Amphitheatre (/venues/fiddler-s-green-amphitheatre--16) | Greenwood Village, Colorado, United States (/locations/greenwood-village-co--2) |

| | | |
|---|---|---|
| Jun 22, 2018 | **Biz Markie (/concerts/biz-markie-1e22121b-f9ce-4865-91f9-c3f74dcafa72)** | The Ritz Raleigh (/venues/the-ritz-raleigh-edf96b12-3dca-405e-946b-a95cd40c7c9e) | Raleigh, North Carolina, United States (/locations/raleigh-nc) |

← Previous (/bands/biz-markie?page=2#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     3     4 (/bands/biz-markie?page=4#concert-table)

5 (/bands/biz-markie?page=5#concert-table)     6 (/bands/biz-markie?page=6#concert-table)

7 (/bands/biz-markie?page=7#concert-table)     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     ...     15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=4#concert-table)



# Latest Videos

> **View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)**



▶ YOUTUBE  MATTHEW BRULLA

Peek-a-Boo

**Yo Gabba Gabba Live / The Aquabats / Biz Markie (/concerts/yo-gabba-gabba-live-the-aquabats-biz-markie)**
📅 Mar 14, 2010
📍 Milwaukee, Wisconsin, United States
👤 Added by Scott Heins (/scott-heins)





▶ YOUTUBE  MATTHEW BRULLA

Biz's Beat of the Day

**Yo Gabba Gabba Live / The Aquabats / Biz Markie (/concerts/yo-gabba-gabba-live-the-aquabats-biz-markie)**
📅 Mar 14, 2010
📍 Milwaukee, Wisconsin, United States
👤 Added by Scott Heins (/scott-heins)



 CONCERT ARCHIVES (/)

🔍 **Search**

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concert-table)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-reno
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

Concerts (/bands/biz-markie)

Scroll to:    **Top**    **Concerts**    **Videos**    **Photos**    **Setlist**    **Years**    **Comments**    **FAQ**
Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 4)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jun 09, 2018 | **Biz Markie / Kaos (/concerts/biz-markie-kaos)** | House of Blues Houston (/venues/house-of-blues-houston--6) | Houston, Texas, United States (/locations/houston-tx) |
| Mar 30, 2018 | **Biz Markie / Cleveland's Breakfast Club / Old Skool (/concerts/biz-markie-cleveland-s-breakfast-club-old-skool)** | House of Blues Cleveland (/venues/house-of-blues-cleveland--915999) | Cleveland, Ohio, United States (/locations/cleveland-oh) |

| Date | Concert | Venue | Location |
|---|---|---|---|
| Mar 23, 2018 | **Biz Markie (/concerts/biz-markie-60e80c72-8294-4e4f-8820-a10513ec77c4)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Mar 18, 2018 – Mar 19, 2018 | **Jazz in the Gardens (/concerts/jazz-in-the-gardens)** A. Randolph / Trombone Shorty & Orleans Avenue / Smokey Robinson / Fantasia / Chaka Khan / Pieces of a Dream / Avery Sunshine / anita baker / Joe / Trick Daddy / Trina / Biz Markie / Kid N Play / Salt N' Pepa  📄 Setlists | Hard Rock Stadium (/venues/hard-rock-stadium--2) | Miami Gardens, Florida, United States (/locations/miami-gardens-fl) |
| | ⊕ Show Duplicate for Mar 18, 2018 | | |
| Mar 17, 2018 – Mar 18, 2018 | **Jazz in the Gardens 2018 (/concerts/jazz-in-the-gardens-2018)** Chaka Khan / Salt-N-Pepa / Joe / Fantasía / Biz Markie / Trick Daddy / anita baker / Smokey Robinson / Kid 'N Play / Trombone Shorty (solo)  📄 Setlists | Hard Rock Stadium (/venues/hard-rock-stadium--2) | Miami Gardens, Florida, United States (/locations/miami-gardens-fl) |
| Mar 16, 2018 | **Biz Markie (/concerts/biz-markie-2f4b4592-ad96-481b-8519-829159733962)** | House of Blues Las Vegas, Mandalay Bay Resort and Casino (/venues/house-of-blues-las-vegas--490740) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Feb 02, 2018 – Feb 04, 2018 | **Dirtybird Campout (/concerts/dirtybird-campout)** Eats Everything / Madlib / Shiba San / Bleep Bloop / Matthew Dear / Daddy Kev / Jesse Rose / Riva Starr / Mija (EDM) / Netsky / Chr... Show all bands ⌄ | Forever Florida Eco-Ranch (/venues/forever-florida-eco-ranch--874211) | St Cloud, FL (/locations/st-cloud-fl-bfda64d9-b704-444f-a164-55eb1490cab6) |
| Jan 27, 2018 | **Bell Biv Devoe / SWV / Biz Markie / EPMD / Whodini / Dana Dane (/concerts/bell-biv-devoe-swv-biz-markie-epmd-whodini-dana-dane)** | Michelob Ultra Arena (/venues/michelob-ultra-arena) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Jan 15, 2018 | **Ship-Hop (/concerts/ship-hop--2237049)** "Ship-Hop" / "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Naughty By Nature / Blackstreet / All-4-One / Color Me Badd / Ki... Show all bands ⌄ | Carnival Cruise Line - Carnival Sensation (/venues/carnival-cruise-line-carnival-sensation) | Miami, Florida, United States (/locations/miami-fl) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jan 14, 2018 | **Ship-Hop (/concerts/ship-hop--2237048)**<br>"Ship-Hop" / "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Naughty By Nature / Blackstreet / All-4-One / Color Me Badd / Ki...<br>Show all bands ⌄ | Carnival Cruise Line - Carnival Sensation (/venues/carnival-cruise-line-carnival-sensation) | Miami, Florida, United States (/locations/miami-fl) |
| Jan 13, 2018 | **Ship-Hop (/concerts/ship-hop--2237047)**<br>"Ship-Hop" / "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Naughty By Nature / Blackstreet / All-4-One / Color Me Badd / ...<br>Show all bands ⌄ | Carnival Cruise Line - Carnival Sensation (/venues/carnival-cruise-line-carnival-sensation) | Miami, Florida, United States (/locations/miami-fl) |
| Jan 12, 2018 | **Ship-Hop (/concerts/ship-hop--2237046)**<br>"Ship-Hop" / "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Naughty By Nature / Blackstreet / All-4-One / Color Me Badd / ...<br>Show all bands ⌄ | Carnival Cruise Line - Carnival Sensation (/venues/carnival-cruise-line-carnival-sensation) | Miami, Florida, United States (/locations/miami-fl) |
| Jan 11, 2018 | **Ship-Hop (/concerts/ship-hop)**<br>"Ship-Hop" / "I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Naughty By Nature / Blackstreet / All-4-One / Color Me Badd / ...<br>Show all bands ⌄<br>📄 Setlists | Carnival Cruise Line - Carnival Sensation (/venues/carnival-cruise-line-carnival-sensation) | Miami, Florida, United States (/locations/miami-fl) |
| Nov 10, 2017 | **Biz Markie (/concerts/biz-markie-1c7e0b1f-bd8e-435c-87b6-4cb4713bdbf1)** | Mercury Ballroom (/venues/mercury-ballroom) | Louisville, Kentucky, United States (/locations/louisville-ky) |
| Oct 28, 2017 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237041)**<br>"I Love The 90s Tour" / Salt-N-Pepa / Mark McGrath / All-4-One / Biz Markie / C&C Music Factory / Snap! | Southwest University Park (/venues/southwest-university-park--816290) | El Paso, Texas, United States (/locations/el-paso-tx) |

| | | | |
|---|---|---|---|
| Oct 12, 2017 | **Rob Base / Young MC / Biz Markie (/concerts/rob-base-young-mc-biz-markie)** | Bank Of America Stadium (/venues/bank-of-america-stadium) | Charlotte, North Carolina, United States (/locations/charlotte-nc) |
| Sep 16, 2017 | **I Love The 90's - The Party Continues Tour (/concerts/i-love-the-90-s-the-party-continues-tour--2254722)**<br><br>"I Love The 90's - The Party Continues Tour" / TLC / Mark McGrath / All-4-One / O-Town / Biz Markie / Snap!<br><br>📄 Setlists | Ravinia Festival At Ravinia Park (/venues/ravinia-festival-at-ravinia-park) | Highland Park, Illinois, United States (/locations/highland-park-il) |
| Sep 15, 2017 | **Blackstreet / Mark McGrath / TLC / Snap! / Biz Markie (/concerts/blackstreet-mark-mcgrath-tlc-snap-biz-markie)** | The Warehouse District (/venues/the-warehouse-district) | Cleveland, Ohio, United States (/locations/cleveland-oh) |
| Sep 13, 2017 | **"I Love The 90s Tour" / Vanilla Ice / Salt-N-Pepa / Biz Markie / Rob Base / Young M.C. (/concerts/i-love-the-90s-tour--2237034)**<br><br>🚌 I Love The 90s Tour | Winsport Arena (/venues/winsport-arena) | Calgary, Alberta, Canada (/locations/calgary-ab--2) |
| Sep 08, 2017 | **TLC / Naughty By Nature / Biz Markie / Tone-Lōc / Snap! (/concerts/tlc-naughty-by-nature-biz-markie-tone-loc-snap)** | Salem Civic Center (/venues/salem-civic-center-56806b88-394d-4b6d-9414-bffedb6d7784) | Winston-Salem, North Carolina, United States (/locations/winston-salem-nc) |

⊕ Show Duplicate for Sep 08, 2017

← Previous (/bands/biz-markie?page=3#concert-table)    1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)    3 (/bands/biz-markie?page=3#concert-table)    4

5 (/bands/biz-markie?page=5#concert-table)    6 (/bands/biz-markie?page=6#concert-table)

7 (/bands/biz-markie?page=7#concert-table)    8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)    ...    15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)    Next → (/bands/biz-markie?page=5#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concerts) 

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renown Human Beat Boxer, best known for humorous singles like "Just a Friend" and "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The Clown Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)
Past Only (/bands/biz-markie?date=past)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

## Biz Markie Tours & Concerts *(Page 5)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Sep 03, 2017 | **Big Daddy Kane / Biz Markie / Kool G Rap / Roxanne Shante / Kool Moe Dee (/concerts/big-daddy-kane-biz-markie-kool-g-rap-roxanne-shante-kool-moe-dee)** | Aretha Franklin Amphitheatre (/venues/aretha-franklin-amphitheatre-617b156a-cdd6-4476-81af-f16ac7678003) | Detroit, Michigan, United States (/locations/detroit-mi) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Sep 02, 2017 | **TLC / Montell Jordan / Coolio / Biz Markie / C+C Music Factory (/concerts/tlc-montell-jordan-coolio-biz-markie-c-c-music-factory)**<br>📄 Setlists | Mohegan Sun Arena (/venues/mohegan-sun-arena) | Uncasville, Connecticut, United States (/locations/uncasville-ct) |
| Sep 01, 2017 | **L.A. County Fair (/concerts/l-a-county-fair--2237028)**<br>"L.A. County Fair" / "I Love The 90s Tour" / Salt-N-Pepa / All-4-One / Color Me Badd / Coolio / Biz Markie | L.A. County Fair (/venues/l-a-county-fair) | Pomona, California, United States (/locations/pomona-ca) |
| | ⊕ Show Duplicate for Sep 01, 2017 | | |
| Aug 10, 2017 | **TLC / Naughty By Nature / Biz Markie / Rob Base / C+C Music Factory / Freedom Williams / Snap! (/concerts/tlc-naughty-by-nature-biz-markie-rob-base-c-c-music-factory-freedom-williams-snap)** | Pinewood Bowl Theater (/venues/pinewood-bowl-theater) | Lincoln, Nebraska, United States (/locations/lincoln-ne) |
| Aug 06, 2017 | **Biz Markie / TLC / All-4-One / Snap! / C+C Music Factory (/concerts/tlc-biz-markie-all-4-one-snap-and-1-more-at-dte-energy-music-theatre-august-6-2017)**<br>🚌 I Love the 90s: The Party Continues Tour<br>📄 Setlists | DTE Energy Music Theatre (/venues/dte-energy-music-theatre--12) | Clarkston, Michigan, United States (/locations/clarkston-mi) |
| Aug 04, 2017 | **I Love The 90's - The Party Continues Tour (/concerts/i-love-the-90-s-the-party-continues-tour--2254717)**<br>"I Love The 90's - The Party Continues Tour" / TLC / Mark McGrath / All-4-One / Biz Markie / C&C Music Factory / Snap! | Resch Center (/venues/resch-center-1e5b18d9-9266-407f-97fa-6e3f6dc22dc2) | Ashwaubenon, Wisconsin, United States (/locations/ashwaubenon-wi) |
| Aug 02, 2017 | **I Love The 90's - The Party Continues Tour (/concerts/i-love-the-90-s-the-party-continues-tour--2254716)**<br>"I Love The 90's - The Party Continues Tour" / TLC / Naughty By Nature / Rob Base / Tone Loc / Biz Markie / C&C Music Factory | Soaring Eagle Casino & Resort (/venues/soaring-eagle-casino-resort) | Mount Pleasant, Michigan, United States (/locations/mount-pleasant-mi) |
| Jul 29, 2017 | **Flo Rida / Biz Markie / Rob Base / DJ Kool / Sky Blu From Lmfao (/concerts/flo-rida-biz-markie-rob-base-dj-kool-sky-blu-from-lmfao)** | Northern Lights Casino (/venues/northern-lights-casino) | Walker, Minnesota, United States (/locations/walker-mn) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 23, 2017 | **"I Love The 90's - The Party Continues Tour" / TLC / Coolio / Biz Markie / C&C Music Factory / Snap! (/concerts/i-love-the-90-s-the-party-continues-tour--2254715)**<br>🚍 I Love The 90's - The Party Continues Tour<br>📄 Setlists | Anselmo Valencia Tori Amphitheater (/venues/anselmo-valencia-tori-amphitheater--2) | Tucson, Arizona, United States (/locations/tucson-az) |
| Jul 22, 2017 | **TLC / Blackstreet / All-4-One / Biz Markie / Rob Base / C+C Music Factory (/concerts/tlc-blackstreet-all-4-one-biz-markie-rob-base-c-c-music-factory)**<br>📄 Setlists | Talking Stick Resort Amphitheatre (/venues/talking-stick-resort-amphitheater--879272) | Phoenix, Arizona, United States (/locations/phoenix-az) |
| Jul 21, 2017 | **TLC / Color Me Badd / Biz Markie / Coolio / Rob Base / C+C Music Factory (/concerts/tlc-color-me-badd-biz-markie-coolio-rob-base-c-c-music-factory)** | Downtown Las Vegas Events Center - DLVEC (/venues/downtown-las-vegas-events-center-dlvec) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Jul 16, 2017 | **"I Love The 90's - The Party Continues Tour" / TLC / Mark McGrath / Kid N Play / Biz Markie (/concerts/i-love-the-90-s-the-party-continues-tour--2254714)**<br>🚍 I Love The 90's - The Party Continues Tour | Vina Robles Amphitheatre (/venues/vina-robles-amphitheatre) | Paso Robles, California, United States (/locations/paso-robles-ca) |
| Jul 15, 2017 | **Rob Base / C + C Music Factory / Montell Jordan / Kid N Play / TLC / Biz Markie (/concerts/i-love-the-90-s-tour--3)**<br>🚍 I Love the 90's Tour | Concord Pavilion (/venues/concord-pavilion) | Concord, California, United States (/locations/concord-ca) |

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jul 08, 2017 | **TLC / Montell Jordan / Biz Markie / C&C Music Factory / Snap! / Naughty By Nature (/concerts/i-love-the-90-s-the-party-continues-tour)**<br>🚊 I Love The 90's: The Party Continues Tour<br><br>🖼 Photos   📄 Setlists | Abbotsford Centre (/venues/abbotsford-centre) | Abbotsford, British Columbia, Canada (/locations/abbotsford-bc) |
| Jul 07, 2017 | **I Love The 90's - The Party Continues Tour (/concerts/i-love-the-90-s-the-party-continues-tour--2254713)**<br>"I Love The 90's - The Party Continues Tour" / TLC / Naughty By Nature / Montell Jordan / Biz Markie / C&C Music Factory / Snap! | Angel of the Winds Arena (/venues/angel-of-the-winds-arena--2) | Everett, Washington, United States (/locations/everett-wa) |
| Jun 02, 2017 | **The Plaids / Biz Markie (/concerts/the-plaids-biz-markie-at-cone-denim-entertainment-center)**<br>🚊 The Plaids / Biz Markie at Cone Denim Entertainment Center | Cone Denim Entertainment Center (/venues/cone-denim-entertainment-center) | Greensboro, North Carolina, United States (/locations/greensboro-nc) |
| May 27, 2017 | **I Love The 90's Tour (/concerts/salt-n-pepa-rob-base-all-4-one-color-me-badd-biz-markie-young-mc-c-c-music-factory-freedom-williams)**<br>Salt-N-Pepa / Rob Base / All 4 One / Color Me Badd / Biz Markie / Young MC / C+C Music Factory / Freedom Williams | Moncton Coliseum (/venues/moncton-coliseum-0b15fee0-5751-4be9-a7c5-bebe1824c6f3) | Moncton, New Brunswick, Canada (/locations/moncton-nb) |
| May 26, 2017 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237021)**<br>"I Love The 90s Tour" / Salt-N-Pepa / All-4-One / Color Me Badd / Biz Markie / Young M.C.<br><br>📄 Setlists | Centre 200 (/venues/centre-200--528682) | Sydney, Nova Scotia, Canada (/locations/sydney-nova-scotia-canada--116176) |
| May 25, 2017 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237020)**<br>"I Love The 90s Tour" / Salt-N-Pepa / DJ Spinderella / Rob Base / All-4-One / Color Me Badd / Biz Markie / Young M.C. / C&C Music Factory / Freedom Williams | Mary Brown's Centre (/venues/mary-brown-s-centre) | St. John's, Newfoundland and Labrador, Canada (/locations/st-john-s-nl) |

| May 24, 2017 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2237019)** | Scotiabank Centre (/venues/scotiabank-centre) | Halifax, Nova Scotia, Canada (/locations/halifax-ns) |
| | "I Love The 90s Tour" / Salt-N-Pepa / All-4-One / Color Me Badd / Biz Markie / C&C Music Factory / Young M.C. | | |

← Previous (/bands/biz-markie?page=4#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     3 (/bands/biz-markie?page=3#concert-table)

4 (/bands/biz-markie?page=4#concert-table)     5     6 (/bands/biz-markie?page=6#concert-table)

7 (/bands/biz-markie?page=7#concert-table)     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     ...     15 (/bands/biz-markie?page=15#concert-table)     

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=6#concert-table)

# Latest Videos

**View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)**



YOUTUBE MATTHEW BRULLA

Peek-a-Boo

**Yo Gabba Gabba Live / The Aquabats / Biz Markie (/concerts/yo-gabba-gabba-live-the-aquabats-biz-markie)**
📅 Mar 14, 2010
📍 Milwaukee, Wisconsin, United States
👤 Added by Scott Heins (/scott-heins)



YOUTUBE MATTHEW BRULLA

Biz's Beat of the Day

**Yo Gabba Gabba Live / The Aquabats / Biz Markie (/concerts/yo-gabba-gabba-live-the-aquabats-biz-markie)**
📅 Mar 14, 2010
📍 Milwaukee, Wisconsin, United States
👤 Added by Scott Heins (/scott-heins)

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concert-table)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-reno Human Beat Boxer, best known for humorous singles like "Just a Friend" a "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 6)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| May 19, 2017 | Biz Markie / Run Forrest Run (/concerts/biz-markie-run-forrest-run-1d381628-9410-49c9-84d4-8a25a77eea9a) | House of Blues Chicago (/venues/house-of-blues-chicago--12) | Chicago, Illinois, United States (/locations/chicago-il) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| May 13, 2017 | **Naughty By Nature / Kid 'N Play / Blackstreet / Sisqó / Montell Jordan / Mark McGrath / Biz Markie / Coolio / C+C Music Factory (/concerts/naughty-by-nature-kid-n-play-blackstreet-sisqo-montell-jordan-mark-mcgrath-biz-markie-coolio-c-c-music-factory)** <br> 🖼 Photos | Cross insurance Center (/venues/cross-insurance-center) | Bangor, Maine, United States (/locations/bangor-me) |
| May 12, 2017 | **I Love The 90's - The Party Continues Tour (/concerts/i-love-the-90-s-the-party-continues-tour--2290345)** <br> "I Love The 90's - The Party Continues Tour" / Naughty By Nature / Blackstreet / Mark McGrath / Sisqo / Kid N Play / Montell Jordan / Rob Base / Biz Markie / C&C Music Factory | DCU Center (/venues/dcu-center-arena-convention-center) | Worcester, Massachusetts, United States (/locations/worcester-ma) |
| Apr 22, 2017 | **Biz Markie (/concerts/biz-markie-1edda463-512f-4e4f-8c9a-9efaeec83906)** | House of Blues Las Vegas, Mandalay Bay Resort and Casino (/venues/house-of-blues-las-vegas--490740) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Apr 20, 2017 | **Vanilla Ice / Kid 'N Play / Mark McGrath / Biz Markie / Sisqó (/concerts/vanilla-ice-e9087ec3-9241-4500-ab47-0d01c5d08161)** <br> 🚌 I Love the '90s Tour | George M. Sullivan Sports Arena (/venues/george-m-sullivan-sports-arena) | Anchorage, Alaska, United States (/locations/anchorage-ak) |
| Apr 13, 2017 | **Salt N' Peppa / Tone Loc / Color Me Badd / Coolio / Young MC / Biz Markie (/concerts/i-love-the-90s-tour-e07c8731-695c-47a5-964a-502c9d743231)** <br> 🚌 I love the 90s Tour | Mankato Civic Center (/venues/mankato-civic-center-75d43b7b-e59f-4074-9b96-991e0386bbba) | Mankato, Minnesota, United States (/locations/mankato-mn) |
| Apr 12, 2017 | **Salt-N-Pepa / All-4-One / Rob Base / Color Me Badd / Biz Markie (/concerts/salt-n-pepa-all-4-one-rob-base-color-me-badd-biz-markie)** | Bell MTS Place (/venues/bell-mts-place--2) | Winnipeg, Manitoba, Canada (/locations/winnipeg-mb) |
| Apr 07, 2017 | **"Light City Baltimore" / Get Steady / Faame Emanuel / Dj Jay Claxton / Biz Markie (/concerts/light-city-baltimore--2739410)** <br> 🚌 Light City Baltimore | Various Venues (/venues/various-venues--565730) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| Mar 24, 2017 | **Naughty By Nature / Mark McGrath / Vanilla Ice / Biz Markie / All-4-One (/concerts/naughty-by-nature-st-augustine-amphitheatre)** <br> 🚌 Naughty By Nature @ St Augustine Amphitheatre | St Augustine Amphitheatre (/venues/st-augustine-amphitheatre--965808) | St. Augustine, Florida, United States (/locations/st-augustine-fl--4) |

Biz Markie Concert & Tour History | Concert Archives

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Mar 23, 2017 | **Biz Markie / Anti (/concerts/biz-markie-anti)** | House of Blues Orlando (/venues/house-of-blues-orlando-37f3687d-65b7-49a6-8429-50434f83ffbc) | Orlando, Florida, United States (/locations/orlando-fl) |
| Mar 17, 2017 | **Biz Markie / The Real Feel / BoyWonder (/concerts/biz-markie-boy-wonder-the-real-feel)** 🚌 Decades Collide 80s vs. 90s | Theatre Of Living Arts (/venues/theatre-of-living-arts--524985) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Mar 10, 2017 | **Biz Markie / Coolio / Salt-N-Pepa / Snap! / Mark McGrath / C+C Music Factory (/concerts/i-love-the-90-s--12)** 🚌 I Love the 90's | Microsoft Theater, L.A. Live (/venues/microsoft-theater-a8be71f4-abe9-4abe-9315-c9e00edf416d) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Feb 24, 2017 | **Naughty By Nature / Bone Thugs-N-Harmony / Sisqó / Color Me Badd / Biz Markie / 2 Live Crew / Tone-Lōc (/concerts/naughty-by-nature-bone-thugs-n-harmony-sisqo-color-me-badd-biz-markie-2-live-crew-tone-loc)** 📄 Setlists | Santander Arena (/venues/santander-arena) | Reading, Pennsylvania, United States (/locations/reading-pa) |
| | ⊕ Show Duplicate for Feb 24, 2017 | | |
| Feb 04, 2017 | **Back To The 90's (/concerts/back-to-the-90-s)** "Back To The 90's" / Sisqo / Naughty By Nature / All-4-One / Biz Markie / Rob Base / Young M.C. | American Bank Center (/venues/american-bank-center) | Corpus Christi, Texas, United States (/locations/corpus-christi-tx) |

| | | | |
|---|---|---|---|
| Dec 29, 2016 | **Big Daddy Kane / Biz Markie / Craig G / Kool G Rap / Marley Marl / Masta Ace / M.C. Shan / Roxanne Shante (/concerts/big-daddy-kane-biz-markie-craig-g-kool-g-rap-marley-marl-masta-ace-m-c-shan-roxanne-shante)** | B.B. King Blues Club (/venues/b-b-king-blues-club--535254) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Dec 10, 2016 | **Naughty By Nature / Biz Markie / Montell Jordan / Coolio (/concerts/naughty-by-nature-biz-markie-montell-jordan-coolio)** | Star of the Desert Arena (/venues/star-of-the-desert-arena) | Henderson, Nevada, United States (/locations/henderson-nv) |
| Dec 02, 2016 | **En Vogue / Naughty By Nature / Biz Markie / Coolio / 2 Live Crew / Sisqó (/concerts/en-vogue-naughty-by-nature-biz-markie-coolio-2-live-crew-sisqo)** | Santander Arena (/venues/santander-arena) | Reading, Pennsylvania, United States (/locations/reading-pa) |
| Oct 06, 2016 | **Biz Markie (/concerts/biz-markie-75888a08-b71c-4519-b189-692fa5983f06)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Sep 30, 2016 | **Biz Markie (/concerts/biz-markie-04c6d34e-b4aa-44e1-9a16-f3ecda290f16)** | House of Blues (/venues/house-of-blues-16) | Dallas, Texas, United States (/locations/dallas-tx) |
| Aug 19, 2016 | **Biz Markie (/concerts/biz-markie-e09da308-2088-46ab-b71a-f481243234af)** | The Intersection / The Stache (/venues/the-intersection-the-stache) | Grand Rapids, Michigan, United States (/locations/grand-rapids-mi) |

← Previous (/bands/biz-markie?page=5#concert-table)      1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)    3 (/bands/biz-markie?page=3#concert-table)

4 (/bands/biz-markie?page=4#concert-table)    5 (/bands/biz-markie?page=5#concert-table)     6

7 (/bands/biz-markie?page=7#concert-table)    8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)    10 (/bands/biz-markie?page=10#concert-table)    ...

15 (/bands/biz-markie?page=15#concert-table)    16 (/bands/biz-markie?page=16#concert-table)

Next → (/bands/biz-markie?page=7#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concerts)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-reno Human Beat Boxer, best known for humorous singles like "Just a Friend" a "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 7)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Aug 09, 2016 | **Lisa Loeb / Biz Markie / En Vogue / Salt-N-Pepa (/concerts/pepsi-crystal-summer-of-92)** 🚌 Pepsi Crystal Summer of '92 | Terminal 5 (/venues/terminal-5) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Aug 05, 2016 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance-e50b3cb2-485e-412b-b6cf-160953a9172c)** | Baltimore Soundstage (/venues/baltimore-soundstage--2) | Baltimore, Maryland, United States (/locations/baltimore-md) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 29, 2016 | **Biz Markie (/concerts/biz-markie-77b8487f-63a5-434e-b2e2-6e65e47d749c)** | Ace of Spades (/venues/ace-of-spades) | Sacramento, California, United States (/locations/sacramento-ca) |
| Jul 21, 2016 | **Biz Markie (/concerts/biz-markie-25394a5c-d25e-4ab5-9da9-af14c80a1d81)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jul 16, 2016 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--2236985)** Salt-N-Pepa / Kid N Play / All-4-One / Coolio / Biz Markie / Tone Loc / Rob Base / Young M.C. | Ameris Bank Amphitheatre (/venues/ameris-bank-amphitheatre--717882) | Alpharetta, Georgia, United States (/locations/alpharetta-georgia-united-states--125787) |

⊕ Show Duplicate for Jul 16, 2016

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jun 30, 2016 | **Biz Markie (/concerts/biz-markie-8b3475e6-1bf2-4fb1-bc32-0f7b44832e5e)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jun 25, 2016 | **dmx / Ja Rule / Biz Markie (/concerts/dmx-ja-rule-biz-markie)** | MassMutual Center (/venues/massmutual-center) | Springfield, Massachusetts, United States (/locations/springfield-ma) |
| Jun 24, 2016 | **dmx / Ja Rule / Biz Markie (/concerts/rewind--4259823)** 🚗 Rewind | Lowell Memorial Auditorium (/venues/lowell-memorial-auditorium) | Lowell, Massachusetts, United States (/locations/lowell-ma) |
| Jun 10, 2016 | **I love the 90's! (/concerts/i-love-the-90-s--5282666)** Salt-N-Pepa / Vanilla Ice / Coolio / Tone Loc / Kid N Play / Young MC / Biz Markie / Color Me Badd / All-One / Rob Base / Kool Mo Dee ▤ Setlists | Footprint Center (/venues/footprint-center) | Phoenix, Arizona, United States (/locations/phoenix-az) |
| Apr 29, 2016 | **I Love The 90s Tour (/concerts/i-love-the-90s-tour--5732166)** Vanilla Ice / Salt N' Peppa / Coolio / Biz Markie / Color Me Badd / Montell Jordan / Kid N Play / Tone Loc / All-4- One / A Lighter Shade of Brown ▤ Setlists | The Grand Theater at Foxwoods Resort Casino (/venues/the-grand-theater-at-foxwoods-resort-casino-3) | Mashantucket, Connecticut, United States (/locations/mashantucket-connecticut-united-states) |

⊕ Show Duplicates for Apr 29, 2016

| Apr 23, 2016 – Apr 24, 2016 | **Freestyle Festival 2016 (/concerts/freestyle-festival-2016)** Salt-N-Pepa / Biz Markie / Berlin / Slick Rick / Digital Underground / Robin S / 2 Live Crew / Tiffany / Color Me Badd / Debbie Gibson / Nu Shooz / Stevie B / Debbie Deb / Sweet Sensation / Company B / Lisa Lisa / Trinere / Pretty Poison / Connie ⬚ Setlists | Queen Mary Events Park (/venues/queen-mary-events-park-40dcfd34-e64d-4915-8422-ed7bac0d6b5b) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Apr 09, 2016 | **Biz Markie / Thunderpants (/concerts/biz-markie-thunderpants)** | House of Blues (/venues/house-of-blues--16) | Dallas, Texas, United States (/locations/dallas-tx) |
| Apr 01, 2016 | **Biz Markie (/concerts/biz-markie-38b28ebf-e125-4d75-bb92-f34175ef025b)** | House of Blues Anaheim (/venues/house-of-blues-anaheim) | Anaheim, California, United States (/locations/anaheim-33d5b526-5eda-46bc-9ae0-34c0b21327bc) |
| Mar 25, 2016 | **Biz Markie / 1988 (/concerts/biz-markie-1988)** | House of Blues Cleveland (/venues/house-of-blues-cleveland--915999) | Cleveland, Ohio, United States (/locations/cleveland-oh) |
| Mar 24, 2016 | **Biz Markie / Hot Sauce Committee (/concerts/biz-markie-hot-sauce-committee)** | House of Blues Chicago (/venues/house-of-blues-chicago--12) | Chicago, Illinois, United States (/locations/chicago-il) |
| Mar 19, 2016 | **Biz Markie (/concerts/biz-markie-31454c87-3616-4bf6-8f2b-bbcd29a234ca)** | The Dome At Toyota Presents The Oakdale Theatre (/venues/the-dome-at-toyota-presents-the-oakdale-theatre) | Wallingford, Connecticut, United States (/locations/wallingford-ct) |
| Mar 18, 2016 | **Biz Markie / The New Romance (/concerts/biz-markie-the-new-romance-f46e3dd6-0115-4642-8e0f-a8e3ad2e2718)** | Theatre Of Living Arts (/venues/theatre-of-living-arts--524985) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Mar 17, 2016 | **Biz Markie (/concerts/biz-markie-3be89f02-ef36-490c-9c6a-69639bb3ee00)** | Irving Plaza (/venues/irving-plaza--6) | New York, New York, United States (/locations/new-york-new-york-united-states) |

Case 1:22-cv-00806-CKK     Document 76-2    Filed 11/18/24    Page 34 of 93

| | | | |
|---|---|---|---|
| Mar 15, 2016 –<br>Mar 19, 2016 | **SXSW 2016 (/concerts/sxsw-2016-7ba78bdf-b239-4e54-869b-508d4cf5d91e)** | | Austin, Texas, United States (/locations/austin-tx) |

Biz Markie / Gary Clark Jr. / Hunter Sharpe / Akina Adderley & the Vintage Playboys / chloe x halle / White Denim /...
Show all bands ⌄

📄 Setlists

| | | | |
|---|---|---|---|
| Mar 13, 2016 | **35 Denton Fest (/concerts/35-denton-fest)** | Downtown Denton (/venues/downtown-denton) | Denton, Texas, United States (/locations/denton-tx) |

"35 Denton Fest" / Biz Markie / Eliot Sumner / White Reaper / Brothers in Law / Big Ups / Sheer Mag / Vaadat Charigim / Abacaba / Son of Stan / The Demigs



← Previous (/bands/biz-markie?page=6#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     3 (/bands/biz-markie?page=3#concert-table)

4 (/bands/biz-markie?page=4#concert-table)     5 (/bands/biz-markie?page=5#concert-table)

6 (/bands/biz-markie?page=6#concert-table)     7     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)     ...     15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=8#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concert-table)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renowned Human Beat Boxer, best known for humorous singles like "Just a Friend" and "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The Clown Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 8)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Mar 12, 2016 | **VIVA PHX 2016 (/concerts/viva-phx-2016-a7f435ec-fdbd-446a-b0a7-ef041ec5a294)** <br> Crystal Castles / Neon Indian / The Growlers / Biz Markie / Skream / This Will Destroy You / El Ten Eleven / Sage Francis / Lydia / Chuck Ragan / Rocket from the Crypt / Mrs. Magician <br> 📄 Setlists | | Phoenix, Arizona, United States (/locations/phoenix-az) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Mar 11, 2016 | **Biz Markie (/concerts/biz-markie-f8581f72-c673-41fe-94a6-c9beac43d4f7)** | House of Blues Las Vegas, Mandalay Bay Resort and Casino (/venues/house-of-blues-las-vegas--490740) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Feb 27, 2016 | **Biz Markie (/concerts/biz-markie-2e3dcb5d-da8f-4e88-96ea-e5d0c3e01b39)** | House Of Blues (/venues/house-of-blues-0f829db1-df5a-4f41-915f-434814964fd8) | North Myrtle Beach, South Carolina, United States (/locations/north-myrtle-beach-south-carolina-united-states) |
| Feb 26, 2016 | **Biz Markie / Brody & Choch (/concerts/biz-markie-brody-choch)** | The Fillmore Charlotte, AvidXchange Music Factory (/venues/the-fillmore-charlotte--422170) | Charlotte, North Carolina, United States (/locations/charlotte-nc) |
| Feb 25, 2016 | **Biz Markie (/concerts/biz-markie-ea8fdf5a-e237-4a8b-b254-1c6825fe0273)** | The Ritz Raleigh (/venues/the-ritz-raleigh-edf96b12-3dca-405e-946b-a95cd40c7c9e) | Raleigh, North Carolina, United States (/locations/raleigh-nc) |
| Jan 16, 2016 | **Biz Markie / The New Romance (/concerts/biz-markie-the-new-romance)** | Deluxe (/venues/deluxe--542583) | Indianapolis, Indiana, United States (/locations/indianapolis-in) |
| Jan 14, 2016 | **Biz Markie / Devils Due (/concerts/biz-markie-devils-due)** | Bogart's (/venues/bogart-s--7) | Cincinnati, Ohio, United States (/locations/cincinnati-oh) |
| Jan 02, 2016 | **Biz Markie (/concerts/biz-markie-c27f5da4-53e9-44c7-9e14-3bc1a7ba3563)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Dec 04, 2015 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance-a9f43c96-e001-4d3d-9e3b-4945e57f6fa9)** | Baltimore Soundstage (/venues/baltimore-soundstage--2) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| Oct 31, 2015 | **Biz Markie (/concerts/biz-markie-f339a10e-23e1-453b-9818-d14079451be1)** | The Promontory (/venues/the-promontory) | Chicago, Illinois, United States (/locations/chicago-il) |

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

2a8724a5896a4502

Biz Markie Concerts & Tour History | Concert Archives

| Date | Concert | Venue | Location |
|---|---|---|---|
| Oct 30, 2015 | **Biz Markie / The New Romance / Here's To The Night (/concerts/biz-markie-the-new-romance-here-s-to-the-night)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Oct 02, 2015 | **EPMD / Rakim / Biz Markie / Doug E. Fresh / Rob Base / Black Sheep (/concerts/epmd-rakim-biz-markie-doug-e-fresh-rob-base-black-sheep)** | Theatre At Westbury (/venues/theatre-at-westbury) | Westbury, New York, United States (/locations/westbury-ny) |
| Sep 19, 2015 | **MC Hammer / En Vogue / 2 Live Crew / Slick Rick / Sir Mix-A-Lot / Biz Markie / Digital Underground / Tone-Lōc / Lot (/concerts/mc-hammer-en-vogue-2-live-crew-slick-rick-sir-mix-a-lot-biz-markie-digital-underground-tone-loc-lot)** | Zappo's Theater at Planet Hollywood (/venues/zappo-s-theater-at-planet-hollywood) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Aug 28, 2015 | **Biz Markie / Here's To The Night / The New Romance (/concerts/biz-markie-here-s-to-the-night-the-new-romance)** | Baltimore Soundstage (/venues/baltimore-soundstage--2) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| Jul 19, 2015 | **The Art Of Rap Music Festival (Norcal) (/concerts/the-art-of-rap-music-festival-norcal)** <br><br> "The Art Of Rap Music Festival" (Norcal) / Ice-T / Bone Thugs-N-Harmony / Afrika Bambaataa / Big Daddy Kane / Biz Markie / Cold Crush... <br> Show all bands ⌄ | Shoreline Amphitheatre (/venues/shoreline-amphitheatre--3) | Mountain View, California, United States (/locations/mountain-view-ca--4) |
| Jul 18, 2015 | **The Art Of Rap Music Festival (SoCal) (/concerts/the-art-of-rap-music-festival-socal)** <br><br> "The Art Of Rap Music Festival" (SoCal) / The Game / Ice-T / Bone Thugs-N-Harmony / Afrika Bambaataa / Big Daddy Kane / Biz... <br> Show all bands ⌄ <br><br> 🗋 Setlists | Irvine Meadows Amphitheatre (/venues/irvine-meadows-amphitheatre--2) | Irvine, California, United States (/locations/irvine-ca) |
| Jul 10, 2015 | **Biz Markie (/concerts/biz-markie-1c04287c-f2b9-4456-9a34-6295e3af5f30)** | The Fillmore Silver Spring (/venues/the-fillmore-silver-spring) | Silver Spring, Maryland, United States (/locations/silver-spring-md) |
| Jun 17, 2015 | **"Summerstage" / Biz Markie / Masta Ace (/concerts/summerstage--2739385)** <br> 🚇 Summerstage | Von King Park (/venues/von-king-park) | New York, New York, United States (/locations/new-york-new-york-united-states) |

| Jun 05, 2015 | **"Old Skool Summer Fest" / SWV / Blackstreet Featuring Teddy Riley and Dave Hollister / Tony! Toni! Tone'! / Big Daddy Kane / Biz Markie (/concerts/old-skool-summer-fest--2739384)** 🚌 Old Skool Summer Fest | Tuscaloosa Amphitheater (/venues/tuscaloosa-amphitheater--7) | Tuscaloosa, Alabama, United States (/locations/tuscaloosa-al) |

⊕ Show Duplicate for Jun 05, 2015

| Apr 24, 2015 | **"Old School Hip Hop Jam" / Salt-N-Pepa / Biz Markie / Naughty By Nature (/concerts/old-school-hip-hop-jam)** 🚌 Old School Hip Hop Jam | Santander Arena (/venues/santander-arena) | Reading, Pennsylvania, United States (/locations/reading-pa) |

← Previous (/bands/biz-markie?page=7#concert-table)        1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)        3 (/bands/biz-markie?page=3#concert-table)

4 (/bands/biz-markie?page=4#concert-table)        5 (/bands/biz-markie?page=5#concert-table)

6 (/bands/biz-markie?page=6#concert-table)        7 (/bands/biz-markie?page=7#concert-table)        8

9 (/bands/biz-markie?page=9#concert-table)        10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)        12 (/bands/biz-markie?page=12#concert-table)        ...

15 (/bands/biz-markie?page=15#concert-table)        16 (/bands/biz-markie?page=16#concert-table)

Next → (/bands/biz-markie?page=9#concert-table)



# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)



▶ YOUTUBE  MATTHEW BRULLA

Peek-a-Boo



▶ YOUTUBE  MATTHEW BRULLA

Biz's Beat of the Day

Case 1:22-cv-00806-CKK Document 76-2 Filed 11/18/24 Page 39 of 93

 CONCERT ARCHIVES (/)

🔍 Search

Home (/) / Bands (/bands) / Biz Markie (/bands/biz-markie) / Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concerts)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-reno
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie) Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 9)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Apr 16, 2015 | **Biz Markie (/concerts/biz-markie-fc3533f1-d3ec-48ce-adca-df5ae8f0dcfd)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |

| Date | Concert | Venue | Location |
|---|---|---|---|
| Feb 03, 2015 | **"My Morning Jacket's One Big Holiday" / My Morning Jacket / Dawes / Band of Horses / Biz Markie (/concerts/my-morning-jacket-s-one-big-holiday--1915943)**<br>🚌 My Morning Jacket's One Big Holiday<br>📄 Setlists | Hard Rock Hotel (/venues/hard-rock-hotel--544065) | Puerto Aventuras, Mexico (/locations/puerto-aventuras-mexico) |
| Jan 31, 2015 – Feb 04, 2015 | **My Morning Jacket: One Big Holiday 2015 (/concerts/my-morning-jacket-one-big-holiday-2015)**<br>Band of Horses / My Morning Jacket / The War on Drugs / Dr. Dog / Sylvan Esso / Dawes / Biz Markie / Preservation Hall Jazz Band<br>📄 Setlists | Hard Rock Hotel - Riviera Maya (/venues/hard-rock-hotel-riviera-maya) | Playa del Carmen, Mexico (/locations/playa-del-carmen-mexico) |
| | ⊕ Show Duplicates for Jan 31, 2015 | | |
| Jan 29, 2015 | **Biz Markie (/concerts/biz-markie-c205ee3f-ce8c-40bd-893e-46f5619d5cb8)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jan 01, 2015 | **Biz Markie (/concerts/biz-markie-cf2e8328-d952-4f51-946d-248b0c1c7695)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Oct 20, 2014 | **Young the Giant / Biz Markie (/concerts/young-the-giant-5547a3ba-7703-4b2d-a7a7-2ec011f2f9be)**<br>🚌 Yahoo On The Road Concert Series | Indiana University Auditorium (/venues/indiana-university-auditorium) | Bloomington, Indiana, United States (/locations/bloomington-in) |
| Oct 17, 2014 | **Doug E. Fresh / Masters of Ceremony / dmx / Slick Rick / Biz Markie / EPMD / Naughty By Nature / Big Daddy Kane / Special Ed / Rakim / Hip Hop Reunion (/concerts/doug-e-fresh-masters-of-ceremony-dmx-slick-rick-biz-markie-epmd-naughty-by-nature-big-daddy-kane-special-ed-rakim-hip-hop-reunion)** | Richmond Coliseum (/venues/richmond-coliseum--4) | Richmond, Virginia, United States (/locations/richmond-va) |
| Sep 14, 2014 | **Biz Markie (/concerts/biz-markie-561e923c-b47a-49f6-aba9-b96112320897)** | The Bell House (/venues/the-bell-house) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Aug 24, 2014 | **Dave Chappelle / Biz Markie / Donnell Rawlings / Josh Blue / Chris Fonseca / DJ TRAUMA (/concerts/dave-chappelle-61bf8bca-8798-4ea0-88a2-5deb141fee17)**<br>🚌 Dave Chappelle | Red Rocks Amphitheatre (/venues/red-rocks-amphitheatre--11) | Morrison, Colorado, United States (/locations/morrison-co) |

Case 1:22-cv-00806-CKK          Document 76-2    Filed 11/18/24    Page 41 of 93

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Aug 09, 2014 | **dmx / Doug E. Fresh / Slick Rick / Rakim / Biz Markie / Black Sheep / Special Ed (/concerts/dmx-doug-e-fresh-slick-rick-rakim-biz-markie-black-sheep-special-ed)** | Silver Spurs Arena (/venues/silver-spurs-arena) | Orlando, Florida, United States (/locations/orlando-fl) |

⊕ Show Duplicate for Aug 09, 2014

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Aug 02, 2014 | **Legends Of Hip Hop (/concerts/legends-of-hip-hop--2290264)** "Legends Of Hip Hop" / dmx / EPMD / Big Daddy Kane / Naughty By Nature / Biz Markie / Slick Rick / Black Sheep / Rob Base [Setlists] | The Theater at Virgin Hotels Las Vegas (/venues/the-theater-at-virgin-hotels-las-vegas) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |

⊕ Show Duplicate for Aug 02, 2014

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 26, 2014 | **Masters Of Ceremony - Hip Hop Reunion (/concerts/masters-of-ceremony-hip-hop-reunion--2290263)** "Masters Of Ceremony - Hip Hop Reunion" / dmx / EPMD / Rakim / Naughty By Nature / Big Daddy Kane / Black Sheep / Slick Rick / Doug E. Fresh / Biz Markie | Fox Theatre (/venues/fox-theatre) | Atlanta, Georgia, United States (/locations/atlanta-ga) |
| Jul 18, 2014 | **Masters of Ceremony / dmx / EPMD / Rakim / Big Daddy Kane / Slick Rick / Doug E. Fresh / Biz Markie / Naughty By Nature / Special Ed / Hip Hop Reunion (/concerts/masters-of-ceremony-dmx-epmd-rakim-big-daddy-kane-slick-rick-doug-e-fresh-biz-markie-naughty-by-nature-special-ed-hip-hop-reunion)** | Microsoft Theater, L.A. Live (/venues/microsoft-theater-a8be71f4-abe9-4abe-9315-c9e00edf416d) | Los Angeles, California, United States (/locations/los-angeles-ca) |

⊕ Show Duplicate for Jul 18, 2014

| Jul 03, 2014 | **Biz Markie (/concerts/biz-markie-703c6392-c907-4c1d-bb23-157b12b0881c)** | Blackbird Ordinary (/venues/blackbird-ordinary) | Miami, Florida, United States (/locations/miami-fl) |
| May 31, 2014 | **7th Annual Roots Picnic (/concerts/roots-picnic-2014)**<br>Snoop Dogg / The Roots / Janelle Monáe / Roman GianArthur / The War on Drugs / Action Bronson / A$AP Ferg / AraabMuzik / G-Eazy / Rudimental / Jhené Aiko / Biz Markie / Bad Rabbits / Just Blaze / Chill Moody / Electric Wire Hustle / Emily Wells<br>Setlists | Festival Pier at Penn's Landing (/venues/festival-pier-at-penn-s-landing) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |

⊕ Show Duplicates for May 31, 2014

| Mar 29, 2014 | **Doug E. Fresh / The Stylistics / Biz Markie / Big Daddy Kane / Rob Base (/concerts/doug-e-fresh-the-stylistics-biz-markie-big-daddy-kane-rob-base)** | The Chicago Theatre (/venues/the-chicago-theatre--2) | Chicago, Illinois, United States (/locations/chicago-il) |
| Mar 02, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509636)**<br>"Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie<br>Show less ∧ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Mar 01, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509635)**<br>"Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie<br>Show less ∧ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |

| Feb 28, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509634)** | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
|---|---|---|---|
| | "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie | | |
| | Show less ⌃ | | |

| Feb 27, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509633)** | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
|---|---|---|---|
| | "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie | | |
| | Show less ⌃ | | |



← Previous (/bands/biz-markie?page=8#concert-table)　　　1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)　　　...　　　5 (/bands/biz-markie?page=5#concert-table)

6 (/bands/biz-markie?page=6#concert-table)　　　7 (/bands/biz-markie?page=7#concert-table)

8 (/bands/biz-markie?page=8#concert-table)　　　9　　　10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)　　　12 (/bands/biz-markie?page=12#concert-table)

13 (/bands/biz-markie?page=13#concert-table)　　　14 (/bands/biz-markie?page=14#concert-table)

15 (/bands/biz-markie?page=15#concert-table)　　　16 (/bands/biz-markie?page=16#concert-table)

Next → (/bands/biz-markie?page=10#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

Biz Markie Concerts & Tour History | Concert Archives

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Feb 26, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509632)** <br><br> "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Feb 25, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509631)** <br><br> "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Feb 24, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509630)** <br><br> "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Feb 23, 2014 | **Soul Train Cruise (/concerts/soul-train-cruise--2509629)** <br><br> "Soul Train Cruise" / The Isley Brothers / Charlie Wilson / Roberta Flack / Jeffrey Osborne / The Commodores / stephanie mills / peabo bryson / Morris Day & The Time / The Manhattans Feat. Gerald Alston / Maxi Priest / The Chi-Lites / The Honey Cone / Ray, Goodman & Brown / Blue Magic / Peaches & Herb / DW3 / Alonzo Bodden / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Feb 16, 2014 | **Biz Markie (/concerts/biz-markie-fa6f53eb-9add-4cca-b464-b6c28e7f6596)** | Republic NOLA (/venues/republic-nola) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jan 24, 2014 | **Masters of Ceremony / dmx / EPMD / Rakim / Brand Nubian / Big Daddy Kane / Slick Rick / Biz Markie / Black Sheep / Naughty By Nature (/concerts/masters-of-ceremony-dmx-epmd-rakim-brand-nubian-big-daddy-kane-slick-rick-biz-markie-black-sheep-naughty-by-nature)**<br><br>📄 Setlists | Radio City Music Hall (/venues/radio-city-music-hall--5) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jan 18, 2014 | **Smooth Jazz Cruise (/concerts/smooth-jazz-cruise--2689784)**<br><br>"Smooth Jazz Cruise" / david sanborn / Marcus Miller / Brian Culbertson / boney james / Jonathan Butler / Candy Dulfer / Brian Simpson / Kirk Whalum / peter white / Sheila E. / Keb' Mo' / Keiko Matsui / Maysa / Mindi Abair / DW3 / Alonzo Bodden / Jeffrey Osborne / rick braun / Natalie Cole / Eric Marienthal / Marc Antoine / ELAN TROTMAN / Grace Kelly / KEVIN WHALUM / Patches Stewart / Chance Howard / Biz Markie<br>Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Jan 17, 2014 | **Smooth Jazz Cruise (/concerts/smooth-jazz-cruise--2689783)**<br><br>"Smooth Jazz Cruise" / david sanborn / Marcus Miller / Brian Culbertson / boney james / Jonathan Butler / Candy Dulfer / Brian Simpson / Kirk Whalum / peter white / Sheila E. / Keb' Mo' / Keiko Matsui / Maysa / Mindi Abair / DW3 / Alonzo Bodden / Jeffrey Osborne / rick braun / Natalie Cole / Eric Marienthal / Marc Antoine / ELAN TROTMAN / Grace Kelly / KEVIN WHALUM / Patches Stewart / Chance Howard / Biz Markie<br>Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Jan 16, 2014 | **Smooth Jazz Cruise (/concerts/smooth-jazz-cruise--2689782)**<br><br>"Smooth Jazz Cruise" / david sanborn / Marcus Miller / Brian Culbertson / boney james / Jonathan Butler / Candy Dulfer / Brian Simpson / Kirk Whalum / peter white / Sheila E. / Keb' Mo' / Keiko Matsui / Maysa / Mindi Abair / DW3 / Alonzo Bodden / Jeffrey Osborne / rick braun / Natalie Cole / Eric Marienthal / Marc Antoine / ELAN TROTMAN / Grace Kelly / KEVIN WHALUM / Patches Stewart / Chance Howard / Biz Markie<br>Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |

Concert & Tour History | Concert Archives

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jan 15, 2014 | **Smooth Jazz Cruise (/concerts/smooth-jazz-cruise--2689781)** <br><br> "Smooth Jazz Cruise" / david sanborn / Marcus Miller / Brian Culbertson / boney james / Jonathan Butler / Candy Dulfer / Brian Simpson / Kirk Whalum / peter white / Sheila E. / Keb' Mo' / Keiko Matsui / Maysa / Mindi Abair / DW3 / Alonzo Bodden / Jeffrey Osborne / rick braun / Natalie Cole / Eric Marienthal / Marc Antoine / ELAN TROTMAN / Grace Kelly / KEVIN WHALUM / Patches Stewart / Chance Howard / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |
| Jan 14, 2014 | **Smooth Jazz Cruise (/concerts/smooth-jazz-cruise--2689779)** <br><br> "Smooth Jazz Cruise" / david sanborn / Marcus Miller / Brian Culbertson / boney james / Jonathan Butler / Candy Dulfer / Brian Simpson / Kirk Whalum / peter white / Sheila E. / Keb' Mo' / Keiko Matsui / Maysa / Mindi Abair / DW3 / Alonzo Bodden / Jeffrey Osborne / rick braun / Natalie Cole / Eric Marienthal / Marc Antoine / ELAN TROTMAN / Grace Kelly / KEVIN WHALUM / Patches Stewart / Chance Howard / Biz Markie <br> Show less ⌃ | Holland America Line - MS Eurodam (/venues/holland-america-line-ms-eurodam) | Fort Lauderdale, Florida, United States (/locations/fort-lauderdale-fl) |

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concert-table)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

Concerts (/bands/biz-markie)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 11)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Dec 14, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739358)** 🚌 Yo Gabba Gabba | Rosemont Theatre (/venues/rosemont-theatre--5) | Rosemont, Illinois, United States (/locations/rosemont-il) |
| Dec 08, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739357)** 🚌 Yo Gabba Gabba | Bayou Music Center (/venues/bayou-music-center) | Houston, Texas, United States (/locations/houston-tx) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Dec 07, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739356)** 🚋 Yo Gabba Gabba | Texas Trust CU Theatre at Grand Prairie (/venues/texas-trust-cu-theatre-at-grand-prairie) | Grand Prairie, Texas, United States (/locations/grand-prairie-tx) |
| Dec 01, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739355)** 🚋 Yo Gabba Gabba | Paramount Theatre (/venues/paramount-theatre--17) | Oakland, California, United States (/locations/oakland-ca--2) |
| Nov 30, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739354)** 🚋 Yo Gabba Gabba | Microsoft Theater, L.A. Live (/venues/microsoft-theater-a8be71f4-abe9-4abe-9315-c9e00edf416d) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Nov 29, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739353)** 🚋 Yo Gabba Gabba | Microsoft Theater, L.A. Live (/venues/microsoft-theater-a8be71f4-abe9-4abe-9315-c9e00edf416d) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Nov 09, 2013 | **Hot 92.3 Old School Reunion (/concerts/hot-92-3-old-school-reunion)** "Hot 92.3 Old School Reunion" / Vanilla Ice / Stevie B / Lisa Lisa / Biz Markie / Rob Base / Color Me Badd / Debbie Deb / Shannon / Cynthia / Johnny O / cover Girls [Setlists] | Microsoft Theater, L.A. Live (/venues/microsoft-theater-a8be71f4-abe9-4abe-9315-c9e00edf416d) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Oct 12, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise--2149705)** "Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie Show less ⌃ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |
| Oct 11, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise--2149704)** "Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie Show less ⌃ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Oct 10, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise--2149703)**<br><br>"Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie<br>Show less ⌃ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |
| Oct 09, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise--2149702)**<br><br>"Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie<br>Show less ⌃ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |
| Oct 08, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise--2149701)**<br><br>"Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie<br>Show less ⌃ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |

| Oct 07, 2013 | **Soul Train Cruise (/concerts/soul-train-cruise)** <br> "Soul Train Cruise" / Earth, Wind & Fire / Gladys Knight / Jeffrey Osborne / The Whispers / freddie jackson / Jennifer Holliday / billy paul / Con Funk Shun / Regina Belle / The Bar-Kays / Dazz band / Mary Jane Girls Feat. Cheri & Maxi / A Taste Of Honey / DW3 / Alonzo Bodden / Biz Markie <br> Show less ∧ | Holland America Line - MS Westerdam (/venues/holland-america-line-ms-westerdam--606745) | San Diego, California, United States (/locations/san-diego-ca) |
| Aug 25, 2013 | **Big Daddy Kane / Biz Markie (/concerts/big-daddy-kane-biz-markie-at-dell-music-center)** <br> 🚌 Big Daddy Kane / Biz Markie at Dell Music Center | Dell Music Center (/venues/dell-music-center) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Jun 14, 2013 | **EPMD / dmx / Rakim / Naughty By Nature / Big Daddy Kane / Special Ed / Slick Rick / Biz Markie (/concerts/epmd-dmx-rakim-naughty-by-nature-big-daddy-kane-special-ed-slick-rick-biz-markie)** | The Grand Theater at Foxwoods Resort Casino (/venues/the-grand-theater-at-foxwoods-resort-casino--3) | Mashantucket, Connecticut, United States (/locations/mashantucket-connecticut-united-states) |
| May 18, 2013 | **Biz Markie (/concerts/biz-markie-cfed827e-913d-4355-81f8-41bba5c24d33)** | The Wilbur (/venues/the-wilbur) | Boston, Massachusetts, United States (/locations/boston-ma--2) |
| Apr 13, 2013 | **Biz Markie (/concerts/biz-markie-b42fea9c-550c-48a9-86f8-81e34d2be7f0)** | The Social (/venues/the-social) | Orlando, Florida, United States (/locations/orlando-fl) |
| Mar 22, 2013 | **Biz Markie / Alkaline Trio (/concerts/yo-gabba-gabba-live)** <br> 🚌 Yo Gabba Gabba Live | The St. Augustine Amphitheatre (/venues/the-st-augustine-amphitheatre--526285) | St. Augustine, Florida, United States (/locations/st-augustine-fl--4) |
| Jan 29, 2013 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba--2739349)** <br> 🚌 Yo Gabba Gabba | Ulster Performing Arts Center (/venues/ulster-performing-arts-center) | Kingston, New York, United States (/locations/kingston-ny) |
| Jan 25, 2013 | **Yo Gabba Gabba! / Biz Markie (/concerts/yo-gabba-gabba--2739365)** <br> 🚌 Get the Sillies Out! | Tower Theater (/venues/tower-theater--2) | Upper Darby, Pennsylvania, United States (/locations/upper-darby-pa) |

CONCERT ARCHIVES (/)



🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concert-table)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

---

Concerts (/bands/biz-markie)

Scroll to:   **Top**   **Concerts**   **Videos**   **Photos**   **Setlist**   **Years**      **Comments**   **FAQ**

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)   Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

# Biz Markie Tours & Concerts *(Page 12)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Dec 31, 2012 | **"Famously Hot New Year" / The Wallflowers / Biz Markie / Atlantic Starr / Reggie Sullivan Band / Terence Young (/concerts/famously-hot-new-year--2158563)**<br>🚌 Famously Hot New Year | Main St. (/venues/main-st) | Columbia, South Carolina, United States (/locations/columbia-sc) |
| Nov 25, 2012 | **"Yo Gabba Gabba" / Biz Markie (/concerts/yo-gabba-gabba-biz-markie)** | Fox Theater (/venues/fox-theater--34) | Oakland, California, United States (/locations/oakland-ca--2) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Oct 31, 2012 | **Biz Markie (/concerts/biz-markie-fe068a75-d4a7-4b6d-be0d-45b86add4b34)** | Funky Buddha Lounge (/venues/funky-buddha-lounge--705404) | Denver, Colorado, United States (/locations/denver-co) |
| Sep 15, 2012 | **Biz Markie (/concerts/biz-markie-3c35329b-80c1-4ec5-b51a-daf6f41bc403)** | Long Island Community Hospital Amphitheater at Bald Hill (/venues/long-island-community-hospital-amphitheater-at-bald-hill) | Farmingville, New York, United States (/locations/farmingville-ny) |
| Aug 02, 2012 | **Bowl Train / Sponge / Biz Markie / Jounce (/concerts/bowl-train-sponge-biz-markie-jounce)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jul 06, 2012 | **Biz Markie (/concerts/biz-markie-21ef26df-a069-4a71-81d8-f8f2d9f67962)** | House of Blues (/venues/house-of-blues--34) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |
| Jun 23, 2012 | **Freestyle Extravaganza (/concerts/freestyle-extravaganza)** "Freestyle Extravaganza" / Vanilla Ice / Biz Markie / cover Girls / Noel / Cynthia / TKA / George Lamond / Johnny O / Rob Base / Lisette Melendez [Setlists] | Mohegan Sun Arena (/venues/mohegan-sun-arena) | Uncasville, Connecticut, United States (/locations/uncasville-ct) |
| Jun 22, 2012 | **Big Daddy Kane / Biz Markie (/concerts/big-daddy-kane-biz-markie-0a59f7a5-9032-4d36-a627-8a20ef54929d)** | O2 Forum Kentish Town (/venues/o2-forum-kentish-town--5) | London, England, United Kingdom (/locations/london-uk--2) |
| Jun 21, 2012 | **Big Daddy Kane / Biz Markie (/concerts/big-daddy-kane-biz-markie)** | O2 Ritz Manchester (/venues/o2-ritz-manchester--4) | Manchester, England, United Kingdom (/locations/manchester-uk) |
| May 19, 2012 | **SOJA / ?uestlove / Biz Markie (/concerts/soja-uestlove-biz-markie)** | 9:30 Club (/venues/9-30-club--3) | Washington, D.C., United States (/locations/washington-d-c) |

| Oct 13, 2011 | **Biz Markie (/concerts/biz-markie-0d26ba18-5609-4ddd-ab15-015fe4515917)** | Brooklyn Bowl (/venues/brooklyn-bowl) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| --- | --- | --- | --- |
| Jul 21, 2011 | **Salt n Pepa / Biz Markie (/concerts/festival-of-the-lakes-2011-1e21a78e-cfe5-40b1-ac94-34f56a496ba6)** 🚌 Festival of the Lakes 2011 | The Pavilion at Wolf Lake Park (/venues/the-pavilion-at-wolf-lake-park--2) | Hammond, Indiana, United States (/locations/hammond-in) |
| Jun 04, 2011 | **Yo Gabba Gabba! / DJ Lance Rock / Biz Markie / Art vs. Science (/concerts/yo-gabba-gabba-vivid-live)** 🚌 Yo Gabba Gabba! - Vivid Live | Concert Hall, Sydney Opera House (/venues/concert-hall-sydney-opera-house--4) | Sydney, New South Wales, Australia (/locations/sydney-nsw) |
| Mar 26, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Doug E. Fresh / Biz Markie / M.C. Lyte / Kool Moe Dee (/concerts/legends-of-hip-hop--2739342)** 🚌 Legends Of Hip Hop | Kay Bailey Hutchison Convention Center (/venues/kay-bailey-hutchison-convention-center-32125d36-385f-4bba-9740-61a9531fc282) | Dallas, Texas, United States (/locations/dallas-tx) |
| Mar 25, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Naughty By Nature / Doug E. Fresh / Biz Markie / M.C. Lyte (/concerts/legends-of-hip-hop--2290190)** 🚌 Legends Of Hip Hop | Richmond Coliseum (/venues/richmond-coliseum--4) | Richmond, Virginia, United States (/locations/richmond-va) |
| Mar 19, 2011 | **Legends Of Hip Hop (/concerts/legends-of-hip-hop--2739341)** "Legends Of Hip Hop" / Salt-N-Pepa / Kurtis Blow / Slick Rick / Doug E. Fresh / Biz Markie / Kool Moe Dee | Arie Crown Theater At McCormick Place (/venues/arie-crown-theater-at-mccormick-place) | Chicago, Illinois, United States (/locations/chicago-il) |
| Mar 18, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Doug E. Fresh / Biz Markie / Kool Moe Dee (/concerts/legends-of-hip-hop--2739340)** 🚌 Legends Of Hip Hop | Nashville Municipal Auditorium (/venues/nashville-municipal-auditorium--2) | Nashville, Tennessee, United States (/locations/nashville-tn--7) |
| Mar 13, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Doug E. Fresh / Biz Markie / Kool Moe Dee (/concerts/legends-of-hip-hop--2739339)** 🚌 Legends Of Hip Hop | Landers Center (/venues/landers-center) | Southaven, Mississippi, United States (/locations/southaven-ms) |

| Mar 12, 2011 | **Legends Of Hip Hop (/concerts/legends-of-hip-hop-2739338)** | Chaifetz Arena (/venues/chaifetz-arena) | St. Louis, Missouri, United States (/locations/st-louis-missouri-united-states) |

"Legends Of Hip Hop" / Salt-N-Pepa / Kurtis Blow / Doug E. Fresh / Biz Markie / M.C. Lyte / Kool Moe Dee

📄 Setlists

| Mar 05, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Kurtis Blow / Doug E. Fresh / Biz Markie (/concerts/legends-of-hip-hop-2739337)** | River Center Arena (/venues/river-center-arena) | Baton Rouge, Louisiana, United States (/locations/baton-rouge-la) |

🚌 Legends Of Hip Hop

← Previous (/bands/biz-markie?page=11#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     ...     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)     12     13 (/bands/biz-markie?page=13#concert-table)

14 (/bands/biz-markie?page=14#concert-table)     15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=13#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)



▶ YOUTUBE  MATTHEW BRULLA

Peek-a-Boo



▶ YOUTUBE  MATTHEW BRULLA

Biz's Beat of the Day

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concert-table)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc
Human Beat Boxer, best known for humorous singles like "Just a Friend" a
"Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C
Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Scroll to:     Top     Concerts     Videos     Photos     Setlist     Years     Comments     FAQ

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)     Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 13)*

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Mar 04, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Kurtis Blow / Doug E. Fresh / Biz Markie (/concerts/legends-of-hip-hop--2739336)** 🚌 Legends Of Hip Hop | Township Auditorium (/venues/township-auditorium) | Columbia, South Carolina, United States (/locations/columbia-sc) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Feb 26, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Kurtis Blow / Doug E. Fresh / Biz Markie / M.C. Lyte (/concerts/legends-of-hip-hop--2739335)**<br>🚌 Legends Of Hip Hop | DAR Constitution Hall (/venues/dar-constitution-hall--3) | Washington, D.C., United States (/locations/washington-d-c) |
| Feb 19, 2011 | **Legends Of Hip Hop (/concerts/legends-of-hip-hop--2290187)**<br>"Legends Of Hip Hop" / Salt-N-Pepa / Naughty By Nature / Kurtis Blow / Doug E. Fresh / Biz Markie / M.C. Lyte | Royal Farms Arena (/venues/royal-farms-arena) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| Feb 13, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Kurtis Blow / Doug E. Fresh / Biz Markie (/concerts/legends-of-hip-hop--3229789)**<br>🚌 Legends Of Hip Hop | Kansas City Municipal Aud. Arena (/venues/kansas-city-municipal-aud-arena) | Kansas City, Missouri, United States (/locations/kansas-city-mo) |
| Feb 12, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Naughty By Nature / Kurtis Blow / Rob Base / Biz Markie (/concerts/legends-of-hip-hop--2290185)**<br>🚌 Legends Of Hip Hop | Lakefront Arena (/venues/lakefront-arena) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |
| Feb 11, 2011 | **"Legends Of Hip Hop" / Salt-N-Pepa / Whodini / Kurtis Blow / Doug E. Fresh / Biz Markie (/concerts/legends-of-hip-hop--3229788)**<br>🚌 Legends Of Hip Hop | James L. Knight Center (/venues/james-l-knight-center) | Miami, Florida, United States (/locations/miami-fl) |
| Nov 27, 2010 | **Yo Gabba Gabba Live! There's A Party In My City! (/concerts/yo-gabba-gabba-live-there-s-a-party-in-my-city)**<br>Yo Gabba Gabba! / DJ Lance Rock / Biz Markie / OK Go! / Dave Grohl / Leslie Hall / Do It<br>📄 Setlists | Nokia Theatre (/venues/nokia-theatre--2) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Nov 21, 2010 | **Biz Markie / Keller Williams (/concerts/biz-markie-keller-williams)** | Bill Graham Civic Auditorium (/venues/bill-graham-civic-auditorium--2) | San Francisco, California, United States (/locations/sf-bay-area-ca) |
| Nov 20, 2010 | **Biz Markie / OK Go / Mike Park (/concerts/biz-markie-ok-go-mike-park)** | Bill Graham Civic Auditorium (/venues/bill-graham-civic-auditorium--2) | San Francisco, California, United States (/locations/sf-bay-area-ca) |

| Date | Concert | Venue | Location |
|---|---|---|---|
| Nov 18, 2010 | **Biz Markie / Keller Williams (/concerts/biz-markie-keller-williams-131a263b-ccb2-4c38-b7e0-a402ffe119b2)** | Sacramento Memorial Auditorium (/venues/sacramento-memorial-auditorium) | Sacramento, California, United States (/locations/sacramento-ca) |
| Aug 06, 2010 – Aug 14, 2010 | **The KahBang Music and Arts Festival 2010 (/concerts/the-kahbang-music-and-arts-festival-2010)** <br> B.o.B. / Biz Markie / Bad Rabbits / OK Go / The Gay Blades / Hey Marseilles / The Aviation Orange / Re-up / The Sea Captains / Static of th... <br> Show all bands ⌄ <br> 📄 Setlists | Bangor Waterfront (/venues/bangor-waterfront) | Bangor, Maine, United States (/locations/bangor-me) |
| Jun 18, 2010 | **Salt-N-Pepa / Biz Markie / Big Daddy Kane / Rob Base (/concerts/salt-n-pepa-biz-markie-big-daddy-kane-rob-base)** | Austin Music Hall (/venues/austin-music-hall) | Austin, Texas, United States (/locations/austin-tx) |
| May 27, 2010 | **Common / Biz Markie / Frontline / DJ Biz Markie (/concerts/common-biz-markie-frontline-dj-biz-markie)** | House of Blues Orlando (/venues/house-of-blues-orlando-37f3687d-65b7-49a6-8429-50434f83ffbc) | Orlando, Florida, United States (/locations/orlando-fl) |
| Mar 14, 2010 | **Yo Gabba Gabba Live / The Aquabats / Biz Markie (/concerts/yo-gabba-gabba-live-the-aquabats-biz-markie)** | The Riverside Theater (/venues/riverside-theatre) | Milwaukee, Wisconsin, United States (/locations/milwaukee-wi) |
| Feb 27, 2010 | **"Fresh Fest" / Salt-N-Pepa / Whodini / Rob Base / Biz Markie / Slick Rick (/concerts/fresh-fest--3074725)** <br> 🚌 Fresh Fest | Liacouras Center, Temple University (/venues/the-liacouras-center) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |

| Feb 06, 2010 | **Big Daddy Kane / Biz Markie / Doug E Fresh / Kurtis Blow / Whodini / Salt-N-Pepa (/concerts/fresh-fest)**<br>🚌 Fresh Fest<br>[Setlists] | Chaifetz Arena (/venues/chaifetz-arena) | St. Louis, Missouri, United States (/locations/st-louis-missouri-united-states) |
|---|---|---|---|
| Oct 30, 2009 – Nov 01, 2009 | **Voodoo Music Experience 2009 (/concerts/voodoo-music-experience-2009)**<br>Eminem / The Black Keys / Kiss / All Time Low / Justice / The Flaming Lips / The Cool Kids / Eric Church / Silversun Pickups / Wolfmother /...<br>Show all bands ⌄<br>[Setlists] | Unknown venue (/venues/unknown-venue--165) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |

⊕ Show Duplicate for Oct 30, 2009

| Sep 04, 2009 | **Biz Markie / The Roots (/concerts/biz-markie-the-roots)**<br>[Setlists] | The Music Box, Borgata Hotel & Casino (/venues/the-music-box-borgata-hotel-casino-d7a0ed10-4752-4f9d-a1f8-73cf7962c6e6) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
|---|---|---|---|
| Aug 21, 2009 | **Rakim / UTFO / Biz Markie / lost boyz / Jeru the Damaja / Lovebug Starski (/concerts/rakim-utfo-biz-markie-lost-boyz-jeru-the-damaja-lovebug-starski)** | B.B. King Blues Club (/venues/b-b-king-blues-club--535254) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Jul 16, 2009 | **Doug E. Fresh / Slick Rick / Biz Markie / DJ Schooly D (/concerts/doug-e-fresh-slick-rick-at-house-of-blues)**<br>🚌 Doug E. Fresh / Slick Rick at House Of Blues | House of Blues (/venues/house-of-blues-443dcd00-fb6d-49ba-9d50-4aeaf1f0c98a) | Atlantic City, New Jersey, United States (/locations/atlantc-city) |

← Previous (/bands/biz-markie?page=12#concert-table)   1 (/bands/biz-markie?page=1#concert-table)
2 (/bands/biz-markie?page=2#concert-table)   ...   8 (/bands/biz-markie?page=8#concert-table)
9 (/bands/biz-markie?page=9#concert-table)   10 (/bands/biz-markie?page=10#concert-table)
11 (/bands/biz-markie?page=11#concert-table)   12 (/bands/biz-markie?page=12#concert-table)   13
14 (/bands/biz-markie?page=14#concert-table)   15 (/bands/biz-markie?page=15#concert-table)
16 (/bands/biz-markie?page=16#concert-table)   Next → (/bands/biz-markie?page=14#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)


CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

**313 Concerts (/bands/biz-markie#concerts)**

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc Human Beat Boxer, best known for humorous singles like "Just a Friend" a "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C Prince of Hip-Hop. His career began in the 1980s.

Concerts (/bands/biz-markie)

Scroll to:   Top   Concerts   Videos   Photos   Setlist   Years    Comments   FAQ
Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)  Upcoming Only (/bands/biz-markie?date=upcoming)
Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 14)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jul 03, 2009 | **Biz Markie / Keri Hilson (/concerts/biz-markie-keri-hilson)** | House of Blues - New Orleans presented by Cricket Wireless (/venues/house-of-blues-new-orleans-presented-by-cricket-wireless-0884975b-0f18-4dea-88f7-6adf5d837498) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jul 02, 2009 | **Biz Markie (/concerts/biz-markie-541bd33b-384f-4619-a962-6b365c6735d8)** | House of Blues Houston (/venues/house-of-blues-houston--6) | Houston, Texas, United States (/locations/houston-tx) |
| Jun 09, 2009 | **Beastie Boys / Biz Markie (/concerts/beastie-boys-with-biz-markie)** 📄 Setlists | Rams Head Live! (/venues/rams-head-live--4) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| May 15, 2009 | **Pioneers Of Hip Hop (/concerts/pioneers-of-hip-hop--3143812)** "Pioneers Of Hip Hop" / M.C. Hammer / 2 Live Crew / Naughty By Nature / Too $hort / Biz Markie / Roxanne Shante | Fox Theatre Detroit (/venues/fox-theatre-detroit) | Detroit, Michigan, United States (/locations/detroit-mi) |
| Apr 23, 2009 | **Common / Biz Markie / Joshua Tree / The Ruse (/concerts/common-biz-markie-joshua-tree-the-ruse)** | House of Blues - Old Location (/venues/house-of-blues-old-location-1ca8e099-8b55-4374-8a3f-c33be17fa12c) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Mar 17, 2009 | **Common / Biz Markie (/concerts/common-biz-markie-741bb430-b0e5-46f3-8c7c-b1b10a9bd0e2)** | Hard Rock Café - Hollywood Blvd. (/venues/hard-rock-cafe-hollywood-blvd-1805516e-9327-4f9e-899f-afaa943a7cd6) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Mar 16, 2009 | **Common / Biz Markie (/concerts/common-biz-markie)** | Hard Rock Café - Universal City (/venues/hard-rock-cafe-universal-city) | Los Angeles, California, United States (/locations/los-angeles-ca) |
| Oct 04, 2008 | **X-Fest (Las Vegas, NV) (/concerts/x-fest-las-vegas-nv)** Pepper / Kottonmouth Kings / The Vandals / Reverend Horton Heat / Richard Vission / Biz Markie / JJ Flores / Steve Smooth / Stev... Show all bands ⌄ | Fremont East Entertainment District (/venues/fremont-east-entertainment-district) | Las Vegas, Nevada, United States (/locations/las-vegas-nv) |
| Jul 31, 2008 | **Envy On the Coast / Grandmaster Flash / Biz Markie (/concerts/envy-on-the-coast-grandmaster-flash-biz-markie)** | Guitar Center (/venues/guitar-center--805254) | Carle Place, NY, US (/locations/carle-place-ny-us) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jun 21, 2008 | **Freestyle Extravaganza (/concerts/freestyle-extravaganza--3423798)**<br>Stevie B / Gloria Gaynor / TKA / George Lamond / Soul Sonic Force / Shannon / Rob Base / The Cover Girls / Two Without Hats /...<br>Show all bands ⌄<br><br>📄 Setlists | Madison Square Garden (/venues/madison-square-garden--4) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Apr 04, 2008 | **Biz Markie / Lil Jon / Slick Rick (/concerts/biz-markie-lil-jon-slick-rick)** | Ibiza (/venues/ibiza) | Washington, D.C., United States (/locations/washington-d-c) |
| Mar 30, 2008 | **Common / DJ Jazzy Jeff / Biz Markie / DJ Spinna / Mark Farina / Todd Terry (/concerts/common-dj-jazzy-jeff-biz-markie-dj-spinna-mark-farina-todd-terry)** | Shelborne Beach Resort (/venues/shelborne-beach-resort) | Miami Beach, Florida, United States (/locations/miami-beach-fl) |
| Feb 16, 2008 | **Freestyle Extravaganza (/concerts/freestyle-extravaganza--3653230)**<br>"Freestyle Extravaganza" / Stevie B / Safire / cover Girls / Rob Base / TKA / George Lamond / Johnny O / Biz Markie / Timmy T | Mohegan Sun Arena (/venues/mohegan-sun-arena) | Uncasville, Connecticut, United States (/locations/uncasville-ct) |
| Dec 30, 2007 | **Chris Rock / Biz Markie / Mario Joyner (/concerts/chris-rock-biz-markie-mario-joyner)** | Palace Theatre (/venues/palace-theatre--4) | Albany, New York, United States (/locations/albany-ny) |
| Jul 06, 2007 | **Biz Markie / Doug E. Fresh / Russ Parr (/concerts/biz-markie-doug-e-fresh-russ-parr)** | House of Blues (/venues/house-of-blues--34) | New Orleans, Louisiana, United States (/locations/new-orleans-la) |

| Jun 28, 2007 | **Biz Markie (/concerts/biz-markie-d1e1fb66-7935-4805-8336-f73882f4e7f3)** | Key Club (/venues/key-club-5460c33b-0ea4-421c-b5c5-a64eeb29b37c) | West Hollywood, California, United States (/locations/west-hollywood-california-united-states) |
| Nov 26, 2006 | **Ludacris / Biz Markie (/concerts/sharperpalooza)** 🚌 Sharperpalooza | Myth (/venues/myth--955770) | Maplewood, Minnesota, United States (/locations/maplewood-mn) |
| Nov 19, 2005 | **Biz Markie / Big Daddy Kane / kid capri (/concerts/biz-markie-big-daddy-kane-at-house-of-blues)** 🚌 Biz Markie / Big Daddy Kane at House Of Blues | House of Blues (/venues/house-of-blues--444092) | Lake Buena Vista, Florida, United States (/locations/lake-buena-vista-florida-united-states) |
| Jul 24, 2005 | **Artscape Festival (/concerts/artscape-festival--2198195)** "Artscape Festival" / Shaggy / Biz Markie / Fort Knox Five / Ozomatli / The Subdudes / Labtekwon / Jeannie Hopper / Spanish Harlem Orchestra / Jah Works / Eubie Blake Legacy Band | Mount Royal Avenue & Cathedral Street (/venues/mount-royal-avenue-cathedral-street) | Baltimore, Maryland, United States (/locations/baltimore-md) |
| Jun 12, 2005 | **Music Midtown Festival (/concerts/music-midtown-festival--1878688)** "Music Midtown Festival" / Coheed and Cambria / Devo / Collective Efforts / Tegan and Sara / Big Tako / Trances Arc / M.C. Lyte /... Show all bands ⌄ 📄 Setlists | Piedmont Park (/venues/piedmont-park) | Atlanta, Georgia, United States (/locations/atlanta-ga) |

← Previous (/bands/biz-markie?page=13#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     ...     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)     12 (/bands/biz-markie?page=12#concert-table)

13 (/bands/biz-markie?page=13#concert-table)     14     15 (/bands/biz-markie?page=15#concert-table)

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=15#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jun 10, 2005 – Jun 12, 2005 | **Tom Petty and The Heartbreakers / John Fogerty / Robert Randolph and the Family Band / Devo / Bloc Party / Lou Reed / Counting Crows / Def Leppard / Joan Jett and the Blackhearts / Mofro / Public Enemy / Kid Rock / The Black Eyed Peas / Whodini / ... (/concerts/tom-petty-and-the-heartbreakers-john-fogerty-robert-randolph-and-the-family-band-devo-bloc-party-lou-reed-counting-crows-def-leppard-joan-jett-and-the-blackhearts-mofro-public-enemy-kid-rock-the-black-eyed-peas-whodini)** <br><br> Tom Petty and The Heartbreakers / John Fogerty / Robert Randolph and the Family Band / Devo / Bloc Party / Lou Reed / Counting Crows / Def Leppard / Joan Jett and the Blackhearts / Mofro / Public Enemy / Kid Rock / The Black Eyed Peas / Whodini / Slick Rick / Doug E Fresh / Biz Markie Show less ∧ <br><br> 🖼 Photos   📋 Setlists | Civic Center (/venues/civic-center--7) | Atlanta, Georgia, United States (/locations/atlanta-ga) |
| Jul 11, 2004 | **Slick Rick / Doug E. Fresh / Biz Markie (/concerts/slick-rick-doug-e-fresh-biz-markie-at-the-recher)** <br> 🚌 **Slick Rick / Doug E. Fresh / Biz Markie at The Recher** | The Recher (/venues/the-recher) | Towson, Maryland, United States (/locations/towson-md) |
| Jun 28, 2004 | **Doug E. Fresh / Biz Markie / Slick Rick (/concerts/doug-e-fresh-biz-markie-at-the-pageant)** <br> 🚌 **Doug E. Fresh / Biz Markie at The Pageant** | The Pageant (/venues/the-pageant--471791) | St. Louis, Missouri, United States (/locations/st-louis-missouri-united-states) |
| Jun 17, 2004 | **Doug E. Fresh / Biz Markie (/concerts/doug-e-fresh-biz-markie)** | KEMBA Live! (/venues/kemba-live) | Columbus, Ohio, United States (/locations/columbus-oh) |
| Oct 09, 2003 | **Biz Markie / De La Soul / Big Daddy Kane / dougie fresh (/concerts/biz-markie-de-la-soul-big-daddy-kane-dougie-fresh)** | Franklin Music Hall (/venues/franklin-music-hall) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Aug 27, 2002 | **Mario / Biz Markie / 3LW (/concerts/last-chance-summer-dance--5748622)** <br> 🚌 **Kiss 95.7 Last Chance Summer Dance** | CT Expo Center (/venues/ct-expo-center) | Hartford, Connecticut, United States (/locations/hartford-ct) |
| Apr 24, 2002 | **Sean "Puff Daddy" Combs / Biz Markie / Creme De La Creme / Bad Boy Ball (/concerts/sean-puff-daddy-combs)** <br> 🚌 **Sean Puff Daddy Combs** | The Pageant (/venues/the-pageant--471791) | St. Louis, Missouri, United States (/locations/st-louis-missouri-united-states) |

| Date | Concert | Venue | Location |
| --- | --- | --- | --- |
| Nov 11, 2001 | **De La Soul / Talib Kweli & Hi Tek / Biz Markie** (/concerts/de-la-soul-talib-kweli-hi-tek-biz-markie) | Fillmore Auditorium (/venues/fillmore-auditorium) | Denver, Colorado, United States (/locations/denver-co) |
| Nov 08, 2001 | **De La Soul / Biz Markie (/concerts/de-la-soul-biz-markie)** | The Fillmore (/venues/the-fillmore--28) | San Francisco, California, United States (/locations/sf-bay-area-ca) |
| Oct 29, 2001 | **De La Soul / Biz Markie / Eyedea & Abilities (/concerts/de-la-soul-biz-markie-eyedea-abilities)** 🚍 Spitkicker Tour 2001 | First Avenue and 7th St Entry - Mainroom (/venues/first-avenue) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |
| Jul 14, 2001 – Jul 15, 2001 | **Essential Festival 2001 (/concerts/essential-festival-2001)** Bonobo / De La Soul / Public Enemy / Herbie Hancock / Mr. Scruff / Jurassic 5 / Biz Markie / The Freestylers / George Clinton / Dilated... Show all bands ⌄ 🖼 Photos  📄 Setlists | Hackney Marshes (/venues/hackney-marshes) | London, England, United Kingdom (/locations/london-uk--2) |
| Jul 31, 2000 | **De La Soul / Common / Biz Markie / Pharoahe Monch (/concerts/de-la-soul-common-biz-markie-pharoahe-monch-d5dba391-bbbb-46dd-bb26-dc17eed3c3f6)** | club laga (/venues/club-laga) | Pittsburgh, Pennsylvania, United States (/locations/pittsburgh-pa) |
| Jul 30, 2000 | **De La Soul / Biz Markie / Common / Pharoahe Monch / Talib Kweli (/concerts/the-spitkicker-tour)** 🚍 The Spitkicker Tour | The Norva (/venues/the-norva--2) | Norfolk, Virginia, United States (/locations/norfolk-va) |
| Jul 27, 2000 | **De La Soul / Biz Markie / Common / Pharoahe Monch / Talib Kweli (/concerts/spitkicker)** 🚍 Spitkicker | Sunrise Musical Theatre (/venues/sunrise-musical-theatre) | Sunrise, Florida, United States (/locations/sunrise-fl) |

| | | | |
|---|---|---|---|
| Jul 23, 2000 | **De La Soul / Common / Pharoahe Monch / Reflection Eternal / Biz Markie (/concerts/de-la-soul-common-pharoahe-monch-reflection-eternal-biz-markie)** | Tabernacle (/venues/tabernacle) | Atlanta, Georgia, United States (/locations/atlanta-ga) |
| Jul 20, 2000 | **De La Soul / Common / Biz Markie / Pharoahe Monch (/concerts/de-la-soul-common-biz-markie-pharoahe-monch-6dc60c41-8fc9-419e-b12a-c6518fb36825)** | Franklin Music Hall (/venues/franklin-music-hall) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Jul 16, 2000 | **De La Soul / Biz Markie / Common / Pharoahe Monch (/concerts/de-la-soul-biz-markie-common-pharoahe-monch)** | The Fillmore Detroit (/venues/the-fillmore-detroit) | Detroit, Michigan, United States (/locations/detroit-mi) |
| Jul 15, 2000 | **De La Soul / Common / Biz Markie / Pharoahe Monch (/concerts/de-la-soul-common-biz-markie-pharoahe-monch-3f26acaf-dde6-443c-aade-c00384301dfd)** | Bogart's (/venues/bogart-s--7) | Cincinnati, Ohio, United States (/locations/cincinnati-oh) |
| Jul 12, 2000 | **De La Soul / Common / Pharoahe Monch / Biz Markie / Talib Kweli & Hi Tek (/concerts/spitkicker-tour)**<br>🚌 Spitkicker Tour | The Rave/Eagles Club (/venues/the-rave-eagles-club) | Milwaukee, Wisconsin, United States (/locations/milwaukee-wi) |
| Jul 11, 2000 | **De La Soul / Common / Biz Markie / Pharoahe Monch (/concerts/de-la-soul-common-biz-markie-pharoahe-monch)** | First Avenue and 7th St Entry - Mainroom (/venues/first-avenue) | Minneapolis, Minnesota, United States (/locations/minneapolis-mn) |

← Previous (/bands/biz-markie?page=14#concert-table)     1 (/bands/biz-markie?page=1#concert-table)

2 (/bands/biz-markie?page=2#concert-table)     …     8 (/bands/biz-markie?page=8#concert-table)

9 (/bands/biz-markie?page=9#concert-table)     10 (/bands/biz-markie?page=10#concert-table)

11 (/bands/biz-markie?page=11#concert-table)     12 (/bands/biz-markie?page=12#concert-table)

13 (/bands/biz-markie?page=13#concert-table)     14 (/bands/biz-markie?page=14#concert-table)     15

16 (/bands/biz-markie?page=16#concert-table)     Next → (/bands/biz-markie?page=16#concert-table)

# Latest Videos

View All Videos → (https://www.concertarchives.org/bands/biz-markie/videos)

 CONCERT ARCHIVES (/)

🔍 Search

Home (/)  /  Bands (/bands)  /  Biz Markie (/bands/biz-markie)  /  Concerts (/bands/biz-markie)



# Biz Markie Concert History

313 Concerts (/bands/biz-markie#concert-table)

Biz Markie (1964-2021) was an East Coast hip hop artist, DJ and world-renc Human Beat Boxer, best known for humorous singles like "Just a Friend" a "Pickin' Boogers." and his pre-MTV hit "Vapors". He has been labeled The C Prince of Hip-Hop. His career began in the 1980s.

Share / Cite

Concerts (/bands/biz-markie)

Scroll to:    Top    Concerts    Videos    Photos    Setlist    Years    Comments    FAQ

Photos (https://www.concertarchives.org/bands/biz-markie/photos)

All Concerts (/bands/biz-markie)    Upcoming Only (/bands/biz-markie?date=upcoming)

Past Only (/bands/biz-markie?date=past)

## Biz Markie Tours & Concerts *(Page 16)*

| Date | Concert | Venue | Location |
|---|---|---|---|
| Jun 30, 2000 | **Mark Lanegan / De La Soul / Common / Pharoahe Monch / Biz Markie** (/concerts/mark-lanegan-de-la-soul-common-pharoahe-monch-biz-markie) <br> 📄 Setlists | The Showbox (/venues/the-showbox) | Seattle, Washington, United States (/locations/seattle-wa) |
| Jun 29, 2000 | **De La Soul / Common / Biz Markie** (/concerts/de-la-soul-common-biz-markie) | Roseland Theater (/venues/roseland-theater--4) | Portland, Oregon, United States (/locations/portland-or) |

| Date | Concert | Venue | Location |
|------|---------|-------|----------|
| Jun 01, 2000 | **De La Soul / Common / Pharoahe Monch / Talib Kweli / Biz Markie (/concerts/de-la-soul-common-pharoahe-monch-talib-kweli-biz-markie)** | Franklin Music Hall (/venues/franklin-music-hall) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Aug 22, 1998 | **Beastie Boys / Biz Markie / A Tribe Called Quest / KRS-One (/concerts/beastie-boys-biz-markie-a-tribe-called-quest-krs-one)** 🚌 Hello Nasty  📄 Setlists | Continental Airlines Arena (/venues/continental-airlines-arena) | East Rutherford, New Jersey, United States (/locations/east-rutherford-nj) |
| Aug 21, 1998 | **Beastie Boys / A Tribe Called Quest / Biz Markie (/concerts/beastie-boys-with-a-tribe-called-quest-and-biz-markie-at-madison-square-garden-august-21-1998)** 📄 Setlists | Madison Square Garden (/venues/madison-square-garden--4) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| Aug 16, 1998 | **Beastie Boys / A Tribe Called Quest / Money Mark / Biz Markie (/concerts/beastie-boys-3cd65dc9-b238-4ad2-9736-4f3f5ca5436c)** 🚌 Beastie Boys  📄 Setlists | Molson Centre (/venues/molson-centre) | Montréal, Québec, Canada (/locations/montreal-quebec-canada-3f12fa97-b531-49bc-a641-812c5107d4fc) |
| Aug 15, 1998 | **Beastie Boys / Biz Markie / Tibetan Monks (/concerts/beastie-boys-11ee46d1-131e-422d-89cb-318e9943ff79)** 🚌 Beastie Boys  📄 Setlists | Molson Park (/venues/molson-park--2) | Barrie, Ontario, Canada (/locations/barrie-on--2) |
| Jun 07, 1997 – Jun 08, 1997 | **Tibetan Freedom Concert 1997 (/concerts/tibetan-freedom-concert-1997--2)** Dadon / U2 / Radiohead / Foo Fighters / Pearl Jam / Blur / Björk / Alanis Morissette / Spoon / A Tribe Called Quest / De La Soul /... Show all bands ⌄  📄 Setlists | Randall's Island Park (/venues/randall-s-island-park) | New York, New York, United States (/locations/new-york-new-york-united-states) |
| | ⊕ Show Duplicates for Jun 07, 1997 | | |
| Jun 15, 1996 – Jun 16, 1996 | **Tibet Freedom Concert (/concerts/tibet-freedom-concert)** The Smashing Pumpkins / Chaksam-pa / Beastie Boys / A Tribe Called Quest / Pavement / Cibo Matto / Biz Markie / Richie... Show all bands ⌄  📄 Setlists | Polo Field, Golden Gate Park (/venues/polo-field-golden-gate-park) | San Francisco, California, United States (/locations/sf-bay-area-ca) |

| Date | Concert | Venue | Location |
|---|---|---|---|

<div align="center">⊕ Show Duplicates for Jun 15, 1996</div>

| Date | Concert | Venue | Location |
|---|---|---|---|
| Mar 09, 1990 | **DJ Jazzy Jeff / Fresh Prince / Big Daddy Kane / Biz Markie / Technotronic (/concerts/dj-jazzy-jeff-fresh-prince-big-daddy-kane-biz-markie-technotronic)** | Riverfront Coliseum (/venues/riverfront-coliseum) | Cincinnati, Ohio, United States (/locations/cincinnati-oh) |
| Mar 01, 1990 | **MTV spring break 90 (/concerts/mtv-spring-break-90)** Red Hot Chili Peppers / Warren Zevon / Skid Row / Great White / McAuley Schenker Group / Sugarcubes / The Hooters / Psychedelic Furs / MC Hammer / Corey Hart / Taylor Dayne / Biz Markie / Digital Underground / Technotronic [📄 Setlists] | Multiple Venues (/venues/multiple-venues-8cb043c9-a53e-4266-bd96-ca89ad8336fa) | Florida, USA (/locations/florida) |
| Sep 04, 1988 | **Public Enemy / Eric B. & Rakim / Kool Moe Dee / Boogie Down Productions / Big Daddy Kane / Biz Markie / Stetsasonic / Doug E. Fresh (/concerts/public-enemy-eric-b-rakim-kool-moe-dee-boogie-down-productions-big-daddy-kane-biz-markie-stetsasonic-doug-e-fresh)** [🖼 Photos] | The Spectrum (/venues/the-spectrum) | Philadelphia, Pennsylvania, United States (/locations/philadelphia-pa) |
| Jul 02, 1988 | **Kool Moe Dee / Eric B & Rakim / Boogie Down Productions / Ice T / Biz Markie / Doug E. Fresh (/concerts/say-no-to-drugs-tour)** 🚌 Say No to Drugs Tour | Riverfront Coliseum (/venues/riverfront-coliseum) | Cincinnati, Ohio, United States (/locations/cincinnati-oh) |

# Exhibit 2

to Exhibit A





# Biz Markie

Actor, Additional Credits

Died July 16, 2021 (57 years)

⬆ **Share**

## Known For









## Filmography

**Actor** · 23 credits                                                    Hide ⌃

| 2024 | CHAAW: Chapter 3 - Christmas Time Is Here · as Biz |
| 2023 | CHAAW: Chapter 2 (Victims of Injustice) · as Biz |
| 2023 | CHAAW: Chapter 1 · as Biz / Rapping Angel |
| 2017 | Rad Lands (TV Series) · as Fresh Song Musician |
| 2014 | Sharknado 2: The Second One · as Vinnie |
| 2012 | Randy Cunningham: 9th Grade Ninja (TV Series) · as Tiny Timmy Scratch It |
| 2011 | Single Ladies (TV Series) · as Supertracks |
| 2011 | The Amazing World of Gumball (TV Series) · as Ghost |



| 2008 | **Seven Pounds** · as Funeral Guest |
| 2008 | **The Marvelous Misadventures of Flapjack** (TV Series) · as Captain Pounder |
| 2007 | **Yo Gabba Gabba!** (TV Series) |
| 2005 | **Martin Lawrence Presents 1st Amendment Stand-Up** (TV Series) |
| 2005 | **The Andy Milonakis Show** (TV Series) |
| 2005 | **Celebrity Fit Club** (TV Series) · as Contestant |
| 2003 | **Eve** (TV Series) · as Cable Repairman |
| 2003 | **Kung Faux** (TV Series) · as Various |
| 2002 | **Fastlane** (TV Series) · as D.j. |
| 2002 | **Men in Black II** · as Rapping Alien |
| 2002 | **Crank Yankers** (TV Series) |
| 1999 | **SpongeBob SquarePants** (TV Series) · as Kenny The Cat |
| 1990 | **In Living Color** (TV Series) |

**Appearances · 49 credits**                                    Hide ⌃

| 2023 | **All Up in the Biz** · as Self (archive Footage) |
| 2021 | **You're Watching Video Music Box** · as Self |
| 2020 | **Beastie Boys Story** · as Self |
| 2018 | **Couples' Night** · as Himself |
| 2017 | **Snoop Dogg Presents: The Joker's Wild** (TV Series) · as Self |
| 2015 | **Empire (2015)** (TV Series) · as Biz Markie |
| 2015 | **The '90s: We Invented This** · as Self |
| 2014 | **Yo Gabba Gabba: A Very Awesome Live Holiday Show!** · as Self |
| 2014 | **Yo Gabba Gabba: Very Awesome Holiday Show** · as Biz Markie |
| 2014 | **black-ish** (TV Series) · as Biz Markie |
| 2013 | **The Arsenio Hall Show (2013)** (TV Series) · as Self - Guest |
| 2012 | **Hip Hop Squares** (TV Series) · as Self - Dj |
| 2012 | **Yo Gabba Gabba: There's a Party in My City! Live Concert** · as Self (voice) |
| 2012 | **Celebrity House Hunting** (TV Series) · as Self |

2010   100 Greatest Artists of All Time (TV Series) · as Self

2009   Late Night with Jimmy Fallon (TV Series) · as Self

2008   Unsung (TV Series) · as Self

2008   Celebrity Ghost Stories (TV Series) · as Self

2008   5th Annual VH1 Hip Hop Honors · as Self

2006   I Love The 70s Volume 2 (TV Series) · as Self

2006   Black and Blue: Legends of the Hip-Hop Cop · as Self

2006   Gangsta Chronicles: The Documentary of Calvin Klein Bacote · as Self

2006   I Love Toys (TV Series) · as Self

2006   Yo Gabba Gabba! · as Self

2005   I Love the Holidays · as Self

2005   I Love The 80s 3-D (TV Series) · as Self

2005   2nd Annual VH1 Hip-Hop Honors · as Self

2005   Nick Cannon Presents: Wild 'N Out (TV Series) · as Self - Musical Performance

2005   I Love the 90's Part Deux (TV Series) · as Self

2004   And You Don't Stop: 30 Years of Hip-Hop (TV Series) · as Self

2004   BET Comedy Awards · as Self

2003   The Tracy Morgan Show (TV Series) · as Biz Markie

2003   All of Us (TV Series) · as Biz Markie

2003   The 2003 Essence Music Festival · as Self

2003   5 Sides of a Coin · as Himself

2002   Breath Control: The History of the Human Beat Box · as Himself

2002   Last Call with Carson Daly (TV Series) · as Self

1999   The Will Smith Music Video Collection · as Self (segment "so Fresh")

1999   Where Are They Now? (TV Series) · as Self

1999   9 Days That Rocked the 90s · as Self

1997   The Chris Rock Show (TV Series) · as Self - Musical Guest

1993   The Meteor Man · as Himself

1990   Rapmania: The Roots of Rap · as Self



| | |
|---|---|
| 1988 | **Yo! MTV Raps** (TV Series) · as Self |
| 1987 | **Showtime at the Apollo** (TV Series) · as Self |
| 1986 | **Big Fun in the Big Town** · as Self |

**Additional Credits** · **2 credits**                                                                                            Hide ⌄

| | |
|---|---|
| 1992 | **War Is Menstrual Envy** · as Composer |
| 1990 | **Kool G Rap & DJ Polo: Erase Racism** · as Composer |

### Take Plex everywhere

Watch free anytime, anywhere, on almost any device.



See the full list of supported devices

# Exhibit 3

to Exhibit A

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 97377219**
**Filing Date: 04/22/2022**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | BIZ MARKIE |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BIZ MARKIE |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Tara Hall |
| *MAILING ADDRESS | 11206 Champlain Circle |
| *CITY | Bowie |
| *STATE (Required for U.S. applicants) | Maryland |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 20720 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Downloadable music files; Pre-recorded CDs featuring music; Downloadable video recordings featuring music |
| *FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 02/23/1988 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/23/1988 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-162245362-2022042114<br>3601674175_._BIZ_MARKIE_C lass_009.pdf |
| **CONVERTED PDF FILE(S)**<br>**(2 pages)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\973\772\97377219\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\973\772\97377219\xml1\ FTK0004.JPG |
| **SPECIMEN DESCRIPTION** | Screen shots of Apple store on Iphone using mark with listed services |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| *__INTERNATIONAL CLASS__ | 009 |
| *__IDENTIFICATION__ | Downloadable audio recordings featuring **music, photos, and videos** authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing audio relating to **mu sic, photos, and videos** authenticated by non-fungible tokens (NFTs); Downloadable music files authenticated by non-fungible tokens (NFTs) |
| *__FILING BASIS__ | SECTION 1(b) |
| *__INTERNATIONAL CLASS__ | 016 |
| *__IDENTIFICATION__ | Stickers; Blank writing journals; Printed baseball cards |
| *__FILING BASIS__ | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/20/2015 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/20/2015 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\973\772\97377219\xml1 \ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT<br>18\973\772\97377219\xml1\ FTK0007.JPG |
| **ORIGINAL PDF FILE** | SPE0-162245362-2022042114<br>3601674175_._BIZ_MARKIE_C LASS_016__2.pdf |
| **CONVERTED PDF FILE(S)**<br>**(1 page)** | \\TICRS\EXPORT18\IMAGEOUT<br>18\973\772\97377219\xml1\ FTK0006.JPG |
| **SPECIMEN DESCRIPTION** | Screens shots of pages where items under Mark are being sold |
| **WEBPAGE URL** | https://www.redbubble.com/i/sticker/Biz-markie-by-Bam85/57985273.EJUG5 |
| **WEBPAGE DATE OF ACCESS** | 04/21/2022 |
| **WEBPAGE URL** | https://www.ebay.com/itm/353949457350?chn=ps&norover=1 &mkevt=1&mkrid=711-117182-37290-0&mkcid=2&itemid=3 53949457350&targetid=1529314450510&device=c&mktype= &googleloc=9010770&poi=&campaignid=15428210793&mk groupid=129606026639&rlsatarget=pla-1529314450510&abcI |

| | |
|---|---|
| | d=9300764&merchantid=262573194&gclid=Cj0KCQjw3v6S BhCsARIsACyrRAlopcMi9H81uJK4UAOgi4amN58Mt_i-yM3f6HkQy30MGdnPtq6FiBMaAjvbEALw_wcB |
| **WEBPAGE DATE OF ACCESS** | 04/21/2022 |
| **WEBPAGE URL** | https://www.amazon.com/Topps-First-Pitch-Markie-Baseball/dp/B00TUCOSCU |
| **WEBPAGE DATE OF ACCESS** | 04/21/2022 |
| *INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Cups; Mugs |
| *FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Clothing, namely, **shirts, sweatshirts, shorts, pants, jackets, socks, headwear and footwear** |
| *FILING BASIS | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 02/23/1988 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/23/1988 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_25__1.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\973\772\97377219\xml1\ FTK0008.JPG |
| **ORIGINAL PDF FILE** | SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_25_and_Class_28.pdf |
| **CONVERTED PDF FILE(S)** (2 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\973\772\97377219\xml1\ FTK0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\973\772\97377219\xml1\ FTK0010.JPG |
| **SPECIMEN DESCRIPTION** | Screen shots of Applicant's website using mark with listed goods; image of mark in use in connection with shirt |
| **WEBPAGE URL** | http://bizmarkie.com/shop.php |
| **WEBPAGE DATE OF ACCESS** | 04/21/2022 |
| *INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Dolls |
| *FILING BASIS | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/10/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/10/2006 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_28.pdf |
| **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\973\772\97377219\xml1\ FTK0011.JPG |
| **SPECIMEN DESCRIPTION** | Screen shot of Mark in connection with goods |

| | |
|---|---|
| **WEBPAGE URL** | https://www.rapgdzshop.com/product/biz-markie-action-figure-super-rare |
| **WEBPAGE DATE OF ACCESS** | 04/21/2022 |

| **ADDITIONAL STATEMENTS INFORMATION** | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

| **ATTORNEY INFORMATION** | |
|---|---|
| **NAME** | Alan Clarke |
| **ATTORNEY DOCKET NUMBER** | 69728.0004 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Greenspoon Marder LLP |
| **INTERNAL ADDRESS** | Promenade II |
| **STREET** | 1230 Peachtree Street NE, Suite 1900 |
| **CITY** | Atlanta |
| **STATE** | Georgia |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 30309 |
| **PHONE** | 470-466-1701 |
| **EMAIL ADDRESS** | alan.clarke@gmlaw.com |

| **CORRESPONDENCE INFORMATION** | |
|---|---|
| **NAME** | Alan Clarke |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | alan.clarke@gmlaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | trademarkdocket@gmlaw.com |

| **FEE INFORMATION** | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 5 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *TOTAL FEES DUE | 1250 |
| *TOTAL FEES PAID | 1250 |

| **SIGNATURE INFORMATION** | |
|---|---|
| * SIGNATURE | /Alan clarke/ |

| | |
|---|---|
| * SIGNATORY'S NAME | Alan Clarke |
| * SIGNATORY'S POSITION | Attorney of Record, Georgia Bar Member |
| SIGNATORY'S PHONE NUMBER | 470-466-1701 |
| * DATE SIGNED | 04/22/2022 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 97377219**
**Filing Date: 04/22/2022**

## To the Commissioner for Trademarks:

**MARK:** BIZ MARKIE (Standard Characters, see mark)
The literal element of the mark consists of BIZ MARKIE. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Tara Hall, a citizen of United States, having an address of
    11206 Champlain Circle
    Bowie, Maryland 20720
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Downloadable music files; Pre-recorded CDs featuring music; Downloadable video recordings featuring music; Downloadable audio recordings featuring music, photos, and videos authenticated by non-fungible tokens (NFTs); Downloadable multimedia file containing audio relating to music, photos, and videos authenticated by non-fungible tokens (NFTs); Downloadable music files authenticated by non-fungible tokens (NFTs)
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/23/1988, and first used in commerce at least as early as 02/23/1988, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screen shots of Apple store on Iphone using mark with listed services.

**Original PDF file:**
SPE0-162245362-2022042114 3601674175 _. BIZ_MARKIE_C lass_009.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 016: Stickers; Blank writing journals; Printed baseball cards

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/20/2015, and first used in commerce at least as early as 02/20/2015, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screens shots of pages where items under Mark are being sold.

**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C LASS_016__2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: https://www.redbubble.com/i/sticker/Biz-markie-by-Bam85/57985273.EJUG5
Webpage Date of Access: 04/21/2022
Webpage URL: https://www.ebay.com/itm/353949457350?chn=ps&norover=1&mkevt=1&mkrid=711-117182-37290-0&mkcid=2&itemid=353949457350&targe yM3f6HkQy30MGdnPtq6FiBMaAjvbEALw_wcB
Webpage Date of Access: 04/21/2022
Webpage URL: https://www.amazon.com/Topps-First-Pitch-Markie-Baseball/dp/B00TUCOSCU
Webpage Date of Access: 04/21/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 021: Cups; Mugs
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 025: Clothing, namely, shirts, sweatshirts, shorts, pants, jackets, socks, headwear and footwear

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 02/23/1988, and first used in commerce at least as early as 02/23/1988, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screen shots of Applicant's website using mark with listed goods; image of mark in use in connection with shirt.

**Original PDF file:**
SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_25__1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_25_and_Class_28.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: http://bizmarkie.com/shop.php
Webpage Date of Access: 04/21/2022

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 028: Dolls

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 03/10/2006, and first used in commerce at least as early as 03/10/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Screen shot of Mark in connection with goods.

**Original PDF file:**
SPE0-162245362-2022042114 3601674175_._BIZ_MARKIE_C lass_28.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: https://www.rapgdzshop.com/product/biz-markie-action-figure-super-rare
Webpage Date of Access: 04/21/2022

The owner's/holder's proposed attorney information: Alan Clarke. Alan Clarke of Greenspoon Marder LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    Promenade II
    1230 Peachtree Street NE, Suite 1900
    Atlanta, Georgia 30309
    United States
    470-466-1701(phone)
    alan.clarke@gmlaw.com
The docket/reference number is 69728.0004.
Alan Clarke submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Alan Clarke
    PRIMARY EMAIL FOR CORRESPONDENCE: alan.clarke@gmlaw.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): trademarkdocket@gmlaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $1250 has been submitted with the application, representing payment for 5 class(es).

<div align="center">Declaration</div>

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Alan clarke/   Date: 04/22/2022
Signatory's Name: Alan Clarke
Signatory's Position: Attorney of Record, Georgia Bar Member
Signatory's Phone Number: 470-466-1701
Signature method: Sent to third party for signature
Payment Sale Number: 97377219
Payment Accounting Date: 04/22/2022

Serial Number: 97377219
Internet Transmission Date: Fri Apr 22 16:33:59 ET 2022
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.X-20220422163359093
628-97377219-8204748c6868e29ba4ead503f61
a990aaff867638214b62b3f71c5cfac5adf03414
-CC-33583430-20220422101208842791

# BIZ MARKIE

P000369









P000371







https://www.redbubble.com/i/sticker/Biz-markie-by-Bam85/57985273.EJUG5
Getting Started
MyUSPTO
TrademarkNow
ClientPay
FedEx
DocuSign
MyFax
TRELLO
Chrome River
FoundationIP
Copyright Office
LinkedIn
Suggested Sites
Other favorites
REDBUBBLE
Search designs and products
Sell your art
Login
Signup
Clothing
Stickers
Masks
Phone Cases
Wall Art
Home & Living
Kids & Babies
Accessories
Stationery & Office
Gifts
Explore designs
BIZ MARKIE
BIZ
Biz markie Sticker
Designed and sold by Bam85
$4.28
$3.21 when you buy 4+
$2.14 when you buy 10+
Pay in 4 interest-free payments of $1.07 with
afterpay Get $10 OFF your first order! Min spend $15. Terms apply.
Finish
Matte
Size
Small (3 × 3.9 in)
Add to cart
View size guide
Delivery
Express by 28 April
Standard between 28 April - 4 May
11:56 AM
4/21/2022

Learn how to earn a $30 statement credit
With a new eBay Mastercard. Ends 4/25.
People who viewed this item also viewed
1991 Pro Set MusiCards Yo! MTV Raps Biz Markie #9
Condition: Used
"NM"
Price: US $5.95
Buy It Now
Add to cart
Add to Watchlist
Free shipping and returns
Ships from United States
Shop with confidence
Seller information
Scale up this spring
Sponsored items from this seller
BIZ MARKIE

9
Artist: BIZ MARKIE
Name: Marcel Hall
Yo! Fact: Biz Markie got his start when he did the human beat box for Roxanne Shante. Big Daddy Kane credits his development as a lyricist and performer to his association with Markie.
Label: Cold Chillin'
YO! MTV RAPS
© 1991 MTV NETWORKS. All Rights Reserved. "Yo! MTV Raps"™ is a trademark owned and licensed for use by MTV Networks, a division of Viacom International, Inc.
ProSet MusiCards





https://www.amazon.com/Topps-First-Pitch-Markie-Baseball/dp/B00TUCOSCU

Getting Started | MyUSPTO | TrademarkNow | ClientPay | FedEx | DocuSign | MyFax | TRELLO | Chrome River | FoundationIP | Copyright Office | LinkedIn | Suggested Sites | Other favorites

amazon | Hello Select your address | Sports Collectibles | Hello, Sign in Account & Lists | Returns & Orders | Cart | Subtotal $24.83

All | Best Sellers | Amazon Basics | Customer Service | Personal Shopper | New Releases | Today's Deals | Prime | Music | Amazon Home | Books | Registry | Fashion | Kindle Books | Gift Cards | Toy... | ...er Range - Watch Now

Sign in
New customer? Start here.

Sports Collectibles | Collectibles & Fine Art | Baseball | Basketball | Football | Hockey | Other Sports | Fan Shop | Entertainment Collectibles | Collectible Coins

Collectibles & Fine Art › Sports › Trading Cards

Click image to open expanded view

# 2015 Topps First Pitch #FP-05 Biz Markie Baseball Card - Rapper

Brand: Topps

$4.95

| | |
|---|---|
| Authenticity Provided By | Seller |
| Grade Rating | Near Mint to Mint |
| Year | 2015 |
| Athlete Name | Biz Markie |
| Team | mit |

See more

- Near Mint to Mint condition
- Comes in a protective top loader for its protection and to display

$4.95

$3.95 delivery **April 29 - May 4**. Details

Or fastest delivery **Tuesday, April 26**. Order within 18 mins. Details

Select delivery location

Only 1 left in stock - order soon.

Add to Cart

Buy Now

Secure transaction

Ships from Homeruncards
Sold by Homeruncards

Return policy: Eligible for Return, Refund or Replacement within 30 days of receipt

Add to List

Have one to sell?
Sell on Amazon

## Product details

**Date First Available :** February 20, 2015
**Manufacturer :** Topps
**ASIN :** B00TUCOSCU
**Best Sellers Rank:** #28,651 in Sports Collectibles (See Top 100 in Sports Collectibles)
#25,042 in Collectible Sports Trading Cards

## Product information

12:42 PM
4/21/2022

https://bifocalmedia.com/product/biz-markie-t-shirt/

BIFOCAL MEDIA | LIMITED EDITION SHIRTS | RECORD LABEL | VIDEO PRODUCTION | $0.00

SEARCH SITE | ABOUT | PRINT | MAILING LIST | CONTACT | CART

# Biz Markie

< NEXT | SHOP » T-SHIRT » BIZ MARKIE | PREV >

## Biz Markie

*"The Biz"*

$26.00

| | |
|---|---|
| Category | T-shirt |
| Artist | Chris Shary |
| Release # | BFLD314 |
| Limited to | 500 |

Size: Select a Size

Size Chart

1 ADD TO CART

Thank you Bifocal Media and to the artist Chris Shary for creating this new Biz T-Shirt. We appreciate the support to our non profit organization , "Biz Markie's Just A Friend Foundation". Much luck and love to this project. - *Tara Hall (Biz's Wife)*

We faced some major losses in 2021 and one of the most upsetting was the death of Biz Markie. Biz's sense lovable personality and sense of humor offered an unwavering bright spot in hip hop since he began in the early 80's. Biz couldn't help but bring a smile to your face. From his unconventional delivery, his song's subject matter to his peerless beatboxing; Biz was truly like no other.

As a high school teacher, almost all of the artwork I do is for musicians that my students have no clue about. It's different with Biz. Every single high schooler I have met knows "Just a Friend", or his appearance in MIB 2, or his segment on The Aquabats Super Show, or his unforgettable cameo as Kenny the Cat in Sponge Bob. Bottomline: Biz's work has managed to become part of our general pop culture knowledge. He's an icon and indeed "Nobody Beats the Biz". To be granted permission to do this shirt through Biz's widow, Tara Hall, really is profoundly amazing to me. To pay tribute to the legend with an illustartion that makes me smile is the best way i can say "thank you" for the work Biz put out into the world. -*Chris Shary*

Biz's share of any profits made on this shirt are being donated to **Biz Markie's Just A Friend Foundation** which benefits underprivileged youth.

**LIMITED TO 500.** Printed On Canvas Soft Spun Cotton Apparel. **Ladies' tees run small.**

### Related Product





P000377

https://www.rapgdzshop.com/product/biz-markie-action-figure-super-rare

RAPGDZ

0 | $0.00 AUD

PRODUCTS INFO SEARCH

BIZ MARKIE ACTION FIGURE - SIGNED BY THE BIZ (SUPER RARE)

$1,299.00 AUD SOLD OUT

The Biz Markie Doll "Limited Edition"

We are the only store in the world currently selling this item.

1 only available and the box is signed by The Biz!

Super Rare Biz Markie 18 inch action figure in collectable cereal box.

It was Released in 2004 with only 1000 pieces made.

Limited Edition Authentic Biz Markie Hip Hop Collectible Action Figure Featuring throw back hip hop clothing, his trademark 4-finger ring, a Biz Markie hat and microphone all removable.

There's even one finger for pickin boogas. Definitely a collectible...and NOT sold in stores - Biz is packaged in a Collectible BizMarkie Cereal Box

Please note: We take every care to sell the best condition products we can however due to the age and rarity of this product has some packaging damage. The figure itself is in new condition. The voice activation feature may

Price includes postage,

Shipping only to Australian customers.

Video Review:

Rare Talking Biz Markie Doll - ...

GET WELL BIZ

RELATED PRODUCTS

FLAVOR FLAV (PUBLIC ENEMY) ECKO TALKING ALARM CLOCK
$599.00 AUD

ON SALE
CZARFACE SUPER7 GLOW IN THE DARK (ONLY 2 IN STOCK)
$79.00 AUD

SOLD OUT
CHUCK D FUNKO POP #15 (VAULTED)
$470.00 AUD

ONLINE STORE BY BIG CARTEL

