# Exhibit K

```
 1            UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLUMBIA

 3   _____)

 4   NORTHWESTERN MUTUAL LIFE
     INSURANCE COMPANY,
 5
              Plaintiff,
 6
        v.                            Civil Action No.
 7                                    1:22-cv-2588-CKK
     J.R.H. ex rel. MALEEQUA
 8   C. HALL, et al.,

 9
              Defendants.
10   _____)

11

12            DEPOSITION OF JENNIFER IZUMI

13

14                 April 23, 2024

15              7:14 a.m. Pacific Time

16

17

18

19

20

21   Reported by:  Lori J. Goodin, RPR, CLR, CRR,
                   RSA, California CSR #13959
22   Job No. J11148961
```



```
 1              REMOTE APPEARANCES:

 2   ON BEHALF OF DEFENDANT JEREMIAH WATSON:

 3       MCDERMOTT WILL & EMERY
         BY:  MICHAEL S. NADEL, ESQUIRE
 4       BY:  CHRISTOPHER E. WATTS, ESQUIRE
         The McDermott Building
 5       500 North Capitol Street, Northwest
         Washington, D.C.  20001
 6       202-756-8000
         mnadel@mwe.com
 7       cwatts@mwe.com

 8


 9   ON BEHALF OF JRH AND MRH DEFENDANTS:

10       WILMERHALE
         BY:  SAM MCHALE, ESQUIRE
11       BY:  JERRY A. SALVATORE, ESQUIRE
         2100 Pennsylvania Avenue, Northwest
12       Washington, D.C.  20037
         202-663-6000
13       sam.mchale@wilmerhale.com
         jerry.salvatore@wilmerhale.com
14

15   ON BEHALF OF THE WITNESS:

16       COOPER LEGAL, LLC
         DAYNA C. COOPER, ESQUIRE
17       1 Olympic Place, Suite 900
         Towson, Maryland  21204
18       202-642-5470
         dayna@cooperlegalsolutions.com
19

20

21

22
```



```
 1              INDEX TO EXAMINATION

 2   WITNESS:  JENNIFER IZUMI

 3

     EXAMINATION BY                              PAGE
 4
     MR. MCHALE                                    6
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```



```
 1                     INDEX TO EXHIBITS
                         JENNIFER IZUMI
 2       Northwestern Mutual Life Insurance Company v.
          J.R.H. ex. rel., Maleequa C. Hall, et al.
 3              Lori J. Goodin, RPR, CLR, CRR,
             RSA, California CSR #13959
 4

 5    EXHIBIT        DESCRIPTION                          PAGE

 6    Exhibit 1     Subpoena to Biz Markie, Inc.           18

 7    Exhibit 2     Subpoena to Balancing Acts, Inc.       30

 8    Exhibit 3     Text message exchange,

 9                  2/23/22, M1JB000000205                 46

10    Exhibit 4     Ms. Izumi's LinkedIn profile           76

11    Exhibit 5     Shareholders' Certificate             128

12                  NWMI-JDI-00001942

13    Exhibit 6     Stockholders' Agreement               129

14                  NWMI-JDI-00003982

15    Exhibit 7     Text message exchange,

16                  6/14/18, M1JB00000264                 217

17    Exhibit 8     BMI's Articles of Incorporation,

18                  2/4/2015, NWMI-JBI-00001436           229

19    Exhibit 9     BMI bylaws, NWMI-JBI-00001454         253

20    Exhibit 10    Policy A life insurance policy,       277

21                  1/10/16, NML Subpoena

22                  Response 000064
```



```
 1                      INDEX TO EXHIBITS
                          JENNIFER IZUMI
 2         Northwestern Mutual Life Insurance Company v.
             J.R.H. ex. rel., Maleequa C. Hall, et al.
 3               Lori J. Goodin, RPR, CLR, CRR,
                  RSA, California CSR #13959
 4

 5      EXHIBIT       DESCRIPTION                          PAGE

 6      Exhibit 11   Northwestern Mutual Business           297

 7                   Risk Management website,

 8                   4/22/24

 9      Exhibit 12   Policy B life insurance policy         300

10                   NML Subpoena Response 000214

11

12

13             (Exhibits retained by reporter.)

14

15

16

17

18

19

20

21

22
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

```
 1            TUESDAY, APRIL 23, 2024, 7:14 a.m. PT
 2                         PROCEEDINGS
 3                           *   *   *
 4    Whereupon,
 5                        JENNIFER IZUMI,
 6    a witness called for examination, having been
 7    first duly sworn, was examined and testified as
 8    follows:
 9                           *   *   *
10                         EXAMINATION
11    BY MR. MCHALE:
12         Q.   Good morning, Ms. Izumi.  My name is
13    Sam McHale.  And I represent JRH and MRH in this
14    matter.
15              Please state your full name and
16    residential address for the record.
17         A.   Jennifer Izumi, 1905 Fifteenth
18    Street, Northwest, Number 32, Washington, D.C.
19    20009.
20         Q.   You have been deposed in another
21    case entitled Hall V. Biz Markie, Inc., correct?
22         A.   Correct.
```


800.211.DEPO (3376)
EsquireSolutions.com

```
 1   we had to do it at the bank.  We had to sign it
 2   at the bank, branch, the bank branch.
 3          Q.    So, you and Mr. Hall were both
 4   present at BB&T bank when the letter of credit
 5   documents were signed.  Is that right?
 6          A.    Yes.
 7          Q.    With respect to the tax returns that
 8   bears Mr. Hall's signature and reflect the 51/49
 9   split, are those electronic signatures of
10   Mr. Halls that appears on those documents?
11          A.    Some were his.  I believe one was
12   mine.  Some was e-Filed.
13          Q.    When you say one was mine, what do
14   you mean?
15          A.    So, I signed, with Biz's permission,
16   on his behalf.
17          Q.    And when you say you signed, did you
18   attempt to copy Biz's signature?
19          A.    Yes.
20          Q.    Was that on Biz Markie, Inc. tax
21   return or on Mr. Hall's personal return?
22          A.    His personal.
```



1  DECLARATION UNDER PENALTY OF PERJURY

2

3  I, JENNIFER IZUMI, do hereby certify under

4  penalty of perjury that I have read the foregoing

5  transcript of my deposition taken on

6  April 23, 2024; that I have made such corrections

7  as appear noted herein in ink, initialed by me;

8  that my testimony as contained herein, as

9  corrected, is true and correct.

10

11     Dated this ____ day of _____, 2024.

12

13

14

15                              JENNIFER IZUMI

16

17

18

19

20

21

22



800.211.DEPO (3376)
EsquireSolutions.com

JENNIFER IZUMI  April 23, 2024
NW Mutual Life Ins v J.R.H.  322

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____Line No._____

 3   Change:_____

 4   Reason for Change:_____

 5   Page No._____Line No._____

 6   Change:_____

 7   Reason for Change:_____

 8   Page No._____Line No._____

 9   Change:_____

10   Reason for Change:_____

11   Page No._____Line No._____

12   Change:_____

13   Reason for Change:_____

14   Page No._____Line No._____

15   Change:_____

16   Reason for Change:_____

17   Page No._____Line No._____

18   Change:_____

19   Reason for Change:_____

20

21   SIGNATURE:_____DATE:_____

22            JENNIFER IZUMI
```



```
 1                   CERTIFICATE OF NOTARY

 2

              I, LORI J. GOODIN, RPR, CLR, CRR,
 3   CA CSR # 13959 the Notary for this deposition, do
     hereby certify that the witness whose testimony
 4   appears in the foregoing deposition was sworn by
     me; that I am neither counsel for, related to,
 5   nor employed by any of the parties to the action
     in which this deposition was taken; and, further, that I am
 6   not a relative or employee of any attorney or
     counsel employed by the parties hereto, or
 7   financially or otherwise interested in the
     outcome of this action.
 8
                     _____
 9                   LORI J. GOODIN, RPR, CLR, CRR
                     Notary Public in and for:
10

11   STATE OF FLORIDA, COUNTY OF SARASOTA
     Notary Commission Number:  GG987804
12   My Commission expires:  May 12, 2028

13   STATE OF CALIFORNIA, CA CSR# 13959
     My Commission expires:  February 22, 2025
14
     STATE OF MARYLAND, COUNTY OF ANNE ARUNDEL
15   My Commission expires:  August 2, 2025

16   DISTRICT OF COLUMBIA, WASHINGTON DC
     My Commission expires:  June 1, 2026
17
     STATE OF DELAWARE:  COUNTY OF KENT
18   My Commission expires:  September 9, 2025

19   STATE OF PENNSYLVANIA, COUNTY OF LEHIGH
     My Commission expires:  April 5, 2025
20

21

22
```

