# EXHIBIT 14

# COLBERT LAW FIRM
**Attorneys At Law**

Janelle Ryan-Colbert \ jrc@colbertlawfirm.net \ www.colbertlawfirm.net
Admitted in Maryland and the District of Columbia
3060 Mitchellville Rd., Suite 216 Bowie, MD 20716
Office: 301.576.6200   Fax: 202.380.9045

February 2, 2022

**SENT VIA FIRST CLASS MAIL**
Prince George's County Register of Wills
PO Box 1729
Upper Marlboro, MD 20773

Re: Estate No. 121806
*Estate of Marcel Theo Hall*

Dear Sir./Madam Clerk:

Please find the enclosed the following filings for the above-referenced estate:

1. Real Property Appraisal and Supporting Schedule A.
2. Personal Property Appraisal and Supporting Schedule C.

Also, this office acknowledges receipt of the Notice to Increase Bond for the personal representative. However, we would request that the forthcoming Amended Inventory be reviewed first, so that any further changes to the bond can be effectuated without the need to further revisit the bond.

Thank you for your customary service, and please advise if you need anything further.

**Filed**

**FEB 03 2022**

Register of Wills
Prince George's County

Very truly,

**THE COLBERT LAW FIRM, LLC**

*Janelle M. Ryan-Colbert, Esq.*
3060 Mitchellville Rd., Suite 216
Bowie, MD 20716
(301) 576-6200-Main
(202)380-9045-Fax
jrc@colberlawfirm.net- Email

cc: Tara Hall
Interested Person(s)

DOCKETED # _39_
SCANNED

IN THE ORPHANS' COURT FOR
(OR)
BEFORE THE REGISTER OF WILLS FOR     Prince George's County    , MARYLAND

IN THE ESTATE OF:
Marcel Theo Hall                    ESTATE NO. 121806

DATE OF DEATH July 16, 2021

## Amended INVENTORY
## Summary

| Schedule | Type of Property | | Appraised Value |
|---|---|---|---|
| A | Real | $ | 568,000.00 |
| B | Leasehold | $ | |
| C | Tangible personal | $ | 107,275.00 |
| D | Corporate stocks | $ | |
| E | Bonds, notes, mortgages, debts due to the decedent | $ | |
| F | Bank accounts, savings and loan accounts, cash | $ | 6,000.00 |
| G | All other interests | $ | |
| | Total | $ | 681,275.00 |

**Filed**

FEB 0 3 2022

Register of Wills
Prince George's County

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and that any property valued by me which I have authority as personal representative to appraise has been valued completely and correctly in accordance with law.

Attorney Janelle Ryan-Colbert           Personal Representative Tara L. Hall     2-4-22     Date

3060 Mitchellville Rd. Suite 216
      Address                Personal Representative                Date

Bowie, MD 20716

301-576-6200
    Telephone Number                Personal Representative                Date

202-380-9045
    Facsimile Number

jrc@colbertlawfirm.net
    Email Address

RW1122

ROWNET
1/1/2016
PDF

✓ DOCKETED # 40
___ SCANNED

Ex 14 - 002

Hall_JRH_06522

## INVENTORY
### Supporting Schedule

Inventory of Estate of  Marcel Theo Hall
Estate No.  121805

SCHEDULE _____ C _____

| Item No. | Description | Market Value |
|---|---|---|
| | Please see attached sheets. | |

Effective Date of Evaluation : 07/16/2021

Verification of appraiser other than personal representative, if not supplied separately:

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule

on the __5th__ day of __January__ , __2022__ , and that the appraisal was done

impartially and to the best of my skill and judgement.

Signature of appraiser

Jeffrey R Pate
_____
Printed Name

6917 Groveton Dr
Clinton, Md. 20735
_____
Address

Instructions:

Pursuant to Code, Estates and Trusts Article §7-201
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry

RW 1123
8000 PDF

## Estate of Marcel Theo Hall

Estate # 121806    DOD 07/16/2021

Schedule C Inventory

Date of Appraisal 07/16/2021

| Total estimated value on all items | $107,275.00 |
|---|---|

| | |
|---|---|
| 1.) 2017 Tesla Model X P100D 97,886 miles VIN:5YJXCDE44HF051667 | $65,500.00 |
| 2.) Leather couch | $50.00 |
| 3.) Floor lamp | $10.00 |
| 4.) 2 Technics Quartz SL-700 turntables, Serato DJM-S3 mixer w/ Odessey case and stand | $1,680.00 |
| 5.) Technics SL-700 turntable | $750.00 |
| 6.) 2 Technics SL-1200MK4 turntables, Pioneer DJM-800 mixer w/Odessey case and stand | $3,250.00 |
| 7.) QSC RMX 2450 Pro Power Amp | $500.00 |
| 8.) MyCharge portable charger | $20.00 |
| 9.) Sony DCR-PC10 video recroder | $100.00 |
| 10.) Sony EV-A50  video cassette recorder | $100.00 |
| 11.) Audio cassettes w/ case | $75.00 |
| 12.) Sure SM48 microphone | $75.00 |
| 13.) Sony MDRXB500 headphones | $100.00 |
| 14.) Audio Technica AT2020USB microphone | $75.00 |
| 15.) JBL Mpro MP410 speakers (pair) | $250.00 |
| 16.) Numark PT-01 turntable | $125.00 |
| 17.) Akai MPC500 | $300.00 |
| 18.) 80 32mb memory sticks | $240.00 |
| 19.) Floyd Rose headphones | $50.00 |
| 20.) 2 Pioneer DJM-350 mixer | $800.00 |
| 21.) Assorted DJ supplies(cables,connectors,blank cd,etc) | $500.00 |
| 22.) Surge protector | $10.00 |
| 23.) Record collection | $1,000.00 |
| 24.) CD collection | $800.00 |
| 25.) Tascam CD-RW2000 | $150.00 |
| 26.) Vox V829 | $100.00 |
| 27.) Assorted Odessey hard storage cases | $800.00 |
| 28.) 2 wall clocks | $10.00 |
| 29.) Monster N Pulse 24k Heaphones | $250.00 |
| 30.) Beats by Dre headphones | $75.00 |
| 31.) Hype USB tape to mp3 converter | $15.00 |
| 32.) Pinacle video transfer | $25.00 |
| 33.) Jim Palmer #22 Orioles jersey w/tag | $100.00 |
| 34.) Signed Antionio Freeman jersey in shadow box | $200.00 |

| Item | Price |
|---|---|
| 35.) Signed Jerome Bettis jersey in shadow box | $300.00 |
| 36.) Signed Magic Johnson jersey in shadow box | $300.00 |
| 37.) Signed Terrell Davis jersey in shadow box | $150.00 |
| 38.) Signed Alonzo Morning jersey in shadow box | $200.00 |
| 39.) Wilt Chamberlin Jersy w/tags | $50.00 |
| 40.) Microphone stand | $10.00 |
| 41.) 600 pairs of assorted athletic shoes | $15,000.00 |
| 42.) 12 pair of used Timberland boots | $260.00 |
| 43.) Assorted vintage dolls and toys | $400.00 |
| 44.) 1984 Cabbage Patch Doll Nelly Nelli | $160.00 |
| 45.) 1984 Cabbage Patch Doll Lynda Sandra | $150.00 |
| 46.) 1985 Cabbage Patch Doll Cathy Lois | $40.00 |
| 47.) 21 Pair Ralph Lauren Polo shoes | $525.00 |
| 48.) Pac Man Arcade Game | $100.00 |
| 49.) Arcade Emulator | $150.00 |
| 50.) MS Pac Man Arcade Game | $100.00 |
| 51.) Namco MAME Arcade game | $300.00 |
| 52.) Mortal Combat Arcade Game | $75.00 |
| 53.) QSC MX700 Stereo Amp | $175.00 |
| 54.) BX-300 cassette deck | $250.00 |
| 55.) Sharp GF-777 Multi-Amp Cassette player | $2,500.00 |
| 56.) 2 Numark DM1700T control center | $200.00 |
| 57.) Roland Rhythm Composer TR-707 | $500.00 |
| 58.) Denon DJ-X600 | $200.00 |
| 59.) Rane Cross fader | $100.00 |
| 60.) Gemini PMX-2200 | $50.00 |
| 61.) DMC DMX-2 | $200.00 |
| 62.) Magnavox DVD recorder ZV427MG9 | $250.00 |
| 63.) Toshiba HD DVD player A3KU | $10.00 |
| 64.) Sony MDS-302 | $50.00 |
| 65.) Sony high density liner converter MXD-040 | $300.00 |
| 66.) GO Video deck | $50.00 |
| 67.) Tascam 102 MKII | $100.00 |
| 68.) Tasacam CC-222 MKII | $200.00 |
| 69.) Aurora curved track sets | $100.00 |
| 70.) Denon DJ SC3900 | $400.00 |
| 71.) Serato MC200 | $200.00 |
| 72.) Pioneer CDJ-2000 | $1,000.00 |
| 73.) Vestax VCI-300 | $100.00 |
| 74.) Oberheim DX | $1,300.00 |
| 75.) Roland DJ 308 | $850.00 |
| 76.) Stanton SCE-4DJ | $245.00 |
| 77.) Numark DM650 | $50.00 |
| 78.) Audio Techinca AT-MX33 | $200.00 |
| 79.) Technics SH-DJ1200 | $150.00 |
| 80.) AKAI MPC200XL | $800.00 |
| 81.) Pioneer CDJ-1000 | $200.00 |

Hall_JRH_06530

# INVENTORY
## Supporting Schedule

Inventory of Estate of   Marcel Theo Hall

Estate No.   121806

### SCHEDULE                    c

| Item No. | Description | Market Value |
|---|---|---|
| | Please see attached sheets. | |

Effective Date of Evaluation : 07/16/2021

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule

on the   5th   day of   January   , 2022   , and that the appraisal was done

impartially and to the best of my skill and judgement.

_____          Jeffrey R Pate
Signature of appraiser                                           Printed Name

                                                         6917 Groveton Dr
                                                         Clinton, Md. 20735
                                                         _____
                                                                       Address

Instructions:

Pursuant to Code, Estates and Trusts Article §7-201
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference  by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry

**RW 1123**
2003 PDF

Ex 14 - 006

IN THE ORPHANS' COURT FOR
(OR)
BEFORE THE REGISTER OF WILLS FOR

Prince George's County , **MARYLAND**

IN THE ESTATE OF:
Marcel Theo Hall

ESTATE NO. 121806

DATE OF DEATH July 16, 2021

## Amended INVENTORY
### Summary

\*Duplicate\*

| Schedule | Type of Property | | Appraised Value |
|---|---|---|---|
| A | Real | $ | 568,000.00 |
| B | Leasehold | $ | |
| C | Tangible personal | $ | 107,275.00 |
| D | Corporate stocks | $ | |
| E | Bonds, notes, mortgages, debts due to the decedent | $ | |
| F | Bank accounts, savings and loan accounts, cash | $ | 6,000.00 |
| G | All other interests | $ | |
| | **Total** | $ | 681,275.00 |

FILED

FEB 0 8 2022

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and that any property valued by me which I have authority as personal representative to appraise has been valued completely and correctly in accordance with law.

Attorney Janelle Ryan-Colbert

3060 Mitchellville Rd, Suite 216
Address

Bowie, MD 20716

301-576-6200
Telephone Number

202-380-9045
Facsimile Number

jrc@colbertlawfirm.net
Email Address

Personal Representative Tara L. Hall        2-4-22        Date

Personal Representative        Date

Personal Representative        Date

RW1122

DOCKETED # 41
SCANNED

Ex 14 - 007

Hall_JRH_06559

# INVENTORY
## Supporting Schedule

Inventory of Estate of
**Marcel Theo Hall**

Estate No. 121806

SCHEDULE          See Attached Documents

| Item No. | Description | Market Value |
|---|---|---|
| 1. | See attached Appraisal of Real Property at 11206 Champlain Cir. Bowie | $568,000.00 |
| 2. | See Attached Schedule C. Personal Property Appraisal. | $107,275.00 |
| 3. | Bank accounts, saving and loan accounts, cash | $6,000.00 |

Total          $681,275.00

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____

day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____
Signature of appraiser

_____
Printed Name

_____
Address

## Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1.  Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2.  If an item is encumbered, show the type and amount of any encumbrance in the description.
3.  For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4.  In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry.

RW1123

ROWNET
11/2009
PDF

Ex 14 - 008

Hall_JRH_06560

**INVENTORY**
**Supporting Schedule**

Inventory of Estate of   Marcel Theo Hall
Estate No.   121806

SCHEDULE _____ C _____

| Item No. | Description | Market Value |
|---|---|---|
| | Please see attached sheets. | |

Effective Date of Evaluation : 07/16/2021

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule

on the ___5th___ day of ___January___, ___2022___, and that the appraisal was done

impartially and to the best of my skill and judgement.

_____                    Jeffrey R Pate
Signature of appraiser                             Printed Name

                                                   6917 Groveton Dr
                                                   Clinton, Md. 20735
                                                           Address

Instructions:

Pursuant to Code, Estates and Trusts Article §7-201
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry

RW 1123
2003 PDF

## Estate of  Marcel Theo Hall

**Estate #   121806     DOD   07/16/2021**

**Schedule C Inventory**

**Date of Appraisal   07/16/2021**

| Item/description | Estimated value |
|---|---|
| **Total estimated value on all items** | **$107,275.00** |
| 1.) 2017 Tesla Model X P100D 97,696 miles VIN:5YJXCDE44HF051667 | $65,500.00 |
| 2.) Leather couch | $50.00 |
| 3.) Floor lamp | $10.00 |
| 4.) 2 Technics Quartz SL-700 turntables, Serato DJM-S3 mixer w/ Odessey case and stand | $1,880.00 |
| 5.) Technics SL-700 turntable | $750.00 |
| 6.) 2 Technics SL-1200MK4 turntables, Pioneer DJM-800 mixer w/Odessey case and stand | $3,250.00 |
| 7.) QSC RMX 2450 Pro Power Amp | $500.00 |
| 8.) MyCharge portable charger | $20.00 |
| 9.) Sony DCR-PC10 video recroder | $100.00 |
| 10.) Sony EV-A50  video cassette recorder | $100.00 |
| 11.) Audio cassettes w/ case | $75.00 |
| 12.) Sure SM48 microphone | $75.00 |
| 13.) Sony MDRXB500 headphones | $100.00 |
| 14.) Audio Technica AT2020USB microphone | $75.00 |
| 15.) JBL Mpro MP410 speakers (pair) | $250.00 |
| 16.) Numark PT-01 turntable | $125.00 |
| 17.) Akai MPC500 | $300.00 |
| 18.) 80 32mb memory sticks | $240.00 |
| 19.) Floyd Rose headphones | $50.00 |
| 20.) 2 Pioneer DJM-350 mixer | $800.00 |
| 21.) Assorted DJ supplies(cables,connectors,blank cd,etc) | $500.00 |
| 22.) Surge protector | $10.00 |
| 23.) Record collection | $1,000.00 |
| 24.) CD collection | $800.00 |
| 25.) Tascam CD-RW2000 | $150.00 |
| 26.) Vox V829 | $100.00 |
| 27.) Assorted Odessey hard storage cases | $800.00 |
| 28.) 2 wall clocks | $10.00 |
| 29.) Monster N Pulse 24k Heaphones | $250.00 |
| 30.) Beats by Dre headphones | $75.00 |
| 31.) Hype USB tape to mp3 converter | $15.00 |
| 32.) Pinacle video transfer | $25.00 |
| 33.) Jim Palmer #22 Orioles jersey w/tag | $100.00 |
| 34.) Signed Antionio Freeman jersey in shadow box | $200.00 |

Hall_JRH_06566

| Item/description | Estimated value | |
|---|---|---|
| 35.) Signed Jerome Bettis jersey in shadow box | $300.00 | |
| 36.) Signed Magic Johnson jersey in shadow box | $300.00 | |
| 37.) Signed Terrell Davis jersey in shadow box | $150.00 | |
| 38.) Signed Alonzo Morning jersey in shadow box | $200.00 | |
| 39.) Wilt Chamberlin Jersy w/tags | $50.00 | |
| 40.) Microphone stand | $10.00 | |
| 41.) 600 pairs of assorted athletic shoes | $15,000.00 | |
| 42.) 12 pair of used Timberland boots | $260.00 | |
| 43.) Assorted vintage dolls and toys | $400.00 | |
| 44.) 1984 Cabbage Patch Doll Nelly Nelli | $150.00 | |
| 45.) 1984 Cabbage Patch Doll Lynda Sandra | $150.00 | |
| 46.) 1985 Cabbage Patch Doll Cathy Lois | $40.00 | |
| 47.) 21 Pair Ralph Lauren Polo shoes | $525.00 | |
| 48.) Pac Man Arcade Game | $100.00 | |
| 49.) Arcade Emulator | $150.00 | |
| 50.) MS Pac Man Arcade Game | $100.00 | |
| 51.) Namco MAME Arcade game | $300.00 | |
| 52.) Mortal Combat Arcade Game | $75.00 | |
| 53.) QSC MX700 Stereo Amp | $175.00 | |
| 54.) BX-300 cassette deck | $250.00 | |
| 55.) Sharp GF-777 Multi-Amp Cassette player | $2,500.00 | |
| 56.) 2 Numark DM1700T control center | $200.00 | |
| 57.) Roland Rhythm Composer TR-707 | $500.00 | |
| 58.) Denon DJ-X600 | $200.00 | |
| 59.) Rane Cross fader | $100.00 | |
| 60.) Gemini PMX-2200 | $50.00 | |
| 61.) DMC DMX-2 | $200.00 | |
| 62.) Magnavox DVD recorder ZV427MG9 | $250.00 | |
| 63.) Toshiba HD DVD player A3KU | $10.00 | |
| 64.) Sony MDS-302 | $50.00 | |
| 65.) Sony high density liner converter MXD-040 | $300.00 | |
| 66.) GO Video deck | $50.00 | |
| 67.) Tascam 102 MKII | $100.00 | |
| 68.) Tasacam CC-222 MKII | $200.00 | |
| 69.) Aurora curved track sets | $100.00 | |
| 70.) Denon DJ SC3900 | $400.00 | |
| 71.) Serato MC200 | $200.00 | |
| 72.) Pioneer CDJ-2000 | $1,000.00 | |
| 73.) Vestax VCI-300 | $100.00 | |
| 74.) Oberheim DX | $1,300.00 | |
| 75.) Roland DJ 308 | $850.00 | |
| 76.) Stanton SCE-4DJ | $245.00 | |
| 77.) Numark DM650 | $50.00 | |
| 78.) Audio Techinca AT-MX33 | $200.00 | |
| 79.) Technics SH-DJ1200 | $150.00 | |
| 80.) AKAI MPC200XL | $800.00 | |
| 81.) Pioneer CDJ-1000 | $200.00 | |

Hall_JRH_06567



# REGISTER OF WILLS
## Prince George's County

**CERETA A. LEE**
**REGISTER OF WILLS**

P.O. Box 1729
Upper Marlboro, Md. 20773
Telephone:    (301) 780-7819
Fax:           (301) 952-0908

February 10, 2022

Janelle Ryan-Colbert, Esq
3060 Mitchellville Road, Suite 216
Bowie, MD 20716

<u>REGISTER OF WILLS NOTICE TO AMEND, COMPLETE OR CORRECT INVENTORY</u>

ESTATE OF    <u>Marcel Theo Hall</u>               ESTATE NO.  <u>121806</u>

☒   **AN INVENTORY HAS BEEN FILED.  PLEASE FILE AN AMENDED INVENTORY
ON OR BEFORE  THE FILING OF THE FIRST ACCOUNT.  (SEE INSTRUCTIONS BELOW)**

   ☒Summary Sheet- Please submit an amended inventory summary sheet, if needed.

   ☐Schedule "A"

   ☐Schedule "B"

   ☐Schedule "C"

   ☐Schedule "D"

   ☐Schedule "E"

   ☒Schedule "F"    - Please submit a supporting schedule reporting a breakdown of the
decedent's accounts to include the name of the banking institution, last 4 digits of the account number,
and account type.

   ☐Schedule "G"

☐   **A PARTIAL <u>INFORMATION REPORT</u> HAS BEEN FILED.  PLEASE FILE A SUPPLEMENTAL
INFORMATION REPORT IN WHICH QUESTION 1(b) IS ANSWERED. (SEE MD RULE 6-404,
1998 SUPPLEMENT)**

☐   <u>INFORMATION REPORT</u> **NEEDS TO BE AMENDED FOR THE FOLLOWING**

   ☐Question #1

   ☐Question #2

   ☐Question #3

**COMMENTS -**

**RETURN TO: <u>S. Allen-Poles</u>**

cc    Tara L Hall
      11206 Champlain Circle
      Bowie, MD 20720

*S*

REGISTER OF WILLS

DOCKETED # 44
SCANNED

1280

# COLBERT LAW FIRM
**Attorneys At Law**

Janelle Ryan-Colbert \ jrc@colbertlawfirm.net \ www.colbertlawfirm.net
Admitted in Maryland and the District of Columbia
3060 Mitchellville Rd., Suite 216 Bowie, MD 20716
Office: 301.576.6200   Fax: 202.380.9045

March 27, 2022

**SENT VIA FIRST CLASS MAIL**
Prince George's County Register of Wills
PO Box 1729
Upper Marlboro, MD 20773

FILED
MAR 28 2022
REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

Re: Estate No. 121806
*Estate of Marcel Theo Hall*

Dear Sir./Madam Clerk:

The undersigned counsel respectfully requests a brief extension of time to file the Amended Inventory and updated bond for the personal representative in this matter.

Thank you for your customary service.

Very truly,

**THE COLBERT LAW FIRM, LLC**

*Janelle M. Ryan-Colbert, Esq.*
Janelle M. Ryan-Colbert, Esq.
3060 Mitchellville Rd., Suite 216
Bowie, MD 20716
(301) 576-6200-Main
(202)380-9045-Fax
jrc@colbertlawfirm.net- Email

cc: Tara Hall, PR

1

SAP
5/2/2022

✱ Amd Inv + account due 7/25/2022

✓ DOCKETED # 46
___ SCANNED

Ex 14 - 013

Hall_JRH_06575

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

| | |
|---|---|
| IN THE MATTER OF: | * |
| THE ESTATE OF | *    ESTATE NO. 121806 |
| MARCEL THEO HALL | * |

## PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT

COMES NOW, Petitioner, Tara L. Hall in her capacity as personal representative of the above captioned estate, by and through her attorney, Janelle Ryan-Colbert, Esq. and the Colbert Law Firm, LLC. The Petitioner respectfully represents the following:

1. That the Petitioner is the only heir and interested party in the above referenced estate.

2. That the Petitioner requests additional time to file Interim Account as outstanding information is still being collected to file an accurate account.

3. That no party will be prejudiced by the extension.

## PRAYER FOR RELIEF

a. That this Honorable Court grant an extension of time to file the interim account.

b. And for such other and further relief as the nature of the Petitioner's cause so requires.

**FILED**

SEP 2 6 2022

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

Respectfully submitted,
**THE COLBERT LAW FIRM, LLC**

3060 Mitchellville Rd., Suite 216
Bowie, MD 20716
Bar No. 0306180227
(301) 576-6200- Office
Email: jrc@colbertlawfirm.net
Web: www.colbertlawcenter.com

DOCKETED # 62
SCANNED

Ex 14 - 014

## Register of Wills
## Memorandum

| | |
|---|---|
| DATE: | October 25, 2022 |
| TO: | JUDGES |
| FROM: | LINDA WAGSTAFF |
| RE: | PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT |
| ESTATE NO: | 121806 |
| ESTATE OF: | MARCEL THEO HALL |

☐ Order not furnished

☐ Judicial Probate:

☐ Petition to Admit Copy of Will – Consents Filed   ☐ Yes   ☐ No

☐ Petition for Special Administrator -  ☐ Proper Person   ☐ Not Proper Person

    ☐ Petition for Special Administrator – Proper Person – Limited Order

    ☐ Bond of Special Administrator needed.  Recommended amount $_____

    ☐ $1.00 Signature Bond (Attorney)

☐ Petition for Successor Personal Representative Filed

☐ Should Will be Admitted to Probate?_____

☐ Recommended Bond Amount:

    Nominal Bond – $

    Bond of Personal Representative – $

☐ Hearing scheduled for        regarding

☒ Please advise – see attached

☐ Should this be scheduled for a hearing: ☐Telephonic   ☐Video   ☐In person

☐ Other:

JUDGES COMMENT: _Granted; 45 day extension_
_please prepare order_

JUDGES INITIALS AND DATE _ANC 10/27/2022_

Please return to:

✓ DOCKETED # 64
   SCANNED

1307

Hall_JRH_06605

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                           *
THE ESTATE OF                               *        ESTATE NO. 121806
MARCEL THEO HALL                            *

## ORDER

Upon review of the Petitioner to Extend Time for the Filing of the Interim Account,

and good cause having been shown, it is therefore this _10ᵗʰ_ day of _November_,

202_2_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as
prayed, is hereby **GRANTED,** Until December 22, 2022.

_____
Judge

✓ DOCKETED # 65
✓ SCANNED

Ex 14 - 016

Hall_JRH_06606

ESTATE OF: <u>MARCEL THEO HALL</u>                                ESTATE NO. <u>121806</u>

SUBJECT: <u>ORDER - PETITION TO EXTEND TIME TO FILE INTERIM ACCOUNT</u>

## CERTIFICATE OF SERVICE OF REGISTER OF WILLS

I hereby certify that on this <u>14th</u> day of <u>Nov.</u>, <u>2022</u>, I

<u>MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID</u>

a copy of the foregoing paper to the following persons:

<u>Name and Address</u>

JANELLE  RYAN-COLBERT                              3060 MITCHELLVILLE ROAD
                                                   SUITE 216
                                                   BOWIE, MD 20716

TARA L HALL                                        11206 CHAMPLAIN CIRCLE
                                                   BOWIE, MD 20720

☐ NOTICES NOT REQUIRED

_____
        11/14/2022
        DATE

RW1272

                                        **CERETA A. LEE**
                                        **Register of Wills for**
                                        **Prince George's County**

                                        _m. m._
                                        Deputy Register        66    ROWNET
                                        DOCKETED #                    112009
                                        SCANNED

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

| | |
|---|---|
| IN THE MATTER OF: | * |
| THE ESTATE OF | *    ESTATE NO. 121806 |
| MARCEL THEO HALL | * |

### ORDER

Upon review of the Petitioner to Extend Time for the Filing of the Interim Account, and good cause having been shown, it is therefore this _10ᵗʰ_ day of _November_, 202_2_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as prayed, is hereby **GRANTED**, until December 22, 2022.

_____
Judge

✓ DOCKETED # 65
___ SCANNED

Ex 14 - 018

Hall_JRH_06608

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                    *
THE ESTATE OF                        *        ESTATE NO. 121806
MARCEL THEO HALL                     *

**PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT**

COMES NOW, Petitioner, Tara L. Hall in her capacity as personal representative of the above captioned estate, by and through her attorney, Janelle Ryan-Colbert, Esq. and the Colbert Law Firm, LLC. The Petitioner respectfully represents the following:

1. That the Petitioner is the only heir and interested party in the above referenced estate.

2. That the Petitioner requests additional time to file Interim Account as the account is being finalized.

3. That no party will be prejudiced by the extension.

**PRAYER FOR RELIEF**

a. That this Honorable Court grant an extension of time to file the interim account.

b. And for such other and further relief as the nature of the Petitioner's cause so requires.

FILED

JAN 31 2023

REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

Respectfully submitted,
**THE COLBERT LAW FIRM, LLC**

Janelle Ryan-Colbert, Esq.
3060 Mitchellville Rd., Suite 216
Bowie, MD 20716
Bar No. 0306180227
(301) 576-6200- Office
Email: jrc@colbertlawfirm.net
Web: www.colbertlawcenter.com

DOCKETED # 07
SCANNED

Ex 14 - 019

Hall_JRH_06609

# Register of Wills
## Memorandum

| | |
|---|---|
| **DATE:** | **February 6, 2023** |
| **TO:** | **JUDGES** |
| **FROM:** | **LINDA WAGSTAFF** |
| **RE:** | **PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT** |
| **ESTATE NO:** | **121806** |
| **ESTATE OF:** | **MARCEL THEO HALL** |

☐ Order not furnished

☐ Judicial Probate:

☐ Petition to Admit Copy of Will — Consents Filed   ☐ Yes   ☐ No

☐ Petition for Special Administrator - ☐ Proper Person ☐ Not Proper Person

  ☐ Petition for Special Administrator — Proper Person — Limited Order

  ☐ Bond of Special Administrator needed.  Recommended amount $_____

  ☐ $1.00 Signature Bond (Attorney)

☐ Petition for Successor Personal Representative Filed

☐ Should Will be Admitted to Probate?_____

☐ Recommended Bond Amount:

  Nominal Bond - $

  Bond of Personal Representative - $

☐ Hearing scheduled for         regarding

☒ Please advise – see attached

☐ Other:

JUDGES COMMENT: _____

_____

JUDGES INITIALS AND DATE _~~Omo~~ 2/7/23

Please return to:

DOCKETED # 68
SCANNED

1307

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                    *
THE ESTATE OF                        *     ESTATE NO. 121806
MARCEL THEO HALL     · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

## ORDER

Upon review of the Petitioner to Extend Time for the Filing of the Interim Account, and good cause having been shown, it is therefore this _7th_ day of _February_ 202_3_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as prayed, is hereby **GRANTED**, _and it is further_

_ORDERED, that the Interim Account shall be fixed no later than April 10, 2023_

_____
Judge

DOCKETED #
SCANNED

Hall_JRH_06611

ESTATE OF: MARCEL THEO HALL                          ESTATE NO. 121806

SUBJECT: ORDER

## CERTIFICATE OF SERVICE OF REGISTER OF WILLS

I hereby certify that on this ___8th___ day of ___FEBRUARY___ , 2023 , I

MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID

a copy of the foregoing paper to the following persons

Name and Address

JANELLE RYAN-COLBERT                    3060 MITCHELLVILLE ROAD
                                        SUITE 216
                                        BOWIE, MD 20716

TARA L HALL                             11206 CHAMPLAIN CIRCLE
                                        BOWIE, MD 20720

                                        CERETA A. LEE
                                        Register of Wills for
                                        Prince George's County

☐ NOTICES NOT REQUIRED

___2-8-23___
DATE                                    ___SF___

RW1272                                  Deputy Register        RW/NET
                                                               07/2009

                                        DOCKETED #
                                        SCANNED

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                    *
THE ESTATE OF                        *      ESTATE NO. 121806
MARCEL THEO HALL                     *

**ORDER**

Upon review of the Petitioner to Extend Time for the Filing of the Interim Account, and good cause having been shown, it is therefore this ___7th___ day of ___February___ 202_3_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as prayed, is hereby **GRANTED**, and it is further

ORDERED, that the Intrim Account shall be filed no later than April 10, 2023

_____
Judge

DOCKETED #
SCANNED

Ex 14 - 023

Hall_JRH_06613

## IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                        *
THE ESTATE OF                            *        ESTATE NO. 121806
MARCEL THEO HALL                         *

### PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT

COMES NOW, Petitioner, Tara L. Hall in her capacity as personal representative of
the above captioned estate, by and through her attorney, Janelle Ryan-Colbert, Esq. and the
Colbert Law Firm, LLC. The Petitioner respectfully represents the following:

1. That the Petitioner is the only heir and interested party in the above referenced

   estate.

2. That the Petitioner requests additional time to file Interim Account as further

   information is required to file an accurate account.

3. That no party will be prejudiced by the extension.

### PRAYER FOR RELIEF

a. That this Honorable Court grant an extension of time to file the interim account.

b. And for such other and further relief as the nature of the Petitioner's cause so
   requires.

Respectfully submitted,
**THE COLBERT LAW FIRM, LLC**

Janelle Ryan-Colbert, Esq.
3060 Mitchellville Rd., Suite 218
Bowie, MD 20716
Bar No. 0306180227
(301) 576-6200- Office
Email: jrc@colbertlawfirm.net

FILED

APR 1 2 2023
REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

DOCKETED # 71
SCANNED

Ex 14 - 024

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _10_ day of April 2023 that I mailed, via first class mail and postage pre-paid, a copy of the foregoing Petition to:

Tara Hall
11206 Champlain Cir.
Bowie, MD 20720

Janelle Ryan-Colbert, Esq.

# Register of Wills
# Memorandum

**DATE:**        April 14, 2023

**TO:**          JUDGES

**FROM:**        KELLY DEL RIO

**RE:**          PETITION TO EXTEND TIME FOR FILING OF INTERIM ACCOUNT

**ESTATE NO:**   121806

**ESTATE OF:**   MARCEL THEO HALL

☐ Order not furnished

☐ Judicial Probate:

☐ Petition to Admit Copy of Will – Consents Filed   ☐ Yes   ☐ No

☐ Petition for Special Administrator  -  ☐ Proper Person   ☐ Not Proper Person

    ☐ Petition for Special Administrator – Proper Person – Limited Order

    ☐ Bond of Special Administrator needed.  Recommended amount $_____

    ☐ $1.00 Signature Bond (Attorney)

☐ Petition for Successor Personal Representative Filed

☐ Should Will be Admitted to Probate?_____

☐ Recommended Bond Amount:

    Nominal Bond - $

    Bond of Personal Representative - $

☐ Hearing scheduled for          regarding

☒ Please advise - see attached

☐ Other:

JUDGES COMMENT: _____

_____

JUDGES INITIALS AND DATE _WAC 4/17/2023_

Please return to:

1307

DOCKETED # 12
SCANNED

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                    *
THE ESTATE OF                        *      ESTATE NO. 121806
MARCEL THEO HALL                     *

## ORDER

Upon review of the Petition to Extend Time for the Filing of the Interim Account, and good cause having been shown, it is therefore this _17th_ day of _April_, 202_3_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as prayed, is hereby **GRANTED**, _until May 17, 2023_,

_____
Judge

ESTATE OF: MARCEL THEO HALL                          ESTATE NO. 121806

SUBJECT: ORDER

## CERTIFICATE OF SERVICE OF REGISTER OF WILLS

I hereby certify that on this 19th day of April , 2023 , I

MAILED BY FIRST-CLASS MAIL, POSTAGE PREPAID

a copy of the foregoing paper to the following persons:

### Name and Address

JANELLE RYAN-COLBERT                    3060 MITCHELLVILLE ROAD
                                        SUITE 216
                                        BOWIE, MD 20716

TARA L HALL                             11206 CHAMPLAIN CIRCLE
                                        BOWIE, MD 20720

□ NOTICES NOT REQUIRED

                                        CERETA A. LEE
                                        Register of Wills for
                                        Prince George's County

4/19/23
DATE

RW1272                                  Deputy Register
                                        ✓ DOCKETED # 74    ROWNET
                                        ✓ SCANNED          1 12009

Ex 14 - 028

IN THE ORPHAN'S COURT OF PRINCE GEORGE'S COUNTY

IN THE MATTER OF:                    *
THE ESTATE OF                        *        ESTATE NO. 121806
MARCEL THEO HALL                     *
∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

## ORDER

Upon review of the Petition to Extend Time for the Filing of the Interim Account, and good cause having been shown, it is therefore this _17th_ day of _April_ 202_3_, hereby,

**ORDERED**, that the Petition to Extend Time for Filing of Interim Accounting, as prayed, is hereby **GRANTED**, until May 17, 2023,

_____
Judge

IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ESTATE OF   Marcel Theo Hall, deceased              ESTATE NO. 121806

Date of Death: July 16, 2021

### FIRST ACCOUNT
of Tara H. Hall, Personal Representative
for the period beginning July 16, 2021 and ending February 16 2023

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance from SCHEDULE 1 | $756,902.05 | |
| Total Miscellaneous Principal Receipts from SCHEDULE 2 | $ 10,532.03 | |
| Total Changes in Assets from SCHEDULE 3 | ($ 100.00) | |
| Total Income from SCHEDULE 4 | $181,425.82 | |
| Total Disbursements from SCHEDULE 5 | | $171,601.15 |
| Total Distributions & Inheritance Tax from SCHEDULE 6 | | $ 0.00 |
| Total Balance Retained for Future Accounting from SCHEDULE 7 | | $777,158.75 |
| TOTALS | $948,759.90 | $948,759.90 |



DOCKETED # 75
SCANNED

Ex 14 - 030

Hall_JRH_06620

## SCHEDULE 1 - Beginning Balance

ASSETS PER INVENTORY (or assets carried forward from prior accounts)

Schedule

| | | |
|---|---|---|
| A | Real Property | $568,000.00 |
| B | Leasehold | $     0.00 |
| C | Tangible Personal Property | $188,875.00 |
| D | Corporate Stocks | $     0.00 |
| E | Bonds, notes, Mortgages, Debts | $     0.00 |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $    27.05 |
| G | All Other Interests | $     0.00 |
| Total | | $756,902.05 |

Ex 14 - 031

Hall_JRH_06621

**SCHEDULE 7 - Assets Retained for Future Accounting**

<u>Description of Asset:</u>                                    <u>Value at end of accounting period:</u>

Real property - 11206 Champlain Circle,
Bowie, MD 20720                                               $568,000.00
Personal property                                            $166,875.00
Citibank, account no. ending in 4657                         $ 42,283.75

TOTAL BALANCE FORWARD:                        $777,158.75

Estate held open because

Estate of  Marcel Theo Hall, deceased                    Estate No: 121806

## VERIFICATION OF ACCOUNT
### MD RULE 6-417 (b)(9)

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT (ACCOUNT OF PERSONAL REPRESENTATIVE) ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____                    _____
Attorney for the Estate                      Personal Representative
(Signature required if applicable)           (Signature required)

## CERTIFICATE OF SERVICE
### MD RULE 6-417 (d)

I HEREBY CERTIFY that on the _____ day of _____, _____ I delivered or mailed, portage prepaid, a notice to all interested persons listed below or listed by attachment, a notice stating: (1) that an account or affidavit in lieu of account has been filed; (2) that the recipient may file exceptions with the Cut within 20 days from the Court's Order approving the account; (3) that further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney; (4) that upon request the personal representative shall furnish a copy of the account or affidavit to any interested person who was given notice; and (5) that distribution under the account as approved by the Court will be made within 30 days after the Order of Court approving the account becomes final.

Interested persons names and addresses:
Tara L. Hall          11206 Champlain Circle, Bowie, MD 20720

_____                    _____
Attorney for the Estate                      Personal Representative
(Signature required if applicable)           (Signature required)

3060 Mitchellville Road Suite 218            11206 Champlain Circle
Address                                      Address
Bowie, MD 20716                              Bowie, MD 20720

301-576-6200 (o) 202-380-9045 (f)            917 2269729
Telephone number                             Telephone number

Ex 14 - 033

Hall_JRH_06634

**IN THE ORPHANS' COURT FOR**

*(OR)*

**BEFORE THE REGISTER OF WILLS FOR**

Prince George's County ☑ MARYLAND

IN THE ESTATE OF:
Marcel Theo Hall

ESTATE NO. 121806

*AMENDED*
**INVENTORY**
**Summary**

DATE OF DEATH July 16, 2021

| Schedule | Type of Property | | Appraised Value |
|---|---|---|---:|
| A | Real | $ | 568,000.00 |
| B | Leasehold | $ | 0.00 |
| C | Tangible personal | $ | 188,875.00 |
| D | Corporate stocks | $ | 0.00 |
| E | Bonds, notes, mortgages, debts due to the decedent | $ | 0.00 |
| F | Bank accounts, savings and loan accounts, cash | $ | 27.05 |
| G | All other interests | $ | 0.00 |
| | Total | $ | 756,902.05 |

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief and that any property valued by me which I have authority as personal representative to appraise has been valued completely and correctly in accordance with law.

Attorney  Janelle Ryan-Colbert

3060 Mitchellville Rd, Suite 216
Address

Bowie, MD 20716

301-576-6200
Telephone Number

202-380-90045
Facsimile Number

jrc@colbertlawfirm.net
Email Address

Personal Representative Tara L. Hall          6-30-23
                                              Date

Personal Representative          Date

Personal Representative          Date

DOCKETED # 76
SCANNED          ROWNET
                 1/1/2016
                 PDF

RW1122

Ex 14 - 034

Hall JRH 06635

# INVENTORY
## Supporting Schedule

Inventory of Estate of
Marcel Theo Hall

Estate No. 121806

### SCHEDULE _____ C

| Item No. | Description | Market Value |
|---|---|---|
| 1. | Please see attached sheets *Appraisal on file* | $107,275.00 |
| 2. | Shearling Hat/Coat | $3,600.00 |
| 3. | Firearms (please see attached appraisal) | $18,000.00 |
| 4. | 10-14KT Yellow gold man's custom wax cast & assembled, gold pendant chains, 35" long large, triple rope chain with no clasp with a dual finish. (please see attached appraisal) | $60,000.00 |
| | **Total** | $188,875.00 |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____

day of _____ , _____ , and that the appraisal was done impartially and to the best of my skill and judgement.

_____          Jeffrey R. Pate
Signature of appraiser                       Printed Name

                                              6917 Groveton Drive
                                              Address

                                              Clinton, MD 20735

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry.

RW1123                                                        ROWNET
                                                             11/2009
                                                             PDF

Ex 14 - 035

Hall_JRH_06637

# INVENTORY
## Supporting Schedule

Inventory of Estate of
Marcel Theo Hall

Estate No. 121806

### SCHEDULE F

| Item No. | Description | Market Value |
|---|---|---|
| 1. | Citibank, savings account no. ending in 1543 | $1.00 |
| 2. | Citibank, checking account no. ending in 2062 | $26.05 |
| | Total | $27.05 |

**Verification of appraiser other than personal representative, if not supplied separately:**

I solemnly affirm under the penalties of perjury that I appraised the property listed on this schedule on the _____

day of _____, _____, and that the appraisal was done impartially and to the best of my skill and judgement.

_____
Signature of appraiser

Jeffrey R. Pate
Printed Name

6917 Groveton Drive
Address

Clinton, MD 20735

### Instructions:

Pursuant to Code, Estates and Trusts Article §7-201.
1. Describe each item in reasonable detail, and indicate its appraised gross market value as of the date of death of the decedent.
2. If an item is encumbered, show the type and amount of any encumbrance in the description.
3. For real and leasehold property, give a description sufficient to identify the property and the title reference by liber and folio.
4. In listing tangible personal property it is not necessary to list wearing apparel other than furs and jewelry.

RW1123

ROWNET
11/2009
PDF



## REGISTER OF WILLS
### Prince George's County
P.O. BOX 1729
UPPER MARLBORO, MARYLAND 20773
TELEPHONE:     (301) 780-7819
FACSIMILE:     (301) 952-0908

*July 12, 2023*

*Janelle Ryan-Colbert*
*3060 Mitchellville Road*
*Suite 216*
*Bowie MD 20716*

### REGISTER OF WILLS NOTICE TO AMEND, COMPLETE OR CORRECT ACCOUNT

An amended account for **Marcel Theo Hall.** No. **121806,** is required per the following:

☐  Order of Court for the approval of the account

☒  Inventory Please submit the appraisal for the hat/coat, firearms and jewerly.  Please clarify in writing if the decedent had a business.

☐  Information Report

☐  Petition and Order for Attorney's Fee

☐  Petition and Order for Commission

☐  Copies of Receipted Bills or Cancelled Checks for Expenses

☒  Verification Statement for the account and Certification of Notice to Interested Parties Please submit with the amended account.

☐  Copy of Federal Estate Tax Return (Complete)

☐  Joint Tax (Payable to the Register of Wills)

☒  Court Costs (Payable to the Register of Wills) Please submit the Probate fee in the amount of $1,000.00.

☐  Tax on Commission (Payable to the Register of Wills)

☐  Inheritance Tax (Payable to the Register of Wills)

☐  Funeral Order

☒  See Enclosed Format See pencil notations.

☐  Distribution of Estate must be shown on account - per Will or laws of intestacy

☒  Comments Please submit an amended account to clarify the miscellaneous deposit. Please submit proof for the sale of the firearms, DJM mixer and the hat/coat.  Please also clarify the Citibank account ending in #2060 that was not reported on the inventory and clarify why the $6,000.00 shown for bank account that previously reported was removed.  Please clarify the royalties received.  Please note that you can only show three months of mortgage payment and utilities and then show the full mortgage balance.  Please remove all repairs on the real property and vehicle since they are not sold.  Please also note that you can only list the decedent debts.  Please clarify why the estate remains open.

**SUBMIT THE AMENDED ACCOUNT BEFORE August 12, 2023 OR AN ORDER TO SHOW CAUSE WILL BE ISSUED.**

RETURN TO: **Robin Hynson, Auditor**

Please note that the auditing department does not take walk-ins. If you need to speak to an auditor or have an auditor review your filings, please call 301-780-7819 to make an appointment.

1280-Code 2

DOCKETED #
SCANNED

Ex 14 - 037

cc      *Tara L Hall*
        *11206 Champlain Circle*
        *Bowie MD 20720*

Cereta A. Lee
Register of Wills

1280-Code 2

Ex 14 - 038

Hall_JRH_06640

IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ESTATE OF   Marcel Theo Hall, deceased          ESTATE NO. 121806

Date of Death: July 16, 2021

### FIRST ACCOUNT
of Tara H. Hall, Personal Representative
for the period beginning July 16, 2021 and ending February 16 2023

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance from SCHEDULE 1 | $756,902.05 | |
| Total Miscellaneous Principal Receipts from SCHEDULE 2 | $ 10,532.03 | |
| Total Changes in Assets from SCHEDULE 3 | ($ 100.00) | |
| Total Income from SCHEDULE 4 | $181,425.82 | |
| Total Disbursements from SCHEDULE 5 | | $171,601.15 |
| Total Distributions & Inheritance Tax from SCHEDULE 6 | | $ 0.00 |
| Total Balance Retained for Future Accounting from SCHEDULE 7 | | $777,158.75 |
| TOTALS | $948,759.90 | $948,759.90 |

DOCKETED # 75
SCANNED

Ex 14 - 039

**SCHEDULE 1 - Beginning Balance**

ASSETS PER INVENTORY (or assets carried forward from prior accounts)

Schedule

| | | |
|---|---|---|
| A | Real Property | $568,000.00 |
| B | Leasehold | $    0.00 |
| C | Tangible Personal Property | $188,875.00 |
| D | Corporate Stocks | $    0.00 |
| E | Bonds, notes, Mortgages, Debts | $    0.00 |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $   27.05 |
| G | All Other Interests | $    0.00 |
| Total | | $756,902.05 |

IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ESTATE OF   Marcel Theo Hall, deceased                    ESTATE NO. 121806

Date of Death: July 16, 2021

### FIRST ACCOUNT
of Tara H. Hall, Personal Representative
for the period beginning July 16, 2021 and ending February 16 2023

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance from SCHEDULE 1 | $756,902.05 | |
| Total Miscellaneous Principal Receipts from SCHEDULE 2 | $ 10,532.03 | |
| Total Changes in Assets from SCHEDULE 3 | ($ 100.00) | |
| Total Income from SCHEDULE 4 | $181,425.82 | |
| Total Disbursements from SCHEDULE 5 | | $171,601.15 |
| Total Distributions & Inheritance Tax from SCHEDULE 6 | | $ 0.00 |
| Total Balance Retained for Future Accounting from SCHEDULE 7 | | $777,158.75 |
| TOTALS | $948,759.90 | $948,759.90 |



DOCKETED # 75
SCANNED

Ex 14 - 041

Hall_JRH_06661

**SCHEDULE 7 - Assets Retained for Future Accounting**

<u>Description of Asset:</u>                                    <u>Value at end of accounting period:</u>

Real property - 11206 Champlain Circle,
Bowie, MD 20720                                                      $568,000.00
Personal property                                                   $166,875.00
Citibank, account no. ending in 4657                                $ 42,283.75


TOTAL BALANCE FORWARD:                            $777,158.75

Estate held open because

IN THE ORPHANS' COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

ESTATE OF   Marcel Theo Hall, deceased                    ESTATE NO. 121806

Date of Death: July 16, 2021

**AMENDED FIRST ACCOUNT**
of Tara H. Hall, Personal Representative
for the period beginning July 16, 2021 and ending February 16 2023

| SUMMARY OF TRANSACTIONS | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| Total Beginning Balance<br>from SCHEDULE 1 | $756,902.05 | |
| Total Miscellaneous Principal Receipts<br>from SCHEDULE 2 | $  10,569.53 | |
| Total Changes in Assets<br>from SCHEDULE 3 | ($      100.00) | |
| Total Income<br>from SCHEDULE 4 | $181,425.82 | |
| Total Disbursements<br>from SCHEDULE 5 | | $  57,792.86 |
| Total Distributions & Inheritance Tax<br>from SCHEDULE 6 | | $ 113,845.79 |
| Total Balance Retained for Future Accounting<br>from SCHEDULE 7 | | $777,158.75 |
| TOTALS | $948,797.40 | $948,797.40 |

FILED
NOV 1 7 2023
REGISTER OF WILLS
PRINCE GEORGE'S COUNTY

✓ DOCKETED # 85
SCANNED

Ex 14 - 043

Hall_JRH_06679

**SCHEDULE 1 – Beginning Balance**

<u>ASSETS PER INVENTORY</u> (or assets carried forward from prior accounts)

Schedule

| | | |
|---|---|---|
| A | Real Property | $568,000.00 |
| B | Leasehold | $     0.00 |
| C | Tangible Personal Property | $188,875.00 |
| D | Corporate Stocks | $     0.00 |
| E | Bonds, notes, Mortgages, Debts | $     0.00 |
| F | Bank Accounts, Savings & Loan Accounts, Cash | $    27.05 |
| G | All Other Interests | $     0.00 |
| Total | | $756,902.05 |

**SCHEDULE 7 - Assets Retained for Future Accounting**

Description of Asset:                                              Value at end of accounting period:

Real property - 11206 Champlain Circle,
Bowie, MD 20720                                                   $568,000.00
Personal property                                                $166,875.00
Citibank, account no. ending in 4657                             $ 42,283.75


TOTAL BALANCE FORWARD:                                           $777,158.75

Estate held open because there are additional assets to be received.

Hall_JRH_06688

Estate of  Marcel Theo Hall, deceased                          Estate No: 121806

## VERIFICATION OF ACCOUNT
### MD RULE 6-417 (b)(9)

I DO SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT (ACCOUNT OF PERSONAL REPRESENTATIVE) ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____               _____
Attorney for the Estate                                    Personal Representative
(Signature required if applicable)                      (Signature required)

## CERTIFICATE OF SERVICE
### MD RULE 6-417 (d)

I HEREBY CERTIFY that on the _16th_ day of _November_, _____, I delivered or mailed, portage prepaid, a notice to all interested persons listed below or listed by attachment, a notice stating: (1) that an account or affidavit in lieu of account has been filed; (2) that the recipient may file exceptions with the Cut within 20 days from the Court's Order approving the account; (3) that further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative or the attorney; (4) that upon request the personal representative shall furnish a copy of the account or affidavit to any interested person who was given notice; and (5) that distribution under the account as approved by the Court will be made within 30 days after the Order of Court approving the account becomes final.

Interested persons names and addresses:
Tara L. Hall              11206 Champlain Circle, Bowie, MD 20720

_____               _____
Attorney for the Estate                                    Personal Representative
(Signature required if applicable)                      (Signature required)

_3060 Mitchellville Road Suite 218_            _11206 Champlain Circle_
Address                                                      Address
_Bowie, MD 20716_                                     _Bowie, MD 20720_

_301-576-6200 (o) 202-380-9045 (f)_            _917-226-9729_
Telephone number                                        Telephone number

Ex 14 - 046