# EXHIBIT 16





Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



Labeled View

*Goin' off / all songs written by Biz Markie, Marley Marl and Big Daddy Kane...*

|  |  |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | SR0000090967 / 1988-03-01 |
| **Title:** | Goin' off / all songs written by Biz Markie, Marley Marl and Big Daddy Kane ; [performed by] Biz Markie. |
| **Imprint:** | c1988. |
| **Publisher Number:** | Cold Chillin' 1-25675 |
| **Description:** | 1 sound disc : 33 1/3 rpm ; 12 in. |
| **Copyright Claimant:** | © Cold Chillin' Music Publishing, Marley Marl International |
| **Date of Creation:** | 1987 |
| **Date of Publication:** | 1988-02-22 |
| **Authorship on Application:** | lyrics, arrangements: Biz Markie, pseud.; lyrics: Big Daddy Kane, pseud.; music: Marley Marl, pseud. |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Markie, Biz, pseud. |
|  | Kane, Big Daddy, pseud. |
|  | Marl, Marley, pseud. |
|  | Biz Markie, pseud. |
|  | Marley Marl, pseud. |
|  | Cold Chillin' Music Publishing |
|  | Marley Marl International |



| **Record Options** | |
|---|---|
| Select Download Format: ▾ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

Ex 16 - 002





**Try the [Copyright Public Records System (CPRS)](#) pilot with enhanced search features and filters.**

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Vapors
:



*Vapors.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393932 / 1988-12-02 |
| **Title:** | Vapors. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 5 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Antonio Hardy a.k.a. Big Daddy Kane, pseud., Marlon Williams a.k.a. Marley Marl, pseud., & Biz Markie. |
| **Names:** | Markie, Biz |
| | Hardy, Antonio |
| | Williams, Marlon |
| | Cold Chillin' Music Publishing |



| Record Options |
|---|
| Select Download Format: ▾  Format for Print/Save |
| Enter your email address: _____ Email |
| Save results for later: Save To Bookbag |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Ex 16 - 004



# Copyright
### United States Copyright Office

**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

---

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Make The Music With Your Mouth, Biz
:



---

Labeled View

### *Make the music with your mouth, Biz.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393933 / 1988-12-02 |
| **Title:** | Make the music with your mouth, Biz. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 6 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Marcel Hall, & Marlon Williams a.k.a. Marley Marl. |
| **Names:** | Markie, Biz |
| | Hall, Marcel |
| | Williams, Marlon |
| | Cold Chillin' Music Publishing |

previous    next

| **Record Options** | | |
|---|---|---|
| Select Download Format: ▾ | Format for Print/Save | |
| Enter your email address: | | Email |
| Save results for later: | Save To Bookbag | |

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page









Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|-----------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = SR0000168556
Search Results: Displaying 1 of 1 entries



Labeled View

*All samples cleared.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000168556 / 1993-07-14 |
| **Title:** | All samples cleared. |
| **Imprint:** | c1993. |
| **Publisher Number:** | Cold Chillin' 9 45261 2 |
| **Description:** | Compact disc. |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | © ℗ Warner Brothers Records, Inc. (employer for hire) |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-06-22 |
| **Previous Registration:** | Some sounds preexisting. |
| **Basis of Claim:** | New Matter: photos & all other sounds. |
| **Contents:** | I'm the Biz Markie -- I'ma ugly nigga (so what) -- Young girl bluez -- Family tree -- Let me turn you on -- The gator (dance) -- Groovin' -- I'm singin' -- Hooker got a boyfriend -- Bad by myself -- Funk is back -- Thanks. |
| **Other Title:** | The gator(dance) |
| **Names:** | Biz Markie. |
| | Warner Brothers Records, Inc. |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ⌄   Format for Print/Save |
| Enter your email address:      Email |





**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Take It From The Top
:



Labeled View

*I need a haircut / Biz Markie.*

|  |  |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | SR0000134755 / 1991-09-27 |
| **Title:** | I need a haircut / Biz Markie. |
| **Imprint:** | c1991. |
| **Publisher Number:** | Cold Chillin' 9 26648-2 |
| **Description:** | 1 compact disc. |
| **Notes:** | Photography & art direction: George DuBose. |
| **Copyright Claimant:** | © ℗ Warner Brothers Records, Inc. |
| **Date of Creation:** | 1991 |
| **Date of Publication:** | 1991-08-27 |
| **Authorship on Application:** | sound recording & photos.: Warner Brothers Records, Inc., employer for hire. |
| **Contents:** | To my boys -- Road block -- Let go my eggo -- What comes around goes around -- Romeo and Juliet -- TSR (toilet stool rap) -- Busy doing nuthin' -- I told you -- Buck wild -- Kung fu -- Take it from the top -- Alone again -- On and on. |
| **Other Title:** | Toilet stool rap |
| **Names:** | Markie, Biz |
|  | DuBose, George |
|  | Warner Brothers Records, Inc. |



| **Record Options** | |
|---|---|
| Select Download Format: ⌄ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Ex 16 - 013



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



**Labeled View**

*What comes around, goes around / director, Lionel C. Martin.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000528632 / 1991-07-23 |
| **Title:** | What comes around, goes around / director, Lionel C. Martin. |
| **Description:** | 1 videocassette. |
| **Performer:** | Music video performed by Biz Markie. |
| **Copyright Claimant:** | Warner Brothers Records, Inc. |
| **Date of Creation:** | 1991 |
| **Date of Publication:** | 1991-07-01 |
| **Authorship on Application:** | Warner Brothers Records, Inc., employer for hire. |
| **Basis of Claim:** | New Matter: all cinematographic material except prev. pub. music, words, recording. |
| **Names:** | Martin, Lionel C. |
| | Biz Markie. |
| | Warner Brothers Records, Inc. |



| Record Options | |
|---|---|
| Select Download Format: ▾ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

**Ex 16 - 014**





**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0000455660
Search Results: Displaying 1 of 1 entries



Labeled View

*Just a friend.*

| | |
|---:|:---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000455660 / 1990-01-08 |
| **Title:** | Just a friend. |
| **Appears in:** | The Biz never sleeps. 1 compact disc |
| **Performer:** | Performed by the Diabolical Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1989 |
| **Date of Publication:** | 1989-10-10 |
| **Authorship on Application:** | words & music: Biz Markie. |
| **Copyright Note:** | C.O. correspondence. |
| **Other Title:** | The Biz never sleeps |
| **Names:** | Markie, Biz |
| | Cold Chillin' Music Publishing |



| **Save, Print and Email (Help Page)** |
|:---:|
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address:                 Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 016





Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



Labeled View

*The Biz never sleeps / [performed by] the diabolical Biz Markie.*

|  |  |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | SR0000109403 / 1989-12-08 |
| **Title:** | The Biz never sleeps / [performed by] the diabolical Biz Markie. |
| **Imprint:** | c1989. |
| **Publisher Number:** | Cold Chillin' 9 26003-2 |
| **Description:** | 1 compact disc. |
| **Notes:** | Photography and art direction: George DuBose. |
| **Copyright Claimant:** | © ℗ Warner Brothers Records, Inc. |
| **Date of Creation:** | 1989 |
| **Date of Publication:** | 1989-10-10 |
| **Authorship on Application:** | recording & photos.: Warner Brothers Records, Inc., employer for hire. |
| **Contents:** | Dedication -- Check it out -- The Dragon -- Spring again -- Just a friend -- She's not just another woman (Monique) -- Mudd foot -- A Thing named Kim -- Me versus me -- My man, Rich -- I hear music -- Biz in harmony -- Things get a little easier. |
| **Other Title:** | The Dragon |
|  | A Thing named Kim |
| **Names:** | DuBose, George |
|  | Biz Markie |
|  | Warner Brothers Records, Inc. |
|  | Diabolical Biz Markie |



| Record Options | | |
|---|---|---|
| Select Download Format: ▾ | Format for Print/Save | |
| Enter your email address: | | Email |
| Save results for later: | Save To Bookbag | |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 018



Biz Markie – Biz Markie On The Turntable – CD (Mixed, Mixtape), 1998 for sale | Discogs

Search artists, albums and more...    🔍    Explore    Marketplace    Community    Log In    Register

**Release**   ⊙ [r6764342]

Edit Release
New Submission

**For sale on Discogs**

Sell a copy



### Biz Markie – Biz Markie On The Turntable

| | |
|---|---|
| **Label:** | P-Vine Records – PCD-5394 |
| **Format:** | CD, Mixed, Mixtape |
| **Country:** | Japan |
| **Released:** | 1998 |
| **Genre:** | Funk / Soul, Blues |
| **Style:** | |

More images

10 copies from **$15.58**

Shop now

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 26 | Last Sold: | Dec 29, 2022 |
| Want: | 65 | Low: | $7.00 |
| Avg Rating: | 4.67 / 5 | Median: | $16.71 |
| Ratings: | 3 | High: | $25.00 |

☆☆☆☆☆     ⬆ Share

🗂 Add to Collection

Add to Wantlist

### Tracklist

| | | | |
|---|---|---|---|
| 1 | Parliament – My Automobile | | 2:05 |
| 2 | The Leaders (12) – Which Way | | 1:18 |
| 3 | The Emotions – I Like It | | 1:00 |
| 4 | Booker T & The MG's – L.A. Jazz Song | | 0:47 |
| 5 | Albert King – I'll Play the Blues For You | | 1:58 |
| 6 | 24 Carat Black – The 24 Carat Black Theme | | 0:55 |
| 7 | Skin Alley – Skin Alley Serenade | | 0:57 |
| 8 | Black Nasty – Nasty Soul | | 2:23 |
| 9 | 24 Carat Black – Ghetto-Misfortune's Wealth | | 1:21 |
| 10 | The Charmels – I'll Never Grow Old | | 2:31 |
| 11 | Jean Knight – Do Me | | 1:49 |
| 12 | Little Sonny – Memphis B-K | | 2:39 |
| 13 | The Staple Singers – I'll Take You There | | 2:39 |
| 14 | Jean Knight – Mr. Big Stuff | | 2:03 |
| 15 | Freda Payne – Mama's Gone | | 3:10 |
| 16 | Chairmen Of The Board – Saginaw County Line | | 1:51 |
| 17 | Rufus Thomas – Do The Funky Penguin Part 2 | | 4:24 |
| 18 | Glass House – I Don't See Me In Your Eyes Anymore | | 2:39 |
| 19 | Weldon Irvine – Sister Sanctified | | 2:29 |
| 20 | General Johnson – All We Need Is Understanding | | 2:23 |
| 21 | Honey Cone – Don't Send Me An Invitation | | 2:22 |
| 22 | Lowell Fulson – Tramp | | 3:23 |

✖

Phonographic Copyright ℗ – Blues Interactions, Inc.
Licensed From – Fantasy, Inc.

### Credits

A&R – Tagi, 遊戯
DJ Mix – Biz Markie
Design – Hideaki Nunomura
Producer – Weldon Irvine

### Notes

Biz Markie freestyle raps over track 17.
1998 Blues Interactions Inc.
Holland Group Productions, Inc.
Weldon Irvine has a production credit, presumably to clear the use of his recording "Sister Sanctified".

### Barcode and Other Identifiers

Rights Society: JASRAC
Other (JASRAC Code): R-9880127

### Reviews

Add Review

**Videos (21)** ⓘ Edit





Ex 16 - 020

**Parliament-My Automobile**

4:45

**Which Way - The Leaders**

**Lists**  Add to List

Add to List

**Contributors**

**PRBLMMTC**, DiscogsUpdateBot, choan, mtwallet,
ToenS, JackVega, suziedarling

Report Suspicious Activity

---

## About Discogs

About Discogs

Discogs Digs

Careers

API

Status

## Help Is Here

Help & Support

Forum

Keyboard Shortcuts

Database Guidelines

Discogs Shipping

Start Selling

## Join In

Get Started

Record Stores

Contribute

Add Release

Contributor List

Help Translate

Visit Wantlister

Advertise With Us

## Follow Us



© 2024 Discogs®

Cookies Settings

Cookie Policy

Terms of Service

Privacy Policy

California Privacy Notice

Accessibility Statement

English



Search artists, albums and more...  🔍    Explore    Marketplace    Community    Log In    Register

**Release**    ⊘ [r12215175]

Edit Release
New Submission

**For sale on Discogs**

Sell a copy

**Biz Markie – Biz Markie On The Turntable 2**

7 copies from **$17.86**

| | |
|---|---|
| Label: | P-Vine Records – PCD-24031 |
| Format: | CD, Mixed, Mixtape |
| Country: | Japan |
| Released: | Sep 29, 2000 |
| Genre: | Hip Hop, Funk / Soul |
| Style: | Cut-up/DJ, Soul |

Shop now

More images

**Statistics**

| | | | |
|---|---|---|---|
| Have: | 10 | Last Sold: | Aug 6, 2023 |
| Want: | 36 | Low: | $19.37 |
| Avg Rating: | -- / 5 | Median: | $40.00 |
| Ratings: | 0 | High: | $87.35 |

☆☆☆☆☆    ⤢ Share

▮▮ Add to Collection

👁 Add to Wantlist

## Tracklist

| | | | |
|---|---|---|---|
| 1 | Biz Markie – Intro | 1:13 |
| 2 | The Dramatics – Watcha See Is Watcha Get | 2:55 |
| 3 | Albert King – I'll Play The Blues For You | 2:08 |
| 4 | The Charmels – I'll Never Grow Old | 2:30 |
| 5 | 24 Carat Black – Food Stamps | 2:55 |
| 6 | The Emotions – I Like It | 1:45 |
| 7 | Rufus Thomas – (Do The) Push & Pull (Pt.1) | 3:13 |
| 8 | Booker T & The MG's – Hip Hug Her | 3:37 |
| 9 | The Staple Singers – I'll Take You There | 2:19 |
| 10 | Isaac Hayes – No Name Bar | 3:19 |
| 11 | Rufus Thomas – I Wanna Sang | 4:50 |
| 12 | Jean Knight – Mr. Big Stuff | 3:02 |
| 13 | Bar-Kays – Holy Ghost | 3:40 |
| 14 | Isaac Hayes – Ike's Mood 1 | 3:31 |
| 15 | David Porter – I'm Afraid The Masquerade's Over | 3:25 |
| 16 | Linda Lyndell – What A Man | 3:31 |
| 17 | Rufus Thomas – Do The Funky Penguin (Pt.1) | 2:25 |
| 18 | Isaac Hayes – Hung Up On My Baby | 1:56 |
| 19 | The Mar-Keys – Never Love A Man | 3:22 |
| 20 | Eric Mercury – It's Time For Me To Love You | 1:07 |
| 21 | Big Ben Atkins – Solid Ground | 1:42 |

✕

## Credits

DJ Mix – Biz Markie

## Notes

Mixtape consisting of tracks from the Stax Label. Biz Markie talks over the tracks with various shoutouts.

## Barcode and Other Identifiers

Rights Society: JASRAC

## Reviews

Add Review

**Videos** ℹ Edit

Add video

**Lists** Add to List

Add to List

**Contributors**

Lloyd3776, JackVega, choan

Report Suspicious Activity

Ex 16 - 023

**About Discogs**

About Discogs

Discogs Digs

Careers

API

Status

**Help Is Here**

Help & Support

Forum

Keyboard Shortcuts

Database Guidelines

Discogs Shipping

Start Selling

**Join In**

Get Started

Record Stores

Contribute

Add Release

Contributor List

Help Translate

Visit Wantlister

Advertise With Us

**Follow Us**



© 2024 Discogs®

Cookies Settings

Cookie Policy

Terms of Service

Privacy Policy

California Privacy Notice

Accessibility Statement

English

Ex 16 - 024





Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Nobody Beats The Biz
:



Labeled View

### *Nobody beats the Biz.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393935 / 1988-12-02 |
| **Title:** | Nobody beats the Biz. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 8 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Antonio Hardy a.k.a. Big Daddy Kane, pseud., & Marlon Williams a.k.a. Marley Marl, pseud. |
| **Names:** | Markie, Biz |
| | Hardy, Antonio |
| | Williams, Marlon |
| | Cold Chillin' Music Publishing |



| Record Options | | |
|---|---|---|
| Select Download Format: ▾ | Format for Print/Save | |
| Enter your email address: | | Email |
| Save results for later: | Save To Bookbag | |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 026



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



**Labeled View**

*Biz is goin' off.*

| | |
|---:|:---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000465906 / 1990-06-05 |
| **Title:** | Biz is goin' off. |
| **Description:** | 1 videocassette. |
| **Performer:** | Music video performed by Biz Markie. |
| **Copyright Claimant:** | Warner Brothers Records, Inc. |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-04-11 |
| **Authorship on Application:** | Warner Brothers Records, Inc., employer for hire. |
| **Previous Registration:** | Words, music, and recording prev. reg. 1988, SR 91-116. |
| **Basis of Claim:** | New Matter: "all other cinematographic work." |
| **Names:** | Biz Markie. |
| | Warner Brothers Records, Inc. |



| **Record Options** | |
|:---|:---|
| Select Download Format: ▼  Format for Print/Save | |
| Enter your email address: | Email |
| Save results for later: Save To Bookbag | |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

**Ex 16 - 027**



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

---

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Vapors
:



---

Labeled View

***Vapors.***

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393932 / 1988-12-02 |
| **Title:** | Vapors. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 5 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Antonio Hardy a.k.a. Big Daddy Kane, pseud., Marlon Williams a.k.a. Marley Marl, pseud., & Biz Markie. |
| **Names:** | Markie, Biz |
| | Hardy, Antonio |
| | Williams, Marlon |
| | Cold Chillin' Music Publishing |



| Record Options | |
|---|---|
| Select Download Format: ▼ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: Save To Bookbag | |

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**Ex 16 - 028**



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



Labeled View

*What comes around, goes around / director, Lionel C. Martin.*

**Type of Work:** Entry Not Found
**Registration Number / Date:** PA0000528632 / 1991-07-23
**Title:** What comes around, goes around / director, Lionel C. Martin.
**Description:** 1 videocassette.
**Performer:** Music video performed by Biz Markie.
**Copyright Claimant:** Warner Brothers Records, Inc.
**Date of Creation:** 1991
**Date of Publication:** 1991-07-01
**Authorship on Application:** Warner Brothers Records, Inc., employer for hire.
**Basis of Claim:** New Matter: all cinematographic material except prev. pub. music, words, recording.
**Names:** Martin, Lionel C.
Biz Markie.
Warner Brothers Records, Inc.



| Record Options | |
|---|---|
| Select Download Format: ▾ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 029



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Pickin' Boogers
:



Labeled View

*Pickin' boogers.*

| | |
|---|---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393928 / 1988-12-02 |
| **Title:** | Pickin' boogers. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 1 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Antonio Hardy a.k.a. Big Daddy Kane, pseud., Marlon Williams a.k.a. Marley Marl, pseud., & Biz Markie. |
| **Names:** | Markie, Biz |
| | Hardy, Antonio |
| | Williams, Marlon |
| | Big Daddy Kane, pseud. |
| | Kane, Big Daddy, pseud. |
| | Marl, Marley, pseud. |
| | Marley Marl, pseud. |
| | Cold Chillin' Music Publishing |
| | Biz Markie. |



| Record Options | |
|---|---|
| Select Download Format: [ ▾ ] [ Format for Print/Save ] | |
| Enter your email address: | [ Email ] |
| Save results for later: [ Save To Bookbag ] | |



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Make The Music With Your Mouth, Biz
:



Labeled View

**Make the music with your mouth, Biz.**

| | |
|---:|:---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000393933 / 1988-12-02 |
| **Title:** | Make the music with your mouth, Biz. |
| **Appears in:** | Goin' off. Cold Chillin' 9 25675-2, c1988. 1 compact disc. selection no. 6 |
| **Publisher Number:** | Cold Chillin' 9 25675-2 |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-02-23 |
| **Authorship on Application:** | words and music: Marcel Hall, & Marlon Williams a.k.a. Marley Marl. |
| **Names:** | Markie, Biz |
| | Hall, Marcel |
| | Williams, Marlon |
| | Cold Chillin' Music Publishing |



| Record Options | |
|:---|:---|
| Select Download Format: ⌄ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 031



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0000455660
Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Just a friend.*

**Type of Work:** Music
**Registration Number / Date:** PA0000455660 / 1990-01-08
**Title:** Just a friend.
**Appears in:** The Biz never sleeps. 1 compact disc
**Performer:** Performed by the Diabolical Biz Markie.
**Copyright Claimant:** Cold Chillin' Music Publishing
**Date of Creation:** 1989
**Date of Publication:** 1989-10-10
**Authorship on Application:** words & music: Biz Markie.
**Copyright Note:** C.O. correspondence.
**Other Title:** The Biz never sleeps
**Names:** Markie, Biz
Cold Chillin' Music Publishing

◀ previous    next ▶

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾   Format for Print/Save |
| Enter your email address:             Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 032



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Spring Again
:



Labeled View

*Spring again.*

| | |
|---:|:---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000455659 / 1990-01-08 |
| **Title:** | Spring again. |
| **Appears in:** | The Biz never sleeps. 1 compact disc |
| **Performer:** | Performed by the Diabolical Biz Markie. |
| **Copyright Claimant:** | Cold Chillin' Music Publishing |
| **Date of Creation:** | 1989 |
| **Date of Publication:** | 1989-10-10 |
| **Authorship on Application:** | words & music: Biz Markie. |
| **Copyright Note:** | C.O. correspondence. |
| **Other Title:** | The Biz never sleeps |
| **Names:** | Markie, Biz |
| | Cold Chillin' Music Publishing |



| Record Options | |
|---|---|
| Select Download Format: ▼ | Format for Print/Save |
| Enter your email address: | Email |
| Save results for later: | Save To Bookbag |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 033



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = SR0000168556
Search Results: Displaying 1 of 1 entries

[◄ previous] [next ►]



*All samples cleared.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000168556 / 1993-07-14 |
| **Title:** | All samples cleared. |
| **Imprint:** | c1993. |
| **Publisher Number:** | Cold Chillin' 9 45261 2 |
| **Description:** | Compact disc. |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | © ℗ Warner Brothers Records, Inc. (employer for hire) |
| **Date of Creation:** | 1993 |
| **Date of Publication:** | 1993-06-22 |
| **Previous Registration:** | Some sounds preexisting. |
| **Basis of Claim:** | New Matter: photos & all other sounds. |
| **Contents:** | I'm the Biz Markie -- I'ma ugly nigga (so what) -- Young girl bluez -- Family tree -- Let me turn you on -- The gator (dance) -- Groovin' -- I'm singin' -- Hooker got a boyfriend -- Bad by myself -- Funk is back -- Thanks. |
| **Other Title:** | The gator(dance) |
| **Names:** | Biz Markie. |
| | Warner Brothers Records, Inc. |

[◄ previous] [next ►]

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format   Full Record ▾   [Format for Print/Save] |
| Enter your email address:   [Email] |

Ex 16 - 034



**Copyright**
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Database Name: Copyright Catalog (1978 to present) at DC4
: Simple Search = Biz Markie
:



Labeled View

***Busy doing nuthin'.***

| | |
|---:|:---|
| **Type of Work:** | Entry Not Found |
| **Registration Number / Date:** | PA0000675461 / 1993-12-02 |
| **Title:** | Busy doing nuthin'. |
| **Appears in:** | I need a haircut. Sound cassette |
| **Performer:** | Performed by Biz Markie. |
| **Copyright Claimant:** | WB Music Corporation, Cold Chillin' Music Publishing, Inc., Gypsy Joker Music |
| **Date of Creation:** | 1991 |
| **Date of Publication:** | 1991-08-27 |
| **Authorship on Application:** | words & music: Marcel Hall (Biz Markie) & Patrick O'Hearn. |
| **Previous Registration:** | Appl. states some material is preexisting. |
| **Basis of Claim:** | New Matter: new words & music. |
| **Names:** | Hall, Marcel |
| | O'Hearn, Patrick |
| | WB Music Corporation |
| | Cold Chillin' Music Publishing, Inc. |
| | Gypsy Joker Music |
| | Biz Markie |



| Record Options |
|:---|
| Select Download Format: ▾ [ Format for Print/Save ] |
| Enter your email address: [ Email ] |
| Save results for later: [ Save To Bookbag ] |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

Ex 16 - 035





