**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>    Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>    Defendants. | Case No.: 1:22-cv-00806 (CKK) |

**DECLARATION OF DAYNA COOPER, ESQ.**

I, Dayna Cooper, Esq., declare as follows:

1.    I am an adult and am competent to testify. If called to testify, I would testify consistently with this declaration.

2.    I have personal knowledge of the matters set forth in this declaration.

3.    To comply with this Court's rules, only relevant excerpted pages of the exhibits referenced in this declaration are attached. Complete copies are available upon request to counsel.

4.    Attached hereto as **Exhibit 14** is a true and correct copy of the estate's probate documents consisting of inventory summaries produced by Plaintiffs in this matter.

5.    Attached hereto as **Exhibit 15** is a true and correct copy of the office action refusal issued by the U.S. Patent and Trademark Office.

6.    Attached hereto as **Exhibit 16** are true and correct copies of records pulled from the U.S. Copyright Office compiled by my assistant under my direction along with internet

information compiled by me and my assistant with displaying information about the controlling parties.

      7.    Attached hereto as **Exhibit 17** is a true and correct copy of the tax-exempt letter from the IRS for Mrs. Hall's foundation

      8.    Attached hereto as **Exhibit 18** are true and correct copies of bank statements produced in this case.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2024          */s/ Dayna C. Cooper*
                                          Dayna C. Cooper, Esq.