Page 14

1  A  They ran the gamut. Retail shops,
2  the gardening shop, a lot of individual
3  contractors, like construction contractors.
4  Obviously Marcel and Jenni. A lot of individuals
5  that I know. Obviously a lot of people come to me
6  that know me. So I would say the rest of the
7  majority of the individuals. And then probably
8  four of them were companies.
9  Q  Okay. Were any of those individuals
10  or company musician-type clients?
11  A  Just -- just them.
12  Q  Okay. Is the answer the same of
13  whether any of the other companies were in the
14  entertainment industry or entertainment management
15  industry?
16  A  Same, same question -- or same
17  answer.
18  Q  All right. What type of accounting
19  services did you provide at NPC?
20  A  Mainly tax, bookkeeping. And then
21  general consulting, if somebody had a question, if
22  I could answer it. I never would speak to

Page 15

1  something -- even though I'm a CPA, people assume
2  that you know everything but --
3  Q  Sounds familiar.
4  A  -- you know -- you know how lawyers
5  are? So yeah, like only things in my realm. And
6  it really is dictated by situations. I can't give
7  you a list of like, "Oh, I know this, this, and
8  this." It's just certain things that I've had
9  exposure to and certain things that I have not.
10  Q  Okay. When you were doing all these
11  various types of work, was there anything that you
12  had done for the first time while you were working
13  at NPC?
14  A  For the first time? Occasionally,
15  there would be a form that I had not dealt with
16  that I would do research on prior. And if I
17  could -- you know, if I understood it well and knew
18  for certain that I had at least had exposure on
19  learning or on some level exposure to it, then I
20  would do it. But stuff that was out of my realm, I
21  would never take on. Like if I had zero exposure
22  and I couldn't speak to it, I wouldn't do it.

Page 16

1  Q  Okay. Prior to working at NPC, had
2  you done tax return work before?
3  A  Prior to NPC?
4  Q  Yeah.
5  A  I had done some intern-type work with
6  my school, but not on my own, by any means, no.
7  Besides my own and family and things like that.
8  Q  Okay. And you said you had done
9  bookkeeping-type work before as well.
10  A  Uh-huh.
11  Q  Is that right?
12  A  Uh-huh.
13  Q  Did you have any familiarity with
14  royalty statements or things of that nature?
15  A  I had had exposure to them through
16  certain -- like, not necessarily clients I was
17  working on at Ernst & Young, but you would
18  occasionally be brought in to confer on certain
19  other employee's clients, so I had definitely been
20  exposed to it, just not under my full control.
21  Q  Got you.
22  Okay. I'd like to switch gears now

Page 17

1  and talk to you about some of the -- establish some
2  of the people that we're going to be talking about.
3  A  Uh-huh.
4  Q  So the first person is Marcel Hall,
5  professionally known as Biz Markie. Are you
6  familiar with this individual?
7  A  I am.
8  Q  ==Did you ever meet Mr. Hall?==
9  A  ==Not in person, but we have spoken on==
10  ==the phone multiple times.==
11  Q  Okay. And you said multiple times,
12  do you know about how frequently that was?
13  A  Oh, it wasn't super frequently by any
14  means. And when the discussions were on the phone,
15  they were group calls. It was never like he called
16  me or I called him, it was a congregation of a
17  call, it wasn't directly between the two of us.
18  Q  Who else would have been on that
19  call?
20  A  Jenni and -- I'm sorry. Go ahead.
21  Q  Sorry. I was just saying "those
22  calls" rather.

5 (Pages 14 - 17)