IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## SUPPLEMENTAL DECLARATION OF TARA HALL

I, Tara Hall, hereby declare:

1. I am over the age of 18 years old and have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. I have known Marcel Theo Hall ("Mr. Hall") since 2003 and married him in 2018.

3. Mr. Hall has no children and his parents predeceased him.

4. At the time of Mr. Hall's death, Jennifer Izumi ("Ms. Izumi"), operating under Mr. Hall's power-of-attorney, possessed a list of his assets that were not physical personal property, that I had to obtain from her to be able to prepare the asset inventory for the estate proceedings in the Prince George's County Orphan's Court.

5. In the list of such property provided by Ms. Izumi, through her counsel, she did not include the "Biz Markie" trademark. *See* Exhibit 1 attached hereto.

6. In preparing the asset inventory, I, to an extent, relied upon the representations from Ms. Izumi and her counsel.

7. Partially as a result of that reliance, and partially as a matter of simple oversight, I unintentionally omitted the trademark "Biz Markie" from the asset inventory filed with the Prince George's County Orphan's Court in Mr. Hall's estate proceedings.

8. Intellectual property was not a specifically identified type of property on the court forms.

9. I am in the process of investigating how to amend that asset inventory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2025

_____
Tara Hall

2

# Exhibit 1

to Exhibit L

(filed under seal)