## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, <br><br> Plaintiff, <br><br> v. <br><br> BIZ MARKIE, INC., *et al.*, <br><br> Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## <u>DECLARATION OF PETER C. NANOV</u>

I, Peter C. Nanov, hereby declare:

1.      I am over the age of 18 years old and have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2.      I am counsel of record for the Plaintiff.

3.      Attached hereto as Exhibit 1 is a true and accurate copy of a promotion article by SiriusXM obtained from the publisher's website at: https://www.siriusxm.com/blog/dont-miss-legendary-hip-hop-artist-biz-markies-new-show-on-rock-the-bells-radio (last visited on January 13, 2025)

4.      Attached hereto as Exhibit 2 is a true and accurate copy of an online recreation of an article from 1988 in the New York Times obtained through an internet archive of the newspaper's website at:

https://web.archive.org/web/20150525092244/https://www.nytimes.com/1988/11/21/arts/reviews-music-disk-jockeys-and-rappers-at-apollo.html (last visited on January 13, 2025).

5.      Attached hereto as Exhibit 3 is a true and accurate copy of an online recreation of an article from 1992 in the Los Angeles Times obtained from the newspaper's website at:

https://www.latimes.com/archives/la-xpm-1992-01-01-ca-1136-story.html (last visited on January 13, 2025).

6.       Attached hereto as Exhibit 4 is a true and accurate copy of a photo captioned "Rapper Biz Markie performs during the 2008 VH1 Hip Hop Honors show in New York, October 2, 2008.  REUTERS/Lucas Jackson" obtained from at: https://clture.org/rapper-biz-markie-performs-during-the-2008-vh1-hip-hop-honors-show-in-new-york/ (last visited on January 13, 2025).

7.      Attached hereto as Exhibit 5 is a collection of true and accurate copies of photographs captioned "Rap singer Biz Markie performs for fans during halftime of the Phoenix Suns Denver Nuggets Phoenix Suns in the third fourth quarter of the Nuggets' 105-99 victory in an NBA basketball game in Denver on Saturday, Dec. 12, 2009. (AP Photo/David Zalubowski)" obtained from https://www.alamy.com/rap-singer-biz-markie-performs-for-fans-during-halftime-of-the-phoenix-suns-denver-nuggets-phoenix-suns-in-the-third-fourth-quarter-of-the-nuggets-105-99-victory-in-an-nba-basketball-game-in-denver-on-saturday-dec-12-2009-ap-photodavid-zalubowski-image525353321.html (last visited on January 13, 2025).

8.      Attached hereto as Exhibit 6 is a true and accurate copy of an article from Penn Live / Patriot-News obtained from the publisher's website at:

https://www.pennlive.com/go/2011/10/biz_markie_follows_new_beat_wi.html (last visited on January 13, 2025).

9.      Attached hereto as Exhibit 7 is a true and accurate copy of a promotional poster for a performance by Biz Markie at the Indulge Nightclub on November 4, 2011, obtained from

an internet archive at:

https://web.archive.org/web/20201025103927/https://fabglance.com/2011/11/03/event-lovenoise-present-biz-markie-at-indulge-nightclub-1142011/ (last visited on January 13, 2025).

10.    Attached hereto as Exhibit 8 is a true and accurate copy of a shortform article from publisher Vulture containing a photograph of Hall in 2009, obtained from the publisher's website at: https://www.vulture.com/2011/11/watch-biz-markie-ode-to-unfriend-day.html (last visited on January 13, 2025).

11.    Attached hereto as Exhibit 9 is a true and accurate copy of an article from RealClearPolitics, obtained from the publisher's website at:

https://www.realclearpolitics.com/articles/2009/05/12/william_mcauliffe_campaign_96458.html (last visited on January 13, 2025).

12.    Attached hereto as Exhibit 10 is a true and accurate screenshot of an article from Entertainment Weekly, obtained from the publisher's website at:

https://ew.com/article/2011/11/18/biz-markie-national-unfriend-day/ (last visited on January 13, 2025).

13.    Attached hereto as Exhibit 11 is a true and accurate copy of an article from the Huffington Post from 2013, obtained from the publisher's website at:

https://www.huffpost.com/entry/biz-markie-livingsocial-class_n_3275081 (last visited on January 13, 2025).

14.    Attached hereto as Exhibit 12 is a true and accurate copy of an article from West Side Gazette from 2012, obtained from the publisher's website at:

https://thewestsidegazette.com/doug-e-fresh-and-biz-markie-round-out-new-halftime-experience-for-famu-football-season/ (last visited on January 13, 2025).

15.     Attached hereto as Exhibit 13 is a true and accurate copy of an article from NPR from 2013, obtained from the publisher's website at:

https://www.npr.org/sections/therecord/2013/05/01/180375856/20-years-ago-biz-markie-got-the-last-laugh (last visited on January 13, 2025).

16.     Attached hereto as Exhibit 14 is a true and accurate copy of a promotional poster obtained from: https://www.sneakerfreaker.com/news/biz-markie-down-under/ (last visited on January 13, 2025).

17.     Attached hereto as Exhibit 15 is a true and accurate copy of a promotional poster obtained from: https://lataco.com/ultimate-breaks-beats-biz-markie-november-23-echoplex (last visited on January 13, 2025).


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 14, 2024

_____

Peter C. Nanov

# Exhibit 1

## to Exhibit M

CELEBRITY HOSTS   ENTERTAINMENT   HIP-HOP/R&B   MUSIC   POP CULTURE

# Don't miss legendary hip-hop artist Biz Markie's new show on Rock The Bells Radio

The "Clown Prince of Rap" is joining LL COOL J's Rock The Bells Radio (Ch. 43) to share exclusive stories, hilarious memories, and other iconic hip-hop moments.

 **by:** SiriusXM Editor     February 10, 2020



Hold on to your boomboxes — classic hip-hop fans have yet another reason to tune into LL COOL J's Rock The Bells Radio (Ch. 43) and its authentic, unadulterated takes on the genre. Get friendly with Biz Markie as he adds radio host to his ever-growing résumé (including everything from hip-hop legend to TV personality).

Dubbed the "Clown Prince of Rap," Biz Markie will be celebrating classic music moments and sharing laugh-out-loud stories **every Monday through Friday** from **1pm** to **4pm ET**, starting **Wednesday, February 12**. Catch *Biz Markie on Rock The Bells Radio* for your daily fill

10/24/24, 2:10 PM
Don't miss legendary hip-hop artist Biz Markie's new show on Rock The Bells Radio | SiriusXM
Case 1:22-cv-00806-CKK    Document 94-2    Filed 09/30/25    Page 7 of 59

of tales that will transport you back to some of the most innovative days of hip-hop as though they never left, as well as his take on modern culture.





CLICK HERE TO STREAM
LL COOL J's ROCK THE BELLS RADIO

Since popping off in the mainstream music scene with the certified platinum hit "Just a Friend," Biz Markie has stretched his talent far beyond that of a mere triple-threat. Whether beatboxing on *Yo Gabba Gabba* or flexing camera capabilities in a Radio Shack commercial, his presence in pop culture has been undeniable, and his on-air anecdotes are sure to exhibit this fact.

# Exhibit 2
## to Exhibit M

The Wayback Machine - https://web.archive.org/web/20150525092244/http://www.nytimes.com/1988/11/21/arts/reviews-music-disk-jockeys-and-rappers-at-apollo.html

## The New York Times

# Arts

Search All NYTimes.com   [ ] Go

WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS

ART & DESIGN   BOOKS   DANCE   MOVIES   MUSIC   TELEVISION   THEATER   VIDEO GAMES   EVENTS   INTERNATIONAL ARTS

# Reviews/Music; Disk Jockeys and Rappers at Apollo

By PETER WATROUS
Published: November 21, 1988

The Juice Crew All-Star Show at the Apollo Theater on Friday night sputtered and fizzled a bit at first. But when it caught fire, with the arrival of the rapper Biz Markie, it stayed lighted until the rapper Big Daddy Kane left the stage at the end of the concert, more than an hour and a half later.

The first show of a national tour, the concert featured rappers and disk jockeys associated with the Cold Chillin' record label, along with a stream of extraordinary dancers. Opening with a virtuoso set of improvisation, five disk jockeys - D. J. Polo, D. J. Cool V, Marley Marl, Mister Cee and Chilly Q - went at it with their turntables over a monster of a beat.

All five had distinct styles and sounds, and they all took solo spots, flashing phrases from records to the audience and scratching records to create thick patterns of percussion.

After a break, and a few bargain-basement rappers that had the crowd booing, the curtain rose to exhibit a huge nose, out of which Biz Markie slid. He is a big, goofy, anarchic performer who immediately had the crowd deep in euphoria and singing "Go Bismark, Go Bismark"; the audience and the performer became one. He knows how to get an audience going, and the performances of his hits, short and compact, were always framed by his involving the crowd in games or chants; "Leave that crack alone" was one.

He also did his human beat box routine, where he'd use his voice to sound like an electronic drum machine or a sampling keyboard. He's become sophisticated with the technique, and at times he'd create the impression that several lines were appearing simultaneously, as if he were a rap version of the solo singer Bobby McFerrin.

Where Biz Markie is an outrageous comic performer, Big Daddy Kane, who was lowered onto a Roman villa-style set from the ceiling, is mostly serious. Though the show was sabotaged by a faulty sound system, his set was intense and fevered. His dancers, Scrap Lover and Scoop Lover, constantly in motion, framed Mr. Kane's pacing the stage.

Mr. Kane's raps run from black pride to boasting, and his delivery, meaningful, urgent and convinced of its authority, was electrifying to the audience. And the audience members, which ranged from preteen-agers to middle-aged listeners, were on their feet for much of the show.

FACEBOOK    TWITTER    GOOGLE+    EMAIL    SHARE

FACEBOOK

TWITTER

GOOGLE+

EMAIL

SHARE

PRINT

REPRINTS

MOST EMAILED      RECOMMENDED FOR YOU

1. **Pink Slips at Disney. But First, Training Foreign Replacements.**

2. **The Woman Behind Caitlyn Jenner's Vanity Fair Cover**

3. **Boston Terror Suspect's Shooting Highlights Concerns Over Reach of ISIS**

4. **The Agency**

5. **Raving Sober: Remembering Last Night in the Morning**

6. **Jeb Bush, Taking His Time, Tests the Legal Definition of Candidate**

7. **Caitlyn Jenner, Formerly Bruce, Introduces Herself in Vanity Fair**

8. LENS
   **Girls Rule in an Indian Village**

9. **Huffington Post in Limbo at Verizon**

10. OP-ED CONTRIBUTORS
    **When a School Board Victimizes Kids**

Log in to discover more articles based on what you've read.

Log In | Register Now     What's This? | Don't Show

ELSEWHERE ON NYTIMES.COM



**"I always wanted to live a man's life in a woman's body"**

36 hours in Key West, Fla.

Sign up for the Times Video newsletter

Case 1:22-cv-00806-CKK    Document 94-2    Filed 09/30/25    Page 10 of 59

**The New York Times**
**Memorial Day Sale**
SAVE 50% FOR 26 WEEKS
ON A TIMES SUBSCRIPTION    ENDS MAY 26

© 2015 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback

# Exhibit 3
## to Exhibit M

## Los Angeles Times

MUSIC

# Songwriter Wins Large Settlement in Rap Suit : Pop music: Following a court ruling, Biz Markie and Warner Bros. agree to pay Gilbert O'Sullivan for rapper's 'sampling' of 'Alone Again (Naturally).'

**By CHUCK PHILIPS**

Jan. 1, 1992 12 AM PT

SPECIAL TO THE TIMES

Rapper Biz Markie and Warner Bros. Records have agreed to pay songwriter Gilbert O'Sullivan a "substantial" financial payment to resolve a copyright infringement lawsuit by the former British pop star, sources close to the case said Tuesday.

O'Sullivan filed the suit Nov. 13 in New York charging that "Alone Again," a song on Markie's "I Need a Haircut" album, contains an unauthorized 20-second slice of--or "digital sample" of--O'Sullivan's 1972 hit "Alone Again (Naturally)."

Monday's settlement follows a Dec. 18 ruling in New York federal court by Judge Kevin Thomas Duffy stating that Markie and Warners violated U.S. copyright law.

' "Thou shalt not steal' has been an admonition followed since the dawn of civilization," Duffy wrote in the six-page ruling. ""Unfortunately, in the modern world of business this admonition is not always followed."

"Sampling" is the term applied to the widespread practice in rap and dance music circles of lifting portions of a record and using it again in a new record. Sometimes a track on an album will include up to a dozen or more samples. Some of the samples--such as the

O'Sullivan tune--are easily identifiable to the average listener, while some are more obscure instrumental riffs or percussion sequences that are more anonymous.

Among the most celebrated instances of rap acts using well-known "samples" are Hammer's "U Can't Touch This," which used a portion of Rick James' "Super Freak," and De La Soul's use of the Turtles' "You Showed Me."

In some cases, the acts pay record companies and artists for the use of the "sample," but in other cases--such as, apparently, the Biz Markie recording--the acts just use the "sample."

Warners ran an advertisement in the Jan. 4 issue of Billboard magazine requesting that retailers stop selling the album and "promptly" return all unsold copies.

The unprecedented ad said, "It is imperative that you immediately adhere to this order or risk serious adverse legal consequences, both civil and criminal in nature."

ADVERTISEMENT

The company stopped shipping "I Need a Haircut" on Nov. 26, following a temporary restraining order issued by the New York court. Nearly 200,000 albums were reportedly shipped since the album was released Aug. 23.

1/13/25, 6:02 PM    Songwriter Wins Large Settlement in Rap Suit Thompkins; Following court ruling, Markie and Warner Bros agree to pay Gilb…

Case 1:22-cv-00806-CKK    Document 94-2    Filed 09/30/25    Page 14 of 59

While terms of the settlement are confidential under the agreement, sources close to the case revealed that Warners also reportedly consented to remove the song from any new pressings of the album. Representatives for Markie and Warners could not be reached for comment.

While refusing to discuss the specifics of the settlement, Jody Pope--an attorney from the New York firm of Carro, Spanbock, Kaster & Cuiffo that represents O'Sullivan--predicted that his client's case will have a dramatic effect on the future of "sampling."

"Sampling is a euphemism that was developed by the music industry to mask what is obviously thievery," Pope said in a phone interview on Tuesday. "This represents the first judicial pronouncement that this practice is indeed theft."

Some rap and hip-hop supporters, including Dan Charnas, director of hip-hop A&R; and promotion at Burbank-based Def American Records, criticized Duffy's ruling. In an interview with The Times last month, he said it's difficult to apply conventional pop copyright laws to rap because there is artistry in taking the electronic samples of existing work and then putting them into new, creative contexts.

"They're going to kill hip-hop music and culture," he warned. "Hip-hop is not traditional music making. I don't think the U.S. legal system or a federal judge (from an older generation) has the cultural capacity to understand this culture and how kids relate to it."

But other pop industry officials said that some sort of copyright protection is needed in the "sampling" world.

Mark Volman, of the Turtles, saluted Duffy's ruling.

"Sampling is just a longer term for theft," he said. "Anybody who can honestly say sampling is some sort of creativity has never done anything creative."

1/13/25, 6:02 PM  Songwriter Wins Judge Settlement in Rap Suit: Pop music: Following a court ruling, 2 Live Crew and Luke Records agree to pay Gilb…

Case 1:22-cv-00806-CKK   Document 94-2   Filed 09/30/25   Page 15 of 59

# More to Read

### Report: Adele's song to be pulled globally amid plagiarism case, Brazilian judge orders

Dec. 17, 2024



---

### T.I., Tiny awarded $71 million in lawsuit over toymaker MGA's OMG Fashion Dolls

Sept. 24, 2024



---

### The RIAA, villain of the Napster era, turns its sights on AI firms: 'It's a lot more fun now'

Aug. 7, 2024



---

Copyright © 2025, Los Angeles Times | Terms of Service | Privacy Policy | CA Notice of Collection | Do Not Sell or Share My Personal Information

# Exhibit 4
## to Exhibit M



Music ▾     Events (https://clture.org/events/)

Entertainment (https://clture.org/category/film-entertainment/)

Sports (https://clture.org/category/charlotte-north-carolina-sports/)

Food (https://clture.org/category/food/)

Community (https://clture.org/category/charlotte-community/)

Giveaways (https://clture.org/category/giveaways/)     About us ▾

# Rapper Biz Markie performs during the 2008 VH1 Hip Hop Honors show in New York



[(https://clture.org/wp-content/uploads/2016/01/biz-markie.jpg)](https://clture.org/wp-content/uploads/2016/01/biz-markie.jpg)

*Rapper Biz Markie performs during the 2008 VH1 Hip Hop Honors show in New York, October 2, 2008. REUTERS/Lucas Jackson (UNITED STATES) – RTX95ZD*

**What is CLTure? (https://clture.org/about/)**

**CLTure Ad Partnerships (https://clture.org/clture-ad-partnerships/)**

**Got news, tips, music? (mailto: info@clture.org)**

CLTure Email List

email address

Subscribe

   

(https://www.instagram.com/CLTure/)(https://twitter.com/CLTure)(https://www.facebook.com/CLTure)(https://www.tiktok.com/@cltureco)(https://www.youtube.com/@CLTure/shorts)

# Exhibit 5
## to Exhibit M

Rap singer Biz Markie performs for fans during halftime of the Phoenix Suns Denver Nuggets Phoenix Suns in the third fourth ...



Cart    Sign in

Search for images

Rap singer Biz Markie performs for fans during halftime of the Phoenix Suns Denver Nuggets Phoenix Suns in the third fourth quarter of the Nuggets' 105-99 victory in an NBA basketball game in Denver on Saturday, Dec. 12, 2009. (AP Photo/David Zalubow

Captions are provided by our contributors.

···



RM    ID: **2NEKWEH**                                            ⌄ **Preview**    ⊕ **Save**    ⌇ **Share**

Sorry this image isn't available for license in your territory, please **contact us** for more information.

ⓘ  Available for Editorial use only. ⓘ

**IMAGE DETAILS**
**People in this picture:**
Biz Markie
**Contributor:**
Associated Press / Alamy Stock Photo
**File size:**
60.2 MB (1.3 MB Compressed download) ⓘ
**Releases:**
Model - no | Property - no   **Do I need a release?**
**Dimensions:**
3744 x 5616 px | 31.7 x 47.5 cm | 12.5 x 18.7 inches | 300dpi
**Date taken:**
12 December 2009
**Photographer:**
David Zalubowski
**More information:**
This image could have imperfections as it's either historical or reportage.

Not available to licence for any broadcast or streaming service, video on demand, film, national newspaper or to create a NFT. This content is intended for editorial use only. For other uses, additional clearances may be required.

## Search stock photos by tags

🔍 arts and entertainment    🔍 basketball    🔍 celebrity    🔍 entertainment    🔍 mens basketball    🔍 mens sports

🔍 nba basketball    🔍 professional basketball    🔍 sports

## Similar stock images



1/13/25, 6:18 PM

Case 1:22-cv-00806-CKK   Document 104-2   Filed 09/30/25   Page 21 of 59

Rap singer Biz Markie performs for fans during halftime of the Phoenix Suns Denver Nuggets Phoenix Suns in the third fourth …



**390,770,705 stock photos, 360° panoramic images, vectors and videos**

Changing the world one image at a time.

English

## Get great features with your free account

Create your free account

**Create account now**

### Our company

About us

Careers

Alamy Blog

Sitemap

### Buying from alamy

Our Licenses

Browse by category

Enterprise

Fresh picks

Video

Live news feed

Alamy API

### Sell your content

Become a contributor

Contributor help page

Contributor contract

### Support

Contact us

FAQ

Rap singer Biz Markie performs for fans during halftime of the Phoenix Suns Denver Nuggets Phoenix Suns in the third fourth …



## Get inspired for your next project!

subscribe to our newsletter now

| Email address | Sign Up |

Terms and conditions  |  Copyright complaints  |  Rights and Clearance  |  Cookie Preferences

Alamy and its logo are trademarks of Alamy Ltd. and are registered in certain countries. Copyright © 13/01/2025 Alamy Ltd. All rights reserved.

# Exhibit 6
## to Exhibit M



Subscribe

Advertisement

# Biz Markie follows new beat with show for preschoolers

Updated: Oct. 04, 2011, 3:16 p.m. | Published: Oct. 04, 2011, 2:16 p.m.

   

**By Julia Hatmaker | jhatmaker@pennlive.com**



Markie performs in "Yo Gabba Gabba! Live!"

**Neilson Barnard, Getty**     Biz

Beat boxer Biz Markie rose to fame in 1989 with his hit song "Just a Friend." More than 20 years later, he is training a new legion of beat boxers through "Yo Gabba Gabba!," a show for pre-schoolers in which he performs "Biz's Beat of the Day." Here, he talks about the beats and the show.

Got Detroit Lions fever, but no tickets? The Downtown Windsor BIA has a c

**Q: What's the best part of doing the "Yo Gabba Gabba" show?**

A: The best part is like all of us together being as a family and seeing the smiles on the families' faces as they see us perform.

Advertisement

**Q: How has hip-hop changed since you began in the '80s?**

A: It got more digital, instead of being raw. Hip-hop started getting more corporate. It hasn't really been about the DJ, the beat box or the rawness of the record. It's gotten to be just about the rapper and how much money that he makes.

**Q: What's the most difficult move to pull off when you beat box?**

A: Humming and doing the beat at the same time.

**Q: What's your favorite beat boxing move?**

A: My bass, my bass drum.

Advertisement

**Q: Is it very different performing for kids?**

A: As a person, I've always been kid-friendly anyway. I just hope that they just know me and remember me.

**Q: What advice would you offer to the kids who are watching your performance?**

A: Just be yourself and follow your dreams. Believe in yourself and believe in God, and it will happen. Just do hard work. Never give up, just keep going.

**RECOMMENDED  •  PENNLIVE.COM**

**Lamar Jackson and Josh Allen will face off for berth in AFC title game** Jan. 12, 2025, 8:24 p.m.

**Tottenham avoids FA Cup shock with extra-time win as Man United beats Arsenal on penalties** Jan. 12, 2025, 1:11 p.m.

**Q: What's next for you, Biz?**

A: I'm thinking about making an album, but it ain't all together.

**IF YOU GO**
**WHEN:** 2 p.m. and 5 p.m. Sunday
**WHERE:** Hershey Theatre, 15 E. Caracas Ave., Derry Twp.
**COST:** $30.75, $36.75, $45.75
**INFO:** www.hersheytheatre.com; 717-534-3405

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

# Exhibit 7
## to Exhibit M

The Wayback Machine - https://web.archive.org/web/20201025103927/https://fabglance.com/2011/11/03/event-lovenoise-present-biz-markie-...

# FABGLANCE



# EVENT: Lovenoise present BIZ MARKIE at Indulge Nightclub, 11/4/2011



**(https://web.archive.org/web/20201025103927/http://i67.photobucket.com/albums/h284/lovenoise/lovenoise%20album%202/image001.jpg)**
A monthly celebration of true hip hop? Presented by the Lovenoise Group? Bringing in **Biz Markie (https://web.archive.org/web/20201025103927/http://twitter.com/#%21/BizMarkie)** to kick off the event? This sounds like a great event! Make sure to check out this cool event, that is sure to delight the mature crowd. If you've never heard Biz Markie, you are in for a treat, he's one of the best hip hop DJs around – this guy knows his music! Click the link below for tickets:

**CLICK HERE TO PURCHASE TICKETS (https://web.archive.org/web/20201025103927/http://fla.vor.us/wafform.aspx?_act=eventview&_pky=109876)**

**NOVEMBER 3, 2011**



# Exhibit 8
## to Exhibit M

**TV** | NOV. 18, 2011

# Watch Biz Markie and Friends Sing Ode to Facebook Unfriend Day

*By Sarah Bennett and Caroline Shin*



SUBSCRIBE



Biz Markie during the White House Correspondents' dinner after party hosted by Capitol File at Corcoran Gallery of Art on May 9, 2009 in Washington, DC. Photo: Jason Kempin/2009 Getty Images

Biz Markie, joined by Kaley Cuoco, Paul Scheer and Drew Carey, honored Facebook Unfriend Day in song on *Jimmy Kimmel Live*. Hey, if Biz can use "Just a Friend" to sell cars in Boston, why not make it "Just an Unfriend" for Jimmy?

# Exhibit 9
## to Exhibit M



Polls   Election 2014   Election 2016   Video   Changing Lanes   Writers   Cartoons   Links   Events   Newsletters   Photos   Twitter

Policy   Markets   World   Defense   Science   Tech   History   Religion   Sports   Education   Energy   Books

ADVERTISEMENT

# Black Eyed Pea Rocks Virginia Campaign Trail

**By Kyle Trygstad** - May 12, 2009

 Share

 ✉ Email   🖨 Print   Comments

ARLINGTON, Va. -- Seeking "young professionals" and the "young-at-heart," Virginia gubernatorial candidate Terry McAuliffe held a fundraiser last night at a Northern Virginia club, featuring hip-hop stars Will.i.am and Biz Markie.

Will.i.am, a member of the Black Eyed Peas, appeared at four campaign stops and did some eight radio interviews yesterday with McAuliffe, who's hoping some star power will boost youth turnout in the June 9 Democratic primary. While an event in Norfolk earlier in the day drew just 30 people, a few hundred attended the event last night -- which charged $20 to get in, and $500 for a VIP reception beforehand.

Biz Markie served as disc jockey for most of the event, until Will.i.am took over the turntables for the last hour or so. During a press gaggle in the basement before appearing on stage, McAuliffe and Will.i.am could hardly hear reporters' questions as the bass boomed from the ceiling.

Calling McAuliffe a "wonderful guy," Will.i.am said he believes McAuliffe "as governor will bring the jobs to Virginia" and that he wished McAuliffe was running in California, where he lives.

After working together for John Kerry's presidential bid in 2004," Will.i.am said he and McAuliffe "went our separate ways since then -- he supported Hillary Clinton, I supported Barack Obama. But that didn't change how I felt about Terry."

Introducing McAuliffe to the stage, Biz sang his classic hit "Just a Friend" but altered the lyrics to fit the moment. "Oh baby you/Got what I need/Because Terry is our friend/Because Terry is our friend/Oh baby you!"

"The Republicans, they're upset," McAuliffe told the crowd, citing the GOP's losses in Virginia last year. "They say, 'This is our chance. If we win, it sets us up for 2010, and that sets us up for 2012.' "

Saying the November 2009 general election will be a tough race that Democrats need to win, McAuliffe touted a campaign volunteer roster of 4,000 and a "campaign no one's seen before."

Prior to that, McAuliffe will need to boost turnout to get through the primary against Brian Moran and Creigh Deeds -- both veterans of state politics. McAuliffe, the ultimate Washington insider who now refers to himself as a Richmond "outsider," is admittedly new to the Virginia political landscape, as well as its voters.

*Kyle Trygstad is a Washington correspondent for RealClearPolitics. Email him at: kyle@realclearpolitics.com. Follow him on Twitter @KyleTrygstad.*

**Related Topics:** Terry McAuliffe

 Share

 ✉ Email   🖨 Print   Comments

## Kyle Trygstad
Author Archive



FOLLOW REAL CLEAR POLITICS

LATEST ON TWITTER

More Tweets »

About Us | Contact | Advertise | Privacy Policy  © RealClearPolitics 2014

# Exhibit 10
## to Exhibit M

**Entertainment**

TV   MOVIES   MUSIC   WHAT TO WATCH   BINGE   CELEBRITY   THE AWARDIST   BOOKS   2025 PREVIEW

TV  >  ARTICLE

# Facebook anthem: Jimmy Kimmel and Biz Markie 'Just Unfriend'

By **Lanford Beard** | Published on November 18, 2011 04:10PM EST

   



Yesterday was the second annual National Unfriend Day, organized by funnyman Jimmy Kimmel, and Biz Markie stopped by *Jimmy Kimmel Live!* to do a real-time update on his 1989 classic "Just a Friend." Drew Carey, Kaley Cuoco, and Paul Scheer joined in with some "your friend" riffs on the "yo' mama" jokes at the start of the original video. Markie's cape and Mozart wig also made cameos. See the trailblazing piano rap anthem in its 2011 incarnation below.

# Exhibit 11
## to Exhibit M

Case 1:22-cv-00806-CKK   Document 94-2   Filed 09/30/25   Page 39 of 59

**WHAT'S HOT**



**Incoming Trump Team Is Questioning National Security Council Staff Over Loyalty**



**Melania Trump Reveals Where She Plans To Live During Her Husband's Presidency**



**Judge Clears Way For Release Of Special Counsel Report On Jan. 6 Riot**



**NBC News Star Tells Other Media Outlets He's Leaving Network: Report**



**Don Lemon Has Blunt Message For Dems Over Obama's 'Cringey' Exchange With Trump**



**My Husband Almost... For Medical Help, I Response.**

---

*HUFFPOST*

🔔  Log In   Support Us

The Free Press Is Under Attack. We Need Your Help.  See More

DC  BIZ MARKIE  LIVINGSOCIAL  LIVING SOCIAL

# Biz Markie LivingSocial Class: Rapper To Teach DJing In Washington, D.C.

Biz Markie's New Living Social Deal Is Just What You Need

By Will Wrigley

May 14, 2013, 05:24 PM EDT

       LEAVE A COMMENT

Were you unable to "get what you need" in rapper Biz Markie's LivingSocial cooking class?

LivingSocial is giving you another chance to become an apprentice to the "Just A Friend" rapper by taking yet another class. This time it will be all about DJing, something that may make more sense to learn from someone who has taken many turns spinning records -- or in this case, lining up MP3s.

Here's LivingSocial's sales pitch:



*DJing used to be all about vinyl, but these days the MP3 reigns supreme. With this experience from LivingSocial's 918 F Street, hone your digital DJing skills with acclaimed rapper and TV personality Biz Markie. The hip-hop laureate will put on an intimate DJ showcase, demonstrating how to use the equipment to mix beats with the best of them. Using a state-of-the-art Stanton SCS.4DJ Mixstation with Stanton headphones, you'll scratch like a pro to create your own perfect mix. You'll walk away with a thumb drive containing your five unique mash-ups, plus a bonus pre-recorded shoutout from Biz himself. Forget remixing, this deal has got what you need.*

Biz Markie's healthy cooking classes, also held at the LivingSocial F Street space, were a tremendous success -- slots for the classes, offered in December 2012, sold out rather quickly.

The deal-of-the-day website, which was hacked in April, is giving its members ten chances to check out the rapper's DJing class with dates in May and June.

---

**We Need Your Support**

Other news outlets have retreated behind paywalls. At HuffPost, we believe journalism should be free for everyone.

Would you help us provide essential information to our readers during this critical time? We can't do it without you.

Can't afford to contribute? Support HuffPost by creating a free account and log in while you read.

SUPPORT HUFFPOST

Already contributed? Log in to hide these messages.

---

Markie, who was featured searching for a D.C. home on "Celebrity House Hunting" in 2012, has been entertaining people on the web via his Amazon.com reviews of cooking guides. Most recently, he gave low marks to "The Art of Fermentation: An In-Depth Exploration of Essential Concepts





and Processes from Around the World" by Sandor Katz, explaining that the book was, "Not at all what I expected or hoped for."

## RELATED

DC    BIZ MARKIE    LIVINGSOCIAL    LIVING SOCIAL

‹ GO TO HOMEPAGE    🔖  f  ✉    LEAVE A COMMENT

Suggest a correction    |    Submit a tip

---

AdChoices ▷                    Sponsored

## FROM OUR PARTNER



# Exhibit 12
to Exhibit M

Case 1:22-cv-00806-CKK   Document 94-2   Filed 09/30/25   Page 43 of 59

Doug E. Fresh and Biz Markie round out new halftime experience for FAMU football season - The Westside Gazette

# Doug E. Fresh and Biz Markie round out new halftime experience for FAMU football season

Case 1:22-cv-00806-CKK    Document 94-2    Filed 09/30/25    Page 44 of 59



**Doug E. Fresh and Biz Markie**

1/13/25, 7:06 PM

Case 1:22-cv-00806-CKK    Document 94-3    Filed 09/30/25    Page 45 of 59
Doug E. Fresh and Biz Markie round out new halftime experience for FAMU football season - The Westside Gazette



**Doug E. Fresh and Biz Markie**

**Doug E. Fresh and Biz Markie round out new halftime experience for FAMU football season**

**Submitted by Vaugh Wilson**

**TALLAHASSEE, FL** – The 2012 football season has taken on a special meaning for Florida A&M University (FAMU) in celebration of 125 years of excellence. As a countdown to the celebratory events, each football game this season has delivered an unprecedented enhanced football experience with half-time performances by major recording artists, special game themes and Old School vs. New School DJ battles. The halftime show for the homecoming game and final home game of the season on Saturday, Nov. 10 2012 against North Carolina Central University will be enhanced featuring the legendary Doug E. Fresh and Biz Markie, both of whom will keep the crowd energized with DJ battles throughout the entire game.

"Homecoming is usually a big celebration at FAMU where alumni and supporters come from all over the country to celebrate, and this year marks an exciting time for FAMU and the Rattler football squad as we celebrate 125 years," shares Derek Horne, FAMU athletics director. "Our football season has been marked by a brand new energy and theme and on-field entertainment for each of our home games, and we look forward to having our fans cheer our players on to victory as we celebrate our history at FAMU."

In addition to the enhanced homecoming game experience, the entire weekend lineup will include alumni reunions, pre-game activities and other celebratory events including alumni recognitions at the President's Gala.

FAMU athletics partnered with Visit Tallahassee this football season to deliver a marketing program to focus on driving game attendance and overnight stay while creating value and an enhanced game experience for fans.

For more information, visit FAMUAthletics.com or call (850) 599-3868.

# Exhibit 13
## to Exhibit M



**Play Live Radio**

LISTEN LIVE

PLAYLIST



DONATE

 music    **Best Music of 2024**    **All Songs Considered**    **Tiny Desk**    **Music Features**    Liv

The **Record**

---

THE RECORD

# 20 Years Ago Biz Markie Got The Last Laugh

MAY 6, 2013 · 12:50 PM ET

Oliver Wang



Biz Markie in costume in the gatefold of the LP version of *All Samples Cleared!*
*Courtesy of Cold Chillin' Records/Warner Bros.*

In the late 1980s, no clique in New York seemed more dominant than the Juice Crew. Assembled by producer Marley Marl, the group's core included the larger-than-life spectacle that was Big Daddy Kane, the slippery tongued Masta Ace, the profanely prickly Roxanne Shante and the clown prince, Biz Markie. By 1993

Case 1:22-cv-00806-CKK Document 94-2 Filed 09/30/25 Page 48 of 59



though, the Crew's ascendency was on the wane, with Kane and Shante both in mid-career slumps and Ace off building a new family around him, The I.N.C. As for Biz, he was content to be surviving, especially after two years of legal hell.

His 1993 album, *All Samples Cleared!,* was neither his most successful nor most critically acclaimed, but its mere existence was a triumph of sorts, with Biz waggling his famous tongue in celebration. To understand all this, we need to go back a couple years, to his 1991 album *I Need a Haircut,* and, more specifically, the song "Alone Again."

Case 1:22-cv-00806-CKK   Document 24-2   Filed 09/30/25   Page 49 of 59



Biz Markie - Alone Again

*YouTube*

Thematically, "Alone Again," is like other Biz songs where he sets himself up as a "lovable loser," the kind of guy whose friends ditch him to hang out with girls or who rocks a show only to have to walk home by himself after. Musically, "Alone Again," samples several bars of the familiar piano riff from Gilbert O'Sullivan's 1972 hit, "Alone Again (Naturally)" and Biz sings part of O'Sullivan's hook for his own chorus (off-key, naturally). On the surface, "Alone Again," seemed to follow a very similar template to Markie's biggest hit, 1989's "Just a Friend" which also riffed off a piano loop and song hook borrowed from Freddie Scott. Behind the scenes though, a storm began to brew.

When sampling technology and practices became hip-hop's musical blueprint in the late 1980s, the business and legal rules were a thoroughly gray area. Since the techniques created digital copies of source material, copyright holders could argue that unauthorized sampling violated their intellectual property. Those doing the sampling could argue they were repurposing fragments of recorded music to create something entirely new. Up until 1991, disputes around whose argument carried more weight tended to be settled outside of court. This is where Biz comes back in.

In 1991, O'Sullivan sued Markie over the "Alone Again" sample. This case came hot on the heels of a $1.7 million settlement between members of '60s rock group The

Turtles and the rap group De La Soul all stemming from a few seconds of a Turtles' song sampled by De La. With the O'Sullivan/Markie case, one complication was that Markie and his label did initially try to clear the sample through O'Sullivan but when the singer-songwriter declined to do so, the label released the song anyway. This set up the eventual legal showdown which, unlike the previous cases, didn't get settled out-of-court but instead, ended up being decided by judge Kevin Duffy in a far-reaching decision for future sampling practices.



*Courtesy of Cold Chillin'/Warner Bros*

Case 1:22-cv-00806-CKK    Document 84-2    Filed 09/30/25    Page 51 of 59

Duffy found Biz Markie guilty of infringing on O'Sullivan's copyright, ordered the rapper to pay $250,000 in damages, barred Markie's label (Warner Brothers) from continuing to sell either the single or album and, most astoundingly, referred the matter to *criminal* court, on the grounds that Markie was liable for theft. (The rapper was never charged.) Duffy's decision permanently altered the landscape for sampling, not so much curtailing it — sampling is still popular after all — but changing the creative and business practices around it.

Those changes took on any number of different forms. Major labels were forced to dedicate additional staff and resources toward scouring releases to make sure all samples had proper clearance. In fact, there's an entire shadow catalog of rap songs that went unreleased specifically because they couldn't get that clearance. Artists, especially underground producers, more frequently altered recognizable lifts or sought out obscure samples in attempts to avoid detection. Either way, the "anything goes" era of sampling had essentially come to an end.

For Biz Markie, his response to all this drama came two years later with *All Samples Cleared!* If the album's title wasn't tongue-in-cheek enough, the cover art finds Markie playing both judge and defendant, restaging the Duffy courtroom with a smirk. On the LP version of the album, the samples are prominently, properly included on the back cover liner notes. Yet, despite these visual gestures, Markie never explicitly addresses the lawsuit or its aftermath on the album's dozen songs. There are no sideways shots at Duffy or O'Sullivan, no referencing of the case at all. On the scale of "f--- you" albums, it doesn't quite rise to the level of Marvin Gaye's *Here, My Dear* even though the title and art obviously nod at the O'Sullivan suit.

Case 1:22-cv-00806-CKK   Document 94-2   Filed 09/30/25   Page 52 of 59

There is one sample-related curiosity though. Five of the songs — almost half the album — use samples based on five different versions of Allen Toussaint's "Get Out Of My Life Woman." The first track, "I'm The Biz Markie" for example, uses The Mad Lads' cover. The next song, "I'm a Ugly Nigga (So What?)" samples from Lee Dorsey's cover. And so forth.

Sonically, there's no way for a listener to miss this repeated use even if each version has its small, subtle differences (Joe Williams' cover, used on Markie's "Funk Is Back" has a unique piano trill, for example). Other albums use the same drum sounds repeatedly but this may be the only case where an artist went to such deliberate lengths to take the same base composition and then flip samples from so many different versions of it.

Was this some kind of additional riff on the lawsuit, a "watch me as I sample the same song five ways because I can" gesture? Was it a cost-saving measure, since it would have been less expensive to pay multiple clearances on the same song? Or was it merely Biz, a consummate record nerd, showing off the depth of his collection? Either way, *All Samples Cleared!* let the ever-comedic rapper have the last laugh.

---



## Get reliable information on the latest news

Sign up for updates on the California wildfires in the Up First newsletter, plus all the news you need to start your day.

| Email address | SUBSCRIBE |

[See more subscription options](#)

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR

# Exhibit 14
## to Exhibit M



# Exhibit 15
## to Exhibit M



Subscribe



FOOD    NEWS    METRO    SHOP    BEST TACOS

We want you to become a member!

EVENTS

# Ultimate Breaks and Beats with Biz Markie ~ November 23 at the Echoplex

By **L.A. TACO STAFF**

11:54 AM PST on November 6, 2014





1/13/25, 7:18 PM
Case 1:22-cv-00806-CKK   Document 94-2   Filed 09/20/25   Page 59 of 59
Ultimate Breaks and Beats with Biz Markie - November 23 at the Echoplex - L.A. TACO



Sunday, November 23rd, 2014

ArtDontSleep presents Ultimate Breaks and Beats

All vinyl 45 dj sets by:

Biz Markie

Peanut Butter Wolf

J.rocc

Break Beat Lou


More Special Guests TBA

21+

Doors Open at 8pm

The Echoplex: 1822 Sunset Blvd, Los Angels, CA. 90026, 213) 413-8200

Online <u>Tickets and Info</u>

Share the taco: 

 **L.A. TACO STAFF**