**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

**NOTICE OF ENTRY OF APPEARANCE**

The Clerk of the Court will please note the entry of appearance of Marcel C. Duhamel, *pro hac vice*, as co-counsel, with Michael J. Garvin, and Aaron M. Williams, for Plaintiff Tara Hall as Personal Representative of The Estate of Marcel Theo Hall.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Marcel C. Duhamel*
Marcel C. Duhamel, *pro hac vice*
200 Public Square, Ste. 1400
Cleveland, OH 44114-2327
(216) 479-6100
mcduhamel@vorys.com


Michael J. Garvin, *pro hac vice*
Aaron M. Williams, *pro hac vice*
Vorys, Sater, Seymour & Pease LLP
200 Public Square, Ste. 1400
Cleveland, OH 44114-2327
(216) 479-6100
mjgarvin@vorys.com
amwilliams@vorys.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, the foregoing Notice of Entry of Appearance was filed with the U.S. District Court for the District of Columbia and served upon all parties of record via the Court's e-filing system or email.

                                              */s/ Marcel C. Duhamel*
                                              Marcel C. Duhamel