IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL,<br><br>Plaintiff,<br><br>v.<br><br>BIZ MARKIE, INC., *et al.*,<br><br>Defendants. | Case No.: 1:22-cv-00806 (CKK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

Please withdraw the appearance of Michael J. Garvin of Vorys, Sater, Seymour and Pease, LLP ("Vorys") as counsel on behalf of Plaintiff, Tara Hall. Marcel C. Duhamel and Aaron Williams of Vorys will remain as counsel for Plaintiff.

Dated: December 31, 2025.                                Respectfully submitted,

                                                                                /s/ Michael J. Garvin
                                                                                Michael J. Garvin, *pro hac vice*
                                                                                200 Public Square, Ste. 1400
                                                                                Cleveland, OH 44114-2327
                                                                                (216) 479-6100
                                                                                mjgarvin@vorys.com

                                                                                Marcel C. Duhamel, *pro hac vice*
                                                                                Aaron M. Williams, *pro hac vice*
                                                                                Vorys, Sater, Seymour & Pease LLP
                                                                                200 Public Square, Ste. 1400
                                                                                Cleveland, OH 44114-2327
                                                                                (216) 479-6100
                                                                                mjgarvin@vorys.com
                                                                                amwilliams@vorys.com
                                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2025, the foregoing Notice of Withdrawal of Appearance was filed with the U.S. District Court for the District of Columbia and served upon all parties of record via the Court's e-filing system or email.

                                               */s/ Michael J. Garvin*
                                               Michael J. Garvin