**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, <br><br> Plaintiff, <br><br> v. <br><br> BIZ MARKIE, INC., *et al.*, <br><br> Defendants. | Case No.: 1:22-cv-00806 (CKK) |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR LEAVE TO TAKE TRIAL DEPOSITIONS OF PLAINTIFF'S EXPERTS**
**CHRISTOPHER WILLIAMS AND LITA ROSARIO-RICHARDSON**

The Court has reviewed the Plaintiff's Motion for Leave to Take Trial Depositions of

Experts Christopher Williams and Lita Rosario-Richardson and upon consideration thereof, it is

hereby:

ORDERED that Plaintiff's Motion to Take Trial Depositions of Experts Christopher

Williams and Lita Rosario-Richardson is GRANTED.

Date:_____            _____
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

Copies:
William H. Oldach III
Marcel C. Duhamel
Aaron M. Williams

Dayna Cooper
Daron Watts