**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TARA HALL AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARCEL THEO HALL, and derivatively on behalf of Biz Markie, Inc., <br> *Plaintiff*, <br><br> v. <br><br> BIZ MARKIE, INC., a Washington, D.C. corporation, and JENNIFER IZUMI, individually, <br> *Defendants*. | Civil Action No. 1:22-cv-00806-CKK |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Take Trial Depositions of Plaintiff's Experts, Defendants' Opposition thereto, the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Motion for Leave to Take Trial Depositions of Plaintiff's Experts is **DENIED**; and it is further

**ORDERED** that Defendants' request for reasonable expenses incurred in opposing the motion, including attorneys' fees pursuant to Federal Rule of Civil Procedure 37(a)(5)(B), is **[GRANTED / DENIED / HELD IN ABEYANCE].**

**SO ORDERED.**

Dated: _____

_____
U.S. District Judge Collen Kollar-Kotelly
U.S. District Court for the District of Columbia